# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK
### (Manhattan)

| | |
|---|---|
| **In Re:** ) | |
| ) | **CHAPTER 11** |
| **Borders Group, Inc.** ) | |
| ) | **Case No. 11-10614** |
| **Debtor.** ) | |

## NOTICE OF APPEARANCE AND REQUEST
## FOR NOTICES AND SERVICE OF PAPERS

    PLEASE TAKE NOTICE that Ronald M. Tucker, 225 West Washington Street, Indianapolis, Indiana 46204 represents Simon Property Group, Inc., as landlord (Creditor) and party in interest in the above case. The undersigned hereby enters his appearance pursuant to Section 1109 (b) of the Bankruptcy Code and Federal Rule of Bankruptcy Procedure 9010 (b) and request copies of all notices and pleading's pursuant to Federal Rules of Bankruptcy Procedure 2002 (a). All such notices should be addressed as follows:

> Simon Property Group, Inc.
> Attn: Ronald M. Tucker, Esq.
> 225 West Washington Street
> Indianapolis, Indiana 46204

    PLEASE TAKE FURTHER NOTICE that, pursuant to Section 1109 (b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, written or oral, and whether transferred or conveyed by mail, delivery, telephone, telegraph, telex or otherwise filed with regard to the above case and proceedings therein.

                              Respectfully submitted

                                _____/s/Ronald M. Tucker_____
                              Ronald M. Tucker, Esq., Attorney for
                              Simon Property Group, Inc. and its related entities
                              IN 11428-49
                              (317) 263-2346
                              (317) 263-7901 (FAX)
                              e-mail address: rtucker@simon.com

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served this 16th day of February, 2011 via U.S. Mail prepaid, facsimile and/or ECF Noticing to the following persons:

By: ____/s/Ronald M. Tucker____
      Ronald M. Tucker, Esq.

David M. Friedman
Kasowitz, Benson, Torres &
Friedman, LLP
1633 Broadway
New York, NY 10019-6799