# EXHIBIT A

## NOTICE OF COMMENCEMENT

| UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK |
|---|
| **Notice of Chapter 11 Bankruptcy Cases, Meeting of Creditors, & Deadlines** |
| Chapter 11 bankruptcy cases concerning the debtors listed on the attached "Schedule of Debtors" were filed on February 16, 2011. You may be a creditor of the Debtors. **This notice lists important deadlines.** You may want to consult an attorney to protect your rights. **You are not being sued or forced into bankruptcy.** All documents filed with the Bankruptcy Court, including lists of the Debtors' assets and liabilities, will be available for inspection at the Office of the Clerk of the Bankruptcy Court or by accessing the Bankruptcy Court's website, www.nysb.uscourts.gov as well as (A) by written request to the Debtors' noticing and claims agent, The Garden City Group, Inc, (the "Noticing and Claims Agent"), at the following address: The Garden City Group, Inc., Attn: In re Borders Group, Inc., et al., P.O. Box 9690, Dublin, OH 43017-4990 or (B) by accessing the Noticing and Claims Agent's website at www.bordersreorganization.com. Note that you need a PACER password and login to access documents on the Bankruptcy Court's website (a PACER password is obtained by accessing the PACER website, http://pacer.psc.uscourts.gov). NOTE: The staff of the Bankruptcy Court Clerk's Office, the United States Trustee, and the Debtors' Noticing and Claims Agent cannot give legal advice. |
| **See Reverse Side for Important Explanations** |

| Debtors: | Case Number: | Tax ID Number: |
|---|---|---|
| Borders Group, Inc. | 11-( ) | 38-3294588 |
| Borders International Services, Inc. | 11-( ) | 20-2025075 |
| Borders, Inc. | 11-( ) | 38-2104285 |
| Borders Direct, LLC | 11-( ) | 20-8990084 |
| Borders Properties, Inc. | 11-( ) | 38-3237978 |
| Borders Online, Inc. | 11-( ) | 38-3618425 |
| Borders Online, LLC | 11-( ) | 36-4418996 |
| BGP (UK), Limited | 11-( ) | N/A |

| All other names used by the Debtors in the last 8 years: | Attorney for Debtors: |
|---|---|
| Books on the Mall; Borders; Borders Book Outlet; Borders Book Shop; Borders Books, Music, Café; Borders Books, Music, Movies, Café; Borders Express Borders Outlet; Brentanos; Christmas on the Mall; Day by Day Calendar Co.; Halloween Scene; Lego Kiosk; Paperchase; SBC Café's (Seattle's Best); The Slipper Store; Ty-Beanies; Walden Books; Waldens | KASOWITZ, BENSON, TORRES & FRIEDMAN LLP<br>David M. Friedman, Esq.<br>David S. Rosner, Esq.<br>1633 Broadway<br>New York, New York 10019<br>Telephone: (212) 506-1700<br>Facsimile: (212) 506-1800 |

| Meeting of Creditors |
|---|
| Date: [  ]    Time: [____] [.m.]    Location: Office of the United States Trustee for the Southern District of New York<br>80 Broad Street, 4th Floor<br>New York, NY 10004 |
| **Deadline to File a Proof of Claim** |
| Notice of deadline will be sent at a later time. |
| **Deadline to File a Complaint to Determine Dischargeability of Certain Debts** |
| Notice of deadline will be sent at a later time. |
| **Creditors May Not Take Certain Actions** |
| IN MOST INSTANCES, THE FILING OF THE BANKRUPTCY CASE AUTOMATICALLY STAYS CERTAIN COLLECTION AND OTHER ACTIONS AGAINST THE DEBTOR AND THE DEBTOR'S PROPERTY. UNDER CERTAIN CIRCUMSTANCES, THE STAY MAY BE LIMITED TO 30 DAYS OR NOT EXIST AT ALL, ALTHOUGH THE DEBTOR CAN REQUEST THE COURT TO EXTEND OR IMPOSE A STAY. IF YOU ATTEMPT TO COLLECT A DEBT OR TAKE OTHER ACTION IN VIOLATION OF THE BANKRUPTCY CODE, YOU MAY BE PENALIZED. COMMON EXAMPLES OF PROHIBITED ACTIONS BY CREDITORS ARE CONTACTING THE DEBTORS TO DEMAND REPAYMENT, TAKING ACTION AGAINST THE DEBTORS TO COLLECT MONEY OWED TO CREDITORS OR TO TAKE PROPERTY OF THE DEBTORS, AND STARTING OR CONTINUING COLLECTION ACTIONS, FORECLOSURE ACTIONS, OR REPOSSESSIONS. CONSULT A LAWYER TO DETERMINE YOUR RIGHTS IN THIS CASE. |

| Address of the Bankruptcy Clerk's Office:<br>Clerk of the United States Bankruptcy Court<br>One Bowling Green, New York, New York 10004<br>Telephone: 212-668-2870 | For the Court: |
|---|---|
| | Clerk of the Bankruptcy Court: |
| Hours Open: 8:30 a.m. to 5:00 p.m. | Date: |

| EXPLANATIONS | B9F (Official Form 9F) (12/08) |
|---|---|
| Filing of Chapter 11 Bankruptcy Case | A bankruptcy case under chapter 11 of the Bankruptcy Code (title 11, United States Code) has been filed in this court by the debtors listed on the attached "Schedule of Debtors," and an order for relief has been entered. Chapter 11 allows a debtor to reorganize or liquidate pursuant to a plan. A plan is not effective unless confirmed by the court. You may be sent a copy of the plan and a disclosure statement telling you about the plan, and you might have the opportunity to vote on the plan. You will be sent notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtors will remain in possession of the debtors' property and may continue to operate any business. |
| **Legal Advice** | The staff of the Bankruptcy Clerk's Office, the Office of the United States Trustee, and the Debtors' Noticing and Claims Agent cannot give legal advice. Consult a lawyer to determine your rights in this case. |
| Creditors Generally May Not Take Certain Actions | Prohibited collection actions are listed in Bankruptcy Code § 362. Common examples of prohibited actions include contacting the debtors by telephone, mail, or otherwise to demand repayment; taking actions to collect money or obtain property from the debtors; repossessing the debtors' property; and starting or continuing lawsuits or foreclosures. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtors can request the court to extend or impose a stay. |
| Meeting of Creditors | A meeting of creditors is scheduled for the date, time, and location listed on the front side. *The debtors' representative must be present at the meeting to be questioned under oath by the United States Trustee and by creditors.* Creditors are welcome to attend, but are not required to do so. The meeting may be continued and concluded at a later date without further notice. |
| Notice | You will not receive notice of all documents filed in these chapter 11 cases. However, parties can obtain a copy of all documents filed electronically with the Court in these cases, including lists of the Debtors' property and debts, by: (i) contacting the Clerk of the Court at One Bowling Green, New York, New York 10004-1408, (ii) accessing the Court's website at www.nysb.uscourts.gov (note that a PACER (http://www.pacer.psc.uscourts.gov) password and login are needed to access documents on the Court's website); or iii) accessing the Debtors' notice and claims agent's website at www.bordersreorganization.com. |
| Claims | A Proof of Claim is a signed statement describing a creditor's claim. If a Proof of Claim form is not included with this notice, you can obtain one at any Bankruptcy Clerk's Office. You may look at the schedules that have been or will be filed at the Bankruptcy Clerk's Office. If your claim is scheduled and is *not* listed as disputed, contingent, or unliquidated, it will be allowed in the amount scheduled unless you filed a Proof of Claim or you are sent further notice about the claim. Whether or not your claim is scheduled, you are permitted to file a Proof of Claim. If your claim is not listed at all *or* if your claim is listed as disputed, contingent, or unliquidated, you must file a Proof of Claim or you might not be paid any money on your claim and may be unable to vote on a plan. The court has not yet set a deadline to file a Proof of Claim. If a deadline is set, you will be sent another notice. A secured creditor retains rights in its collateral regardless of whether that creditor files a Proof of Claim. Filing a Proof of Claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a Proof of Claim may surrender important nonmonetary rights, including the right to a jury trial. |
| Discharge of Debts | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. *See* Bankruptcy Code § 1141 (d). A discharge means that you may never try to collect the debt from the debtors, except as provided in the plan. If you believe that a debt owed to you is not dischargeable under Bankruptcy Code § 1141(d)(6)(A), you must start a lawsuit by filing a complaint in the Bankruptcy Clerk's Office by the "Deadline to File a Complaint to Determine Dischargeability of Certain Debts" listed on the front side. The Bankruptcy Clerk's Office must receive the complaint and any required filing fee by that deadline. |
| Bankruptcy Clerk's Office | Any paper that you file in these bankruptcy cases should be filed at the Bankruptcy Clerk's Office at the address listed on the front side, unless otherwise ordered by the Court. You may inspect all papers filed, including the list of the debtor's property and debts and the list of the property claimed as exempt, at the Bankruptcy Clerk's Office. |
| Creditor with a Foreign Address | Consult a lawyer familiar with United States bankruptcy law if you have any questions regarding your rights in this case. |

Refer To Other Side For Important Deadlines and Notices