**KUPELIAN ORMOND & MAGY, P.C.**
David M. Blau
Paul S. Magy
25800 Northwestern Highway, Suite 950
Southfield, MI 48075
Tel: (248) 357-0000/Fax: (248) 357-7488

Attorneys for Ann Arbor Store No. 1, L.L.C., Phoenix Drive, LLC, Agree Limited Partnership, Agree-Columbia Crossing Project, L.L.C., Agree-Milestone Center Project, L.L.C., Indianapolis Store No. 16, L.L.C., Lawrence Store No. 203, L.L.C., Oklahoma City Store No. 151, L.L.C., Omaha Store No. 166, LLC, The Corners Center, LLC, Utica Borders Associates Limited Partnership, Eastown Plaza, LLC, RLV Winchester Center LP, Miller-Millcreek, LLC, CJM-Viewmont, Limited Partnership, Miller Flint, LLC, Ocoee Properties Limited Partnership, CJM-Tallahassee, L.L.C., CJM-Niles, LLC, Centres East, Ltd., Sand Lake Properties Limited Partnership, Miller ATMF-Auburn Hills, LLC, CTJ-Louisville, LLC

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| BORDERS GROUP, INC. | Case No. 11-10614-MG |
| | Hon. Martin Glenn |
| Debtor. | |

## NOTICE OF APPEARANCE, REQUEST FOR SERVICE OF PAPERS AND REQUEST TO BE ADDED TO MASTER SERVICE LIST

PLEASE TAKE NOTICE that the undersigned appear in the above-captioned cases on behalf of Ann Arbor Store No. 1, L.L.C., Phoenix Drive, LLC, Agree Limited Partnership, Agree-Columbia Crossing Project, L.L.C., Agree-Milestone Center Project, L.L.C., Indianapolis Store No. 16, L.L.C., Lawrence Store No. 203, L.L.C., Oklahoma City Store No. 151, L.L.C., Omaha Store No. 166, LLC, The Corners Center, LLC, Utica Borders Associates Limited Partnership, Eastown Plaza, LLC, RLV Winchester Center LP, Miller-Millcreek, LLC, CJM-Viewmont, Limited Partnership, Miller Flint, LLC, Ocoee Properties Limited Partnership, CJM-Tallahassee, L.L.C., CJM-Niles, LLC, Centres East, Ltd., Sand Lake Properties Limited

Partnership, Miller ATMF-Auburn Hills, LLC, CTJ-Louisville, LLC ("Landlord"), creditors, and pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, request that all notice given or required to be given and all papers served in these cases be delivered to and served upon the parties identified below at the following address and further request to be added to the Master Service List:

> David M. Blau, Esq.
> Paul S. Magy, Esq.
> c/o Kupelian Ormond & Magy, P.C.
> 25800 Northwestern Highway, Suite 950
> Southfield, MI 48075
> Tel: 248-357-0000
> Fax: 248-357-7488
> Email: dmb@kompc.com
> psm@kompc.com

PLEASE TAKE FURTHER NOTICE that pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the above-mentioned Bankruptcy Rules, but also includes, without limitation, all orders, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, written or oral, transmitted or conveyed by mail delivery, telephone, facsimile or otherwise, in these cases.

This Notice of Appearance and any subsequent appearance, pleading, claim, or suit is not intended nor shall be deemed to waive the Landlords': (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right to have the reference withdrawn by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or (iv) other rights, claims, actions, defenses, setoffs or recoupments to which the Landlords are or may be entitled under agreements, at law, or in equity, all of which rights, claims, actions, defenses, setoffs and recoupments expressly are hereby reserved.

Dated: February 16, 2011

**KUPELIAN ORMOND & MAGY, P.C.**

**BY:** /s/*David M. Blau*
David M. Blau (MI P52542)
Paul S. Magy (MI P34423)
25800 Northwestern Highway
Suite 950
Southfield, MI 48075
Tel: (248) 357-0000
Fax: (248) 357-7488
Attorneys for Ann Arbor Store No. 1, L.L.C., Phoenix Drive, LLC, Agree Limited Partnership, Agree-Columbia Crossing Project, L.L.C., Agree-Milestone Center Project, L.L.C., Indianapolis Store No. 16, L.L.C., Lawrence Store No. 203, L.L.C., Oklahoma City Store No. 151, L.L.C., Omaha Store No. 166, LLC, The Corners Center, LLC, Utica Borders Associates Limited Partnership, Eastown Plaza, LLC, RLV Winchester Center LP, Miller-Millcreek, LLC, CJM-Viewmont, Limited Partnership, Miller Flint, LLC, Ocoee Properties Limited Partnership, CJM-Tallahassee, L.L.C., CJM-Niles, LLC, Centres East, Ltd., Sand Lake Properties Limited Partnership, Miller ATMF-Auburn Hills, LLC, CTJ-Louisville, LLC

/180297v3