Ronald E. Gold, Esq. (RG-3324)
Ohio Bar No. 0061351
**FROST BROWN TODD LLC**
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182
(513) 651-6800 Telephone
(513) 651-6981 Facsimile

*Counsel for Glimcher Properties
Limited Partnership*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 11 |
| **Borders Group, Inc.**, *et al.*, | Case No.: 11-10614 |
| Debtors. | **(Joint Administration Pending)** |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

**PLEASE TAKE NOTICE** that, pursuant to Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears in the above-captioned chapter 11 proceedings as counsel on behalf of Glimcher Properties Limited Partnership ("GPLP") and requests that all notices given or required to be given in these cases, including, but not limited to, all orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether written or oral, and whether transmitted or conveyed by mail, electronic mail, ECF notice, hand delivery, telephone, telefax, telegraph, telex or otherwise, which affects the Debtors or these chapter 11 bankruptcy cases to be served upon:

| | |
|---|---|
| Ronald E. Gold | Joseph B. Wells |
| **FROST BROWN TODD LLC** | **FROST BROWN TODD LLC** |
| 2200 PNC Center | 2200 PNC Center |
| 201 East Fifth Street | 201 East Fifth Street |
| Cincinnati, Ohio 45202 | Cincinnati, Ohio 45202 |
| 513-651-6800 Telephone | 513-651-6800 Telephone |
| 513-651-6981 Facsimile | 513-651-6981 Facsimile |
| rgold@fbtlaw.com E-mail | jbwells@fbtlaw.com E-mail |

**PLEASE TAKE FURTHER NOTICE** that this entry of appearance is not intended as nor is it a consent to jurisdiction of the Bankruptcy Court over GPLP, specifically but not limited to (i) its right to have final orders in non-core matters entered only after *de novo* review by a district judge, (ii) its right to a trial by jury in any proceeding triable herein, or in any case, controversy or proceeding related hereto, (iii) its right to have the reference withdrawn by the District Court in any matter subject to mandatory, or discretionary withdrawal, or (iv) any other rights, claims, actions, defenses, setoffs, or recoupments to which GPLP is or may be entitled to under agreement, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments GPLP expressly reserves.

Dated: February 16, 2011              Respectfully submitted,

                                             **FROST BROWN TODD LLC**

By:   */s/ Ronald E. Gold*
       Ronald E. Gold, Esq.
       Ohio Bar No. 0061351
       Joseph B. Wells, Esq.
       Ohio Bar No. 0082775
       2200 PNC Center
       201 East Fifth Street
       Cincinnati, Ohio 45202
       513-651-6800 Telephone
       513-651-6981 Facsimile
       rgold@fbtlaw.com E-mail
       jbwells@fbtlaw.com E-mail

**COUNSEL FOR GLIMCHER PROPERTIES LIMITED PARTNERSHIP**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Notice of Appearance and Request for Notices* was sent via ECF Noticing to all parties receiving ECF Notice in these cases and via U.S. Mail to the parties listed below on this 16th day of February, 2011:

David M. Friedman
Kasowitz, Benson, Torres & Friedman, LLP
1633 Broadway
New York, NY 10019-6799

United States Trustee
33 Whitehall Street
21st Floor
New York, NY 10004

                                        */s/ Ronald E. Gold*
                                         Ronald E. Gold

CINLibrary 0028924.0477342   2253832v1