David M. Friedman (DFriedman@kasowitz.com)
David S. Rosner (DRosner@kasowitz.com)
Andrew K. Glenn (AGlenn@kasowitz.com)
Jeffrey R. Gleit (JGleit@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Debtors*
*and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **BORDERS GROUP, INC., *et al.*,**[1] | **Case No. 11-_____  (___)** |
| **Debtors.** | **(Joint Administration Pending)** |

## DECLARATION OF SCOTT HENRY PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2 IN SUPPORT OF FIRST DAY MOTIONS

Scott Henry declares, pursuant to section 1746 of title 28 of the United States Code, as follows:

1.     I am Executive Vice President and Chief Financial Officer of the above captioned debtors and debtors in possession (collectively, "Borders" or the "Debtors") and, in such capacity, I am familiar with the day-to-day operations, business, and financial affairs of each of the Debtors.

---

[1]     The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Borders Group, Inc. (4588); Borders International Services, Inc. (5075); Borders, Inc. (4285); Borders Direct, LLC (0084); Borders Properties, Inc. (7978); Borders Online, Inc. (8425); Borders Online, LLC (8996); and BGP (UK) Limited.

2.     I submit this declaration ("Declaration") pursuant to Rule 1007-2 of the Local Bankruptcy Rules for the Southern District of New York (the "Local Bankruptcy Rules") to assist the Court and other parties in interest in understanding the circumstances that compelled the commencement of these chapter 11 cases on February 16, 2011 (the "Commencement Date") and in support of: (i) the Debtors' petitions (the "Petitions") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and (ii) the relief, in the form of motions and applications, that the Debtors have requested of the Court (collectively, the "First Day Motions").

3.     The Debtors have commenced these chapter 11 cases to pursue an operational and financial restructuring, to restore and revitalize Borders as the second largest chain of bookstores in the nation, and to save thousands of jobs. Among other things, we hope, through the approval of certain First Day Motions, to regain access to capital that Borders sorely needs to remain viable, and to shed approximately 200 stores that we cannot afford to keep.

4.     In addition, the First Day Motions seek relief aimed at preserving the value of the Debtors and maintaining the continuity of their operations by, among other things:  (i) maintaining the operations of the Debtors' retail properties; (ii) preserving the Debtors' relationships with their customers, landlords, licensees, franchisees, and strategic business partners; (iii) maintaining vendor confidence and employee morale; (iv) ensuring the continuation of the Debtors' cash management system and other business operations without interruption; and (v) establishing certain administrative procedures to facilitate an orderly transition into, and uninterrupted operations throughout, the chapter 11 reorganization process.

5.     Except as otherwise indicated, all facts set forth in this Declaration are based upon my personal knowledge, my discussions with members of the Debtors' senior management, the

Debtors' financial and legal advisors, my review of relevant documents, or my opinion based upon my experience, knowledge, and information concerning the Debtors' operations and financial affairs. If called upon to testify, I would testify to the facts set forth in this Declaration and that I am authorized to submit this Declaration on behalf of the Debtors.

6. Section I of this Declaration provides a general overview of the Debtors' business, organizational structure, capital structure, the circumstances giving rise to the commencement of these chapter 11 cases, and certain of the Debtors' restructuring goals. Section II summarizes the relief requested in each of the First Day Motions. Finally, Section III lists the schedules of information required by Local Bankruptcy Rule 1007-2.

## I.

## GENERAL BACKGROUND

7. Borders Group, Inc. ("BGI"), through its subsidiaries,[2] is an operator of book, music and movie superstores (the "Superstores") and mall-based bookstores. At January 29, 2011, the Debtors operated 642 stores,[3] under the Borders, Waldenbooks, Borders Express and Borders Outlet names, as well as Borders-branded airport stores in the United States, of which 639 stores are located in the United States and 3 in Puerto Rico. Two of Borders' flagship stores (along with other less prominent stores) are located in Manhattan. In addition, the Debtors operate a proprietary e-commerce web site, www.Borders.com, launched in May 2008, which includes both in-store and online e-commerce components. BGI common stock is publicly traded on the New York Stock Exchange under ticker symbol BGP.[4]

---

[2] A corporate organization chart is annexed as Exhibit A hereto.

[3] Not including seasonal kiosks operated under Day By Day Calendar Co. described below. The Debtors' operate approximately 488 Superstores. The Superstores maintain the widest selection of merchandise of the Debtors' branded stores.

[4] On February 3, 2011, Borders Group, Inc. was notified by NYSE Regulation, Inc. ("NYSE Regulation") that it was not in compliance with the continued listing standard of the New York Stock Exchange, Inc. (the "NYSE")

8.    For the fiscal year ended January 29, 2011, the Debtors recorded net sales of approximately $2.3 billion.  As of December 25, 2010, the Debtors had incurred net year-to-date losses of approximately $168.2 million.

## A.    Employees

9.    As of February 11, 2011, the Debtors employed a total of approximately 6,100 full-time employees, approximately 11,400 part-time employees, and approximately 600 contingent employees (who are required to work one shift per month, and usually do so at special events), all of whom are located in the United States and Puerto Rico.  The Debtors' employees are not subject to any collective bargaining agreements.

## B.    The Properties

10.    All of the Debtors' retail stores and distribution centers are subject to leases (the "Leases").  The annual cash rent expense for the retail locations and distribution centers is approximately $286.9 million.

11.    The Debtors' store leases generally have an average initial term of 15 to 20 years with multiple three- to five-year renewal options.  At January 29, 2011, the average unexpired term under the Debtors' existing store leases in the United States was 5.9 years prior to the exercise of any options.  The Debtors also lease all of their Superstores in Puerto Rico, with initial lease terms of approximately 15 to 20 years and which all expire in 2017 or later.  As of January 29, 2011, the average unexpired term under the Puerto Rico leases is approximately 7.8 years.

---

requiring a minimum average closing price of $1.00 per share over a consecutive 30 trading day period. The notification letter stated that as of January 28, 2011, the 30 trading day average closing price of BGI's common stock was $0.97 per share.  Subject to providing required notice to the NYSE, the company is entitled to a six-month period from the date of the NYSE Regulation notification to cure this deficiency.

12.     Borders Specialty Retail store leases generally have renewal terms of one to five years. At January 29, 2011, the average unexpired term under Borders Specialty Retail existing store leases is approximately 1 year.

13.     In an attempt to cut costs and increase profitability, over the last several years the Debtors began reviewing the profitability of their existing stores and ceased opening new stores. During 2009 the Debtors closed 219 stores, primarily Waldenbooks Specialty Retail stores, and in 2010 the Debtors closed 45 retail stores.

14.     On January 19, 2011, Borders, Inc. sold its seasonal kiosk-based calendar business operated as Day by Day Calendar Co. (the "Seasonal Business") and certain related records for approximately $9.1 million to Calendar Holdings LLC. The Debtors will retain all revenue generated by, and be responsible for all costs associated with, the Seasonal Business through February 28, 2011. As of the Commencement Date, all 416 Seasonal Business kiosks have been shut down.

### C.     The Debtors' Debt Structure

15.     *The Prepetition Revolver.* The Debtors are party to a certain Third Amended and Restated Revolving Credit Agreement, dated March 31, 2010 (the "Prepetition Revolver Credit Agreement" and, together with all related documents and agreements, the "Prepetition Revolver Agreements"), with Bank of America, N.A., as administrative agent (the "Prepetition Revolver Agent"), and other lenders (collectively, the "Prepetition Revolver Lenders"), under which the Prepetition Revolver Lenders committed to provide up to $970.5 million in loans under a secured revolving credit facility (the "Prepetition Revolver"). Bank of America, N.A. and General Electric Capital Corporation are the co-collateral agents, Wells Fargo Retail Finance, LLC and General Electric Capital Corporation ("GECC") are co-syndication agents and JPMorgan Chase Bank, N.A. is the documentation agent for the Prepetition Revolver Agreement. The Prepetition

Revolver Credit Agreement amended and restated a Second Amended and Restated Multicurrency Revolving Credit Agreement, dated as of July 31, 2006.

16. The commitments of the Prepetition Revolver Lenders to provide the Prepetition Revolver are divided into an existing tranche maturing on July 31, 2011 and an extended tranche maturing on March 31, 2014. The total commitments of the Prepetition Revolver Lenders aggregate $970.5 million through July 31, 2011, and $700 million through March 31, 2014. As of the Petition Date, approximately $196.05 million was outstanding under the Prepetition Revolver.

17. The Prepetition Revolver is secured by a first priority security interest in substantially all of the inventory, accounts receivable, cash and cash equivalents and certain other collateral of the borrowers and guarantors under the Prepetition Revolver Agreements, a first priority pledge of equity interests in certain of our subsidiaries, and a second priority security interest in equity interests in certain other subsidiaries, intellectual property, equipment and certain other property (collectively, the "Prepetition Collateral").

18. *Prepetition Term Loan Agreement.* The Debtors also entered into a Term Loan Agreement, dated March 31, 2010 (the "Prepetition Term Loan Agreement" and, together with all related documents and agreements, the "Prepetition Term Loan Agreements") with GA Capital LLC, as administrative agent (together with the Prepetition Revolver Agent, the "Prepetition Agents"), and other lenders (the "Prepetition Term Lenders" and, together with the Prepetition Revolver Lenders, the "Prepetition Lenders"). Under the Prepetition Term Loan Agreements, the Prepetition Term Lenders committed to provide a secured term loan facility (the "Prepetition Term Loan Facility" and, together with the Prepetition Revolver, the "Prepetition Facilities") comprised of an $80 million tranche and a $10 million tranche. At the Petition Date,

approximately $48.6 million is outstanding under the $80 million tranche, which matures on March 31, 2014. No amounts are outstanding under the $10 million tranche.

19.     The Prepetition Term Loan Facility is secured by a first-priority security interest in the Borders Group, Inc.'s ownership interests in certain subsidiaries, intellectual property (subject to certain subordination provisions), and the fixed assets of the borrowers and guarantors under the Prepetition Term Loan Facility, and by a second priority security interest in all of the other Prepetition Collateral.

20.     *Vendor Financing.* Prior to December 2010, the Debtors relied on unsecured vendor credit to finance approximately 44% of the Debtors' inventory. As of the Commencement Date, the Debtors owed approximately $303.2 million to vendors for inventory, net of vendors in debit balances. In January 2011, the Debtors generally paid cash on delivery for inventory.

## D.     Relationship with Vendors

21.     The Debtors are a retail operation and rely on their vendors, including book publishers, and music and video distributors, for goods to maintain their business. The Debtors purchase substantially all of their music and movie merchandise directly from distributors and utilize their own distribution centers to ship approximately 95% of their music and movie inventory to stores. In addition, the Debtors have a strategic partnership with Kobo, Inc. ("Kobo") to provide eBook product to the Debtors' Internet and mobile device customers.[5] The Debtors' Superstores also feature Kobo's electronic reading device, among other available devices. Approximately 90% of the Debtors' Superstores feature a café operated by the Debtors

---

[5]     The Debtors also own approximately 19% of the equity interests in Kobo.

under the "Seattle's Best" tradename, where coffee, tea and other café goods purchased from Seattle's Best Coffee, LLC are sold.

22.     In general, unsold books and magazines can be returned to vendors at cost. The Debtors' Superstores and Specialty Retail stores return books to the company's centralized returns center to be processed for return to the publishers. Generally, the Debtors can return music and movie merchandise to their vendors at cost plus an additional fee to cover handling and processing costs.

23.     As described below, prior to the Commencement Date, the Debtors initiated talks with vendors for the purpose of restructuring certain obligations to them.

### E.     Customer Programs

24.     As part of their efforts to build customer and store loyalty, the Debtors have established several customer loyalty programs. Such programs include "Borders Rewards," a free program which allows holders of the Debtors' rewards club cards to earn points or rewards for each qualifying purchase, among other benefits, and "Borders Rewards Plus," a paid program where members can receive additional discounts and benefits. These programs have been very popular with consumers and are a hallmark of the Debtors' brand. As of January 29, 2011, approximately 42.4 million individuals and organizations were members of Borders Rewards and Borders Rewards Plus. Since January 31, 2009, Borders Rewards and Borders Rewards Plus have collectively added 12 million new members. In addition, the Debtors provide coupons and other special discounts to their customers.

### F.     International Operations

25.     As of the Commencement Date, the Debtors' only operations outside of the United States and Puerto Rico were pursuant to franchise agreements with companies not affiliated with the Debtors. The Debtors have agreements with (i) Berjaya Corporation Berhad

("Berjaya"), a publicly-listed diversified corporation headquartered in Malaysia, establishing a franchise arrangement under which Berjaya operates stores in Malaysia bearing the Debtors' tradename, and (ii) Al Maya Group ("Al Maya"), a diversified corporation headquartered in the United Arab Emirates, establishing a franchise agreement under which Al Maya or its affiliates operates stores in the United Arab Emirates and other Gulf Cooperation Council countries that bear the Debtors' tradename.

26.     On or about July 12, 2010, the Debtors sold their interests in U.K.-based Paperchase Products Limited ("Paperchase"), a designer and retailer of stationery, cards and gifts, for approximately $31.2 million, which was used to pay down debt, including $25 million under the Prepetition Term Loan Agreement. Paperchase display sections remain in a significant number of the Debtors' stores pursuant to a services agreement with Paperchase entered into concurrently with the Paperchase sale agreement. The Debtors have no remaining active operations in the U.K.

27.     BGI currently has certain guaranty obligations remaining outstanding in connection with its liquidated foreign operations in various jurisdictions in an aggregate amount of up to approximately $109.3 million, without regard to periodic rent reviews that are provided for in certain of the leases, which may increase such obligations.

## G.     Intellectual Property

28.     The Debtors own a number of valuable trademarks in connection with their branding of stores and products, including Borders®, Borders Book Shop®, Borders Books & Music®, Borders Books Music Cafe®, Borders Books Music Movies Cafe®, Borders Express®, Borders Outlet®, Borders Rewards®, and Waldenbooks®, among other marks, all of which are registered trademarks used by the Debtors.

## H. Events Leading to the Bankruptcy Filing

29.    A variety of external economic and competitive factors have led to a substantial decline in the Debtors' profitability and liquidity. Foremost among those external factors are the economic factors which have led to a decline in consumer discretionary spending, and the rise of competitive forces in the marketplace.

30.    The U.S. book retailing business is a mature industry, and has experienced little or no growth in recent years. Books represent the Debtors' primary product category in terms of sales. The Debtors, as well as all book, music and movie retailers, face commoditization in their primary product categories and an extremely competitive marketplace (including both store-based and online competitors), product formats that are evolving from physical formats to digital formats, and the Debtors' loss of market share. These factors, among others, have contributed to declines in the Debtors' comparable store sales measures and sales per square foot measures over the last several years. These declines have, in turn, negatively impacted profitability.

31.    Web-based retailing has continued to increase in market share as a distribution method for physical book, music, and movie merchandise. In addition, the Internet has enabled changes in the formats of many of the product categories the Debtors offer. Sales of music in the physical compact disc and movies in the DVD format, for example, have declined over the past several years, as consumers have increasingly turned to digital downloads of music and movies. This trend, which is expected to continue, is also beginning to manifest itself in the book category with the increasing popularity of electronic book readers. Although sales of electronic books currently represent a small percentage of total book sales, they have been steadily increasing and are expected to increase significantly over the next several years. However, the shift toward digital formats represents an opportunity for the Debtors as the company continues

to strengthen web-based capabilities, both through Borders.com and through strategic partnerships with Kobo and others.

32.     The environment in which the Debtors' retail outlets operate is intensely competitive and includes not only Internet-based retailers and book superstore operators, but also mass merchants and other non-bookseller retailers. Because of this, the industry has experienced significant price competition over the last several years, which has decreased gross margin percentages.

33.     The Debtors' financial condition and results of operations also are dependent upon discretionary spending by consumers, which has deteriorated significantly over the last several years.

34.     Notwithstanding these market conditions, the Debtors still have a sizeable core of profitable stores, and have been preparing their operations to be competitive in the changing marketplace. However, in analyzing their cost structure, the Debtors have found that they also have a number of stores which are simply unprofitable and are substantially impacting the Debtors' overall performance and ability to pay their debts.

I.     **Prepetition Restructuring Negotiations**

35.     As the Debtors were facing market and liquidity pressures, they sought cooperation from their primary creditor constituencies to reassess and manage their cost structure and sought replacement financing in order to maintain their businesses and avoid a chapter 11 filing. Beginning in December 2010, the Debtors began discussions with various lending institutions with respect to obtaining a new credit facility to replace the Prepetition Revolver Credit Agreement and Prepetition Term Loan Agreement.

36.     Also, in December 2010, the Debtors announced that due to liquidity issues they would withhold payments to certain vendors and seek to restructure those obligations on a

11

consensual basis. In January 2011, the Debtors increased their holdback of vendor payments and began to withhold payments to landlords as well. Prior to the Commencement Date, approximately $178.8 million was past due to vendors, and approximately $18.6 million was past due to landlords.

37.     In connection with their efforts to restructure these past due amounts, the Debtors entered into confidentiality agreements with a number of substantial vendors and their professional advisors. With the Debtors' support and funding, many of these vendors retained the law firm of Lowenstein Sandler PC as counsel and Alvarez & Marsal ("A&M") as their financial advisor to negotiate with the Debtors.

38.     In January 2011, the Debtors began negotiations with certain of their landlords in an attempt to obtain relief from their lease obligations. With the Debtors' support and funding, a group of major landlords retained the law firm of Kelley Drye & Warren LLP as counsel and A&M as their financial advisor to assist with the negotiations.

39.     Throughout January 2011, the Debtors negotiated with their vendors, landlords and their respective professionals with respect to a potential out-of-court restructuring of their debts, all of which was contingent upon the Debtors obtaining replacement financing for the Revolver.

40.     On January 27, 2011, the Debtors announced that they received a commitment from GE Capital, Restructuring Finance ("GE Capital") to provide a $550 million senior secured credit facility (the "GE Prepetition Commitment") that would provide the Debtors sufficient liquidity to run their businesses. The GE Prepetition Commitment, however, required the syndication of $175 million of the total commitment and required the Debtors to raise an additional $125 million of junior capital. To secure this junior capital, the Debtors approached

both third-party capital providers and trade vendors about investing fresh capital or converting outstanding accounts payable into a junior note. Despite active discussions with numerous vendors and third-parties, the Debtors were unable to obtain commitments for subordinate financing to satisfy the requirements of the GE Prepetition Commitment within the required timeframe. As a result, the Debtors could not obtain the necessary financing on an out-of-court basis and turned their attention to sourcing DIP financing.

41. The Debtors directed their financial advisor Jefferies & Company, Inc. ("Jefferies") to contact and obtain proposals from various sources of postpetition debtor-in-possession ("DIP") financing to fund the Debtors' operations. Jefferies contacted 40 potential debtor-in-possession financing providers, including 32 potential new lenders, 4 lenders under the Prepetition Revolver Credit Agreement, and 4 lenders under the Prepetition Term Loan Facility. Twenty-three of such parties executed confidentiality agreements with the Debtors. Jefferies held multiple diligence calls with these potential lenders, created a dataroom to share confidential information, and actively worked with these parties with the goal of obtaining the best overall financing package for the Debtors.

42. When soliciting proposals from potential lenders, Jefferies asked all interested parties to provide terms for: (i) first-lien DIP financing; (ii) second-lien DIP financing; or (iii) a combination of both. The Debtors received two term sheets and commitment letters for first lien DIP financing and three proposals for junior DIP facilities. These parties were the only lenders who indicated a willingness to proceed with the requested financing in a manner that would meet the time and business constraints of the Debtors. None of the potential lenders were willing to provide financing in the form of unsecured credit allowable under section 503(b)(1), as an

administrative expense under section 364(a) or (b) of the Bankruptcy Code, or on a junior lien basis under section 364(c).

43. One of the first lien DIP proposals that the Debtors received was from GE Capital. The Debtors received the initial DIP proposal from GE Capital on January 28, 2011 that provided for a fully committed $550 million senior secured debtor-in-possession credit facility (the "GE DIP Commitment") and, unlike the GE Prepetition Commitment, removed the requirement that the Debtors obtain $125 million in junior financing. While this proposal included improved terms when compared to the GE Prepetition Commitment, the Debtors, with the assistance of their financial and legal advisors, continued negotiating with GE Capital and Bank of America (agent for the Prepetition Revolver Lenders) to secure more favorable terms. In addition, as discussed below, this proposal did not have the consent of the Prepetition Term Lenders.

44. On February 9, 2011, after multiple discussions regarding potential improvements to the GE Capital DIP Commitment, GE Capital provided a revised term sheet and commitment documentation for a fully committed $450 million senior secured debtor-in-possession credit facility. That proposal substantially addressed the post-petition liquidity needs of the Debtors and was more favorable than any other proposal which the Debtors had received. The GE DIP Commitment, however, contemplated financing that would be senior to the Prepetition Term Lenders' pre-Commencement Date loans and did not have the Prepetition Term Lenders' consent. GE Capital advised the Debtors that it would not proceed with DIP financing without their consent.

45. The Debtors continued to seek financing that would be satisfactory to the Prepetition Term Lenders, who are parties to an intercreditor agreement with the Prepetition

Revolver Lenders, and who hold second liens on certain Prepetition Collateral. The Debtors and GE Capital engaged in active discussions with GA Capital and other Prepetition Term Lenders on a facility that would be satisfactory to all parties. After intensive, lengthy and arduous negotiations between the Debtors, GE Capital, and GA Capital, all three parties were able to agree on the terms of the $505 million DIP Loan, which are set forth in that certain term sheet, dated February 14, 2011.

46.     As described above, the Debtors have determined that certain unprofitable stores need to be eliminated. The Debtors have also determined that to maximize the value of their property at such locations, including inventory, fixtures and equipment, that such property must be liquidated instead of being transferred to any of the Debtors' other locations. Accordingly, and as more fully described below, the Debtors began discussions with experienced and reputable liquidator(s), and began a bidding process which culminated with the selection of a stalking horse bidder. The Debtors scheduled an auction to occur on the Commencement Date to select a liquidator to conduct store closing sales. The Debtors and their advisors invited the following groups to attend the Auction (as defined herein): (a) Hilco (as defined herein), (b) Tiger Capital, (c) SB Capital Group, (d) Great American Group LLC, (e) Gordon Brothers Retail Partners LLC, (f) GECC, the Debtors' agent for the DIP Facility, (g) GA Capital, the Debtors' agent for the Term B DIP Facility, (h) Kelley Drye & Warren LLP, representing certain of the Debtors' largest landlords, and (i) Lowenstein Sandler PC and Alvarez & Marsal, representing certain of the Debtors' publishers holding a substantial amount of the Debtors' prepetition trade debts. Throughout this process the Debtors used every effort to keep their key constituents informed regarding the store closure process.

**J.    Restructuring Goals**

47.    The Debtors enter these proceedings with the goal of restructuring their debts and eliminating burdensome costs that are negatively impacting what, at core, is a strong business. As described above, as the marketplace is changing, the Debtors are making strides to meet these changes and to return to profitability. However, to survive, the Debtors must address their costs, including their store footprint, in order to continue to be viable. Accordingly, the Debtors have worked with their advisors and stakeholders to attempt to identify and, with the Court's approval, to liquidate, unprofitable stores and otherwise to revitalize core operations.

48.    The Debtors' post-Commencement Date operational strategy will focus on five key areas:

>    (i)    Continuing to expand and enhance the Borders Rewards Plus customer program;
>
>    (ii)    Strengthening their position as a purveyor of content by aggressively growing Borders.com and eBook market share;
>
>    (iii)    Expanding and enhancing the company's overall retail mix, including non-book offerings, to improve profitability and offset the digital effect;
>
>    (iv)    Aggressively reduce costs across the business, including costs in the supply chain network and store portfolio; and
>
>    (v)    On a stand-alone basis and in conjunction with strategic partners, make improvements at the store-level and in systems to enhance and differentiate the customer experience.

49.    The Debtors believe that implementation of this strategic plan provides the best course for returning the Debtors to profitability, and provides the best value for their stakeholders. Moreover, the Debtors expect to continue to provide the best options, convenience and service for their loyal customers and will continually seek to develop new opportunities to better serve customers. Through this restructuring, the Debtors will be in a better position to be able to meet those goals.

## II.

## SUMMARY OF FIRST DAY PLEADINGS[6]

50.     Concurrent with the filing of the Petitions, the Debtors filed the following First

Day Motions, which we believe are necessary to enable the Debtors' business to operate with a

minimum of disruption and loss of productivity.  The Debtors intend to seek entry of Court

orders approving each of the First Day Motions as soon as possible in accordance with the

Bankruptcy Code, the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and the

Local Bankruptcy Rules.

### A.     Debtors' Motion Pursuant to Fed. R. Bankr. P. 1015(b) Requesting Joint Administration of Chapter 11 Cases

51.     Pursuant to this motion (the "Joint Administration Motion"), the Debtors request

that the Court authorize and direct the joint administration of these chapter 11 cases and the

consolidation thereof for procedural purposes only.

52.     The Debtors believe that many, if not all, of the motions, applications, and other

pleadings filed in these chapter 11 cases will relate to relief sought jointly by all of the Debtors.

For example, virtually all of the relief sought by the Debtors in the First Day Motions filed

contemporaneously with the Petitions and this Declaration is sought on behalf of all of the

Debtors.  Joint administration of the Debtors' chapter 11 cases, for procedural purposes only,

under a single docket entry, will also ease the administrative burdens on the Court by allowing

these chapter 11 cases to be administered as a single joint proceeding instead of eight

independent chapter 11 cases.

53.     Joint administration of these chapter 11 cases will create a centralized location for

the numerous documents that are likely to be filed and served in these cases by the Debtors,

---

[6]     All capitalized terms not defined in the following summary shall have the meanings ascribed to them in the underlying motions.

17

creditors, and parties in interest, and for all notices and orders entered by the Court. A single docket will also make it easier for all parties in each of the chapter 11 cases to stay apprised of all of the various matters before the Court. The Debtors will also likely realize substantial cost savings and reduced administrative burdens by sending notices to a single matrix of creditors and Rule 2002 list, rather than maintaining several separate notice lists.

54.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Joint Administration Motion.

**B.**     **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 342(a), and 521(a)(1), Fed. R. Bankr. P. 1007(a) and 2002(a), (d), (f), and (l), and Local Bankruptcy Rule 1007-1 Requesting (I) a Waiver of the Requirements That Debtors File Lists of Creditors and Equity Security Holders, and (II) Approval to File a Consolidated List of the Debtors' 30 Largest Unsecured Creditors, and (III) Approval of the Form and Manner of Notifying Creditors of the Commencement of Debtors' Chapter 11 Cases and the First Meeting of Creditors**

55.     By this motion (the "Creditor and Equity List Waiver Motion"), the Debtors request a waiver of the requirement to file a list of creditors and equity security holders. Contemporaneously herewith, the Debtors have filed a motion to retain and employ Garden City Group as notice and claims processing agent (the "Notice and Claims Agent") in these chapter 11 cases. As soon as practicable after entry of an order granting the requested waiver of the requirement to file a list of creditors, the Debtors will furnish their list of creditors to the Notice and Claims Agent so that the Notice and Claims Agent may undertake the mailing of the Notice of Commencement (as defined below) to the parties on the Debtors' list of creditors. Creditors and equity security holders will be notified of the commencement of these cases through their receipt of the Notice of Commencement.

56.     In addition, the Debtors request approval of the proposed form providing notice of the commencement of these chapter 11 cases (the "Notice of Commencement") and the authority

to have their Notice and Claims Agent undertake the mailing of the Notice of Commencement to creditors. In addition to the mailing by the Notice and Claims Agent of the Notice of Commencement, the Debtors propose to publish, as soon as practicable, the Notice of Commencement: (i) once in the global edition of *The Wall Street Journal* and the national edition of *The New York Times*, and (ii) on the website of the Debtors' Notice and Claims Agent, at www.gcginc.com.

57.     Given that the Notice and Claims Agent will receive a list of creditors and equity security holders and will use the list to furnish the Notice of Commencement to creditors and equity security holders, filing a list of creditors and equity security holders concurrently with the petitions will serve no useful purpose.

58.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Creditor and Equity List Waiver Motion.

**C.     Debtors' Motion Pursuant to 11 U.S.C. § 521 and Fed. R. Bankr. P. 1007(c) Requesting an Extension of the Time to File Schedules of Assets and Liabilities, Schedules of Executory Contracts and Unexpired Leases, and Statements of Financial Affairs**

59.     By this motion (the "Schedules Extension Motion"), the Debtors request an additional thirty (30) days to file their schedules of assets and liabilities, schedules of executory contracts and unexpired leases, and statements of financial affairs (collectively the "Schedules and Statements"), without prejudice to the Debtors' ability to request additional time if necessary. The requested extension would give the Debtors a total of forty-four (44) days from the Commencement Date to file their Schedules and Statements.

60.     The Debtors' management and employees have been working to compile the information necessary to complete the Schedules and Statements. While the Debtors maintain extensive books and records, completing the Schedules and Statements will require the collection, analysis, and compilation of a massive amount of data. The Debtors are parties to numerous contracts, leases, and licenses that must be assembled and reviewed as part of the process of completing the Schedules and Statements. Meanwhile, the Debtors are experiencing the considerable stresses of preparing for the filing of these chapter 11 cases, transitioning into chapter 11, and the preexisting, ongoing responsibilities of operating their global business day-to-day.

61.     Thus, due to the number of the Debtors' creditors, the size and complexity of the Debtors' business, the diversity of their operations and assets, and the limited staffing available to gather, process and complete the Schedules and Statements, I do not believe the fourteen days provided by Bankruptcy Rule 1007(c) will be sufficient to complete the Schedules and Statements. Granting the Debtors additional time to collect the data needed to prepare and file the Schedules and Statements will greatly enhance their accuracy.

62.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Schedules Extension Motion.

**D.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 345(b), 363(b), 363(c), and 364(a) and Fed. R. Bankr. P. 6003 and 6004 Requesting (I) Authority to (A) Continue to Operate the Debtors' Cash Management System, (B) Honor Certain Prepetition Obligations on Account of Service Charges Related thereto, (C) Maintain Existing Bank Accounts and Business Forms; (D) Maintain the Ability to Use Debit, Wire and ACH Payments, and (E) Honor the Use of Certain Corporate Credit Cards, and (II) an Extension of Time to Comply with Section 345(b) of the Bankruptcy Code**

63.     By this motion (the "Cash Management Motion"), pursuant to sections 105(a), 345(b), 363(b), 363(c), and 364(a) of the Bankruptcy Code and Bankruptcy Rules 6003 and

6004, the Debtors request: (i) authority to (a) continue to operate the cash management system (the "Cash Management System"), as described more fully in the Cash Management Motion, consistent with their prepetition practices; (b) honor certain prepetition obligations on account of Service Charges (as defined in the Cash Management Motion) related to the Cash Management System; (c) maintain existing bank accounts and business forms, (D) maintain the ability to use debit, wire and ACH payments, and (E) honor the use of certain corporate credit cards; and (ii) an extension of time to comply with section 345(b) of the Bankruptcy Code.

64.     The Cash Management System constitutes an ordinary course and essential business practice providing significant benefits to the Debtors, including, among other things, the ability to: (i) control corporate funds; (ii) ensure the maximum availability of funds when and where necessary; and (iii) reduce administrative expenses by facilitating the movement of funds and the development of more timely and accurate account balance information.

65.     As a practical matter, because the Debtors transact business through distinct distribution channels that generate revenue from customer sales, it would be extremely difficult and expensive to establish and maintain a different cash management system. The Debtors, therefore, request that the Court authorize continuation of the existing Cash Management System after the Commencement Date. The existing Cash Management System is the most efficient and cost-effective mechanism for managing the Debtors' receipts and disbursements.

66.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Cash Management Motion.

**E. Debtors' Motion for Entry of Interim and Final Orders Pursuant to 11 U.S.C. §§ 105, 361, 362, 363, 364 and 507 (1) Approving Postpetition Financing, (2) Authorizing Use of Cash Collateral, (3) Granting Liens and Providing Superpriority Administrative Expense Status, (4) Granting Adequate Protection, (5) Modifying the Automatic Stay, and (6) Scheduling a Final Hearing**

67. By this motion (the "DIP Motion"), the Debtors request entry of interim and final orders (collectively, the "DIP Orders") authorizing the Debtors to: (i) obtain senior secured, superpriority, postpetition financing in the form of a first lien new money superpriority priming credit facility with a maximum outstanding principal amount of up to $505,000,000 (the "DIP Loan") pursuant to the terms and conditions of that certain Senior Secured, Super-Priority Debtor-in-Possession Credit Agreement (as the same may be amended, supplemented, restated, or otherwise modified from time to time, the "DIP Credit Agreement") by and between BGI and Borders, Inc. (together with BGI, the "Borrowers"), and all direct and indirect subsidiaries of the Borrowers as guarantors (the "Guarantors", and together with the Borrowers, the "Credit Parties"), GE Capital Markets, Inc., as working capital lead arranger (in such capacity, the "Working Capital Lead Arranger"), GECC, as administrative agent for the revolver lenders (in such capacity, the "Working Capital Agent") and GA Capital, LLC (in such capacity, the "Term B Agent" and, together with the Working Capital Agent, the "DIP Agents") for the term lenders party to the DIP Credit Agreement (each revolver lender and each term lender, individually a "DIP Lender" and, collectively, including the DIP Agents, the "DIP Lenders"); (ii) execute and deliver the DIP Credit Agreement and all other documents and agreements related to the DIP Loan (collectively, the "DIP Loan Documents"); (iii) use proceeds from the DIP Loan and Cash Collateral for the purpose of (1) providing the Debtors' working capital and other corporate needs during the pendency of these chapter 11 cases, (2) paying fees and expenses of the professionals retained by the Debtors, any statutory committee appointed in these chapter 11 cases (any such committee, a "Statutory Committee"), the DIP Lenders and the DIP Agents, (3)

paying amounts owing to the DIP Lenders and the DIP Agents, and (4) refinancing the Prepetition Facilities, in each case, subject to the Budget[7] and subject to the financial covenants, terms, conditions, and limitations set forth in the DIP Loan Documents and the DIP Orders; and (iv) grant to the DIP Agents, for the benefit of the DIP Lenders, a security interest in, and valid, enforceable, non-avoidable and automatically fully perfected liens on and in, the now existing or after-acquired DIP Collateral (with the priority set forth in the DIP Orders) to secure all obligations and indebtedness arising under or in respect of the DIP Loan, the DIP Loan Documents and the DIP Orders. The security interests securing the DIP Loan shall have priority over any and all security interests of any creditor that are junior to the Prepetition Facilities.

68. The DIP Motion further requests entry of interim and final orders: (i) authorizing the Borrower, on an interim basis, to borrow from the DIP Lenders up to a maximum outstanding principal amount of **$400,000,000** of the DIP Loan for the purposes set forth in section (a)(iii) and in the DIP Orders and the DIP Loan Documents; (ii) authorizing the Guarantors to guaranty the DIP Obligations to be secured by the interests referred to in section (a)(iv) above; (iii) granting to the DIP Agents and the DIP Lenders superpriority administrative expense claims in each of these chapter 11 cases with respect to the DIP Obligations, subject to the Carve-Out; (iv) providing adequate protection (the "Adequate Protection") to the Prepetition Agents and the Prepetition Lenders; (v) modifying the automatic stay imposed by section 362 of the Bankruptcy Code to the extent necessary to implement and effectuate the terms of the DIP Loan Documents and the DIP Orders; and (vi) scheduling a final hearing to consider the relief requested herein on a final basis.

---

[7]   Capitalized terms used but not defined have the meanings given to them in the Interim Order.

69.     Material provisions of the DIP Credit Agreement are set out in the DIP Motion pursuant to, and in accordance with, Bankruptcy Rule 4001(c)(1)(B)(i)-(xi) (relating to obtaining credit), Bankruptcy Rule 4001(b)(1)(B)(i)-(iv) (relating to the use of cash collateral), and Local Rule 4001-2(a)-(i) (relating to the use of cash collateral and obtaining credit).

70.     As set forth above and in the DIP Motion and the Declaration of Richard Klein filed in support of the DIP Motion, the DIP Loan is the product of hard fought, good faith negotiations.  Approval of the DIP Credit Agreement will provide the Debtors with immediate and ongoing access to borrowing availability to pay their current and ongoing operating expenses, including postpetition wages and salaries, vendor obligations, and other operational costs (such as rent and utilities).  Unless these expenditures are made, the Debtors could be forced to cease operations, which would immediately frustrate the Debtors' ability to reorganize. Moreover, the implementation of the DIP Loan will be viewed favorably by the Debtors' employees, customers, and vendors, thereby promoting a successful reorganization.

71.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases that the Court grant the relief requested in the DIP Motion.

**F.      Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) and Fed. R. Bankr. P. 4001, 6003, and 6004 for (I) Authority to (A) Continue the Debtors' Insurance Programs and (B) Pay All Obligations in Respect Thereof, and (II) to Direct Financial Institutions to Honor and Process Checks and Transfers Related to Such Insurance Obligations**

72.     By this motion (the "Insurance Motion"), the Debtors request authority to (i) continue their insurance policies that provide coverage for, among other things, general liability, automobile liability, property damage, earthquake damage, directors' and officers' liability, commercial crime, fiduciary liability, media liability and cyber liability (the "Insurance Policies") on an uninterrupted basis in accordance with the same practices and procedures in

effect prior to the Commencement Date, and to renew their Insurance Policies or obtain replacement coverage, as needed in the ordinary course of business, without further Court approval, and (ii) pay, in their sole discretion, all undisputed premiums, claims, deductibles, administrative fees, broker fees, and other obligations relating to the Insurance Policies, as applicable, that were or are due and payable, and relate to the period before or after the Commencement Date (collectively, the "Insurance Obligations").

73. The Debtors further request that the Court direct and authorize their banks and financial institutions (collectively, "Banks") to receive, honor, process, and pay, to the extent funds are available in the Debtors' accounts, any and all checks drawn, or electronic fund transfers requested or to be requested, on the Debtors' general disbursement accounts to the extent that such checks or electronic fund transfers relate to any of the Insurance Obligations. The Debtors also request permission to issue new postpetition checks or effect new electronic fund transfers with respect to the Insurance Obligations to replace any prepetition checks or electronic fund transfers that may be dishonored or rejected.

74. The Debtors have financed certain insurance premiums through Premium Financing Arrangements ("PFAs") with third-party lenders. To reduce the administrative burden, as well as the expense of operating as debtors in possession, the Debtors seek the Court's authority to enter into postpetition PFAs without further Court approval, during the pendency of these chapter 11 cases. Due to the importance of continuing insurance coverage with respect to the Debtors' business activities as well as preserving the Debtors' liquidity by potentially financing the insurance premiums through PFAs, the Debtors believe it is in the best interests of their estates to enter into postpetition PFAs as they deem, within their business judgment, to be necessary.

75.     The nature of the Debtors' business and the extent of their operations make it essential to maintain the Insurance Policies on an ongoing and uninterrupted basis. If the Debtors fail to pay the Insurance Obligations, the insurance carriers may seek to terminate the existing Insurance Policies, or they may decline to renew the programs or refuse to insure the Debtors in the future. Absent adequate insurance coverage, the Debtors could, among other things, be exposed to substantial liability for damages to persons and/or their property.

76.     Lastly, the Debtors are required by law and the operating guidelines of the Office of the United States Trustee to maintain certain of the Insurance Policies, including workers' compensation, general liability, and casualty insurance. Accordingly, the continuation of the Insurance Policies and payment of all prepetition and post-petition Insurance Obligations are essential to preserve the Debtors' business and the value of these estates for all creditors.

77.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Insurance Motion.

**G.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 507 and Fed. R. Bankr. P. 6003 and 6004 For Authorization to (I) Pay Certain Employee Obligations and Maintain and Continue Employee Benefits and Programs, and (II) For Banks to Honor and Process Checks and Transfers Related to Such Obligations**

78.     By this motion (the "Employee Wage Motion"), pursuant to sections 105(a), 363(b), and 507 of the Bankruptcy Code and Bankruptcy Rules 6003 and 6004, the Debtors request that the Court: (i) authorize the Debtors to (a) pay, in their sole discretion, all obligations incurred under or related to Compensation Obligations, Payroll Tax Obligations, Garnishment Obligations, Supplemental Workforce Obligations, Independent Contractor Obligations, Business Expenses, Incentive Obligations, Severance Payments, and Employee Benefit Obligations (each as defined in the Employee Wage Motion, and collectively, the "Employee

Obligations") and all fees and costs incident to the foregoing, including amounts owed to third-party administrators, and (b) maintain and continue to honor and pay all amounts with respect to their practices, programs, and policies for their employees as they were in effect as of the Commencement Date, and as such may be modified, amended, or supplemented from time to time in the ordinary course of business; and (ii) authorize and direct applicable banks and financial institutions at which the Debtors maintain disbursement and other accounts, at the Debtors' instruction, to receive, honor, process, and pay, to the extent of funds on deposit, any and all checks or electronic funds transfers to the extent that such checks or transfers relate to any of the Employee Obligations. As of the Commencement Date, to the best of the Debtors' understanding, only one employee is owed more than $11,725 in accrued and unpaid prepetition wages or salaries,[8] excluding outstanding and uncashed payroll checks.

79.    The Debtors seek this authority to minimize the personal hardship that their employees would suffer if the Employee Obligations were not paid when due and to maintain the morale and dedication of their essential workforce at this critical time.

80.    The Debtors believe, and I agree, that if the relief requested in the Employee Wage Motion is not granted, the employees, supplemental workers, and independent contractors would suffer undue hardship and, in many instances, financial difficulties, since these monies are needed to enable them to meet their personal obligations. In addition, without the requested relief, the Debtors' stability would be substantially undermined by the potential threat that otherwise loyal employees, supplemental workers and independent contractors at all levels would seek other employment.

---

[8]    The Debtors' Chief Executive Officer may be owed an amount in excess of $11,725 in accrued and unpaid prepetition wages or salaries. At this time, the Debtors do not seek authority to pay any amounts in excess of $11,725 with respect thereto.

81.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Employee Wage Motion.

**H.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), 507(a)(8), and 541 and Fed. R. Bankr. P. 6003 and 6004 Requesting Authority to Pay Prepetition Taxes and Assessments**

82.     By this motion (the "Tax Motion"), pursuant to sections 363(b), 507(a)(8), 541, and 105(a) of the Bankruptcy Code, the Debtors request entry of an order (i) authorizing, but not directing, the Debtors to pay, in their sole discretion, all prepetition taxes determined to be owed or assessed including: Sales Taxes; Use Taxes; Import Taxes; Franchise and Income Taxes; Real and Personal Property Taxes; Business License Assessments; Annual Report Taxes, and any penalties and interest thereon (each as defined below and collectively, the "Taxes and Assessments") to various state and local taxing authorities (or, with respect to Import Taxes, to U.S. Customs and Border Protection), including those obligations subsequently determined upon audit to be owed during the administration of the chapter 11 cases, as and when they become due, and those obligations due and owing to third party administrators in connection therewith, and to continue such payments to third-party administrators in the ordinary course of business.

83.     Payment of the prepetition Taxes and Assessments is critical to the Debtors' continued, uninterrupted operations. Nonpayment of these obligations may cause taxing authorities to take precipitous action, including, but not limited to, filing liens, preventing the Debtors from conducting business in the applicable jurisdictions, seeking to lift the automatic stay, and imposing personal liability on the Debtors' officers and directors, all of which would disrupt the Debtors' day-to-day operations and could potentially impose significant costs on these estates.

84.     The authority to pay the taxing authorities in accordance with the Debtors'

prepetition business practices will enable the Debtors to continue to operate their business in

chapter 11 without disruption.  Accordingly, for the foregoing reasons, the Debtors' believe, and

I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other

parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Tax

Motion.

**I.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 362(a)(3) and 541
        Requesting Approval of (I) Certain Proposed Notification Procedures and
        (II) Restrictions on Certain Transfers of Claims and Equity Interests Effective
        _Nunc Pro Tunc_ to the Commencement Date**

85.     By this motion (the "NOL Motion"), the Debtors request, pursuant to sections

105(a), 362(a)(3) and 541 of the Bankruptcy Code, that the Court establish procedures to protect

the potential value of their net operating tax loss carryforward amounts ("NOLs"), potential net

unrealized built-in losses in their assets (the "Built-in Losses"), capital loss carryforwards (the

"Capital Loss Carryforwards"), and certain other tax and business credits (the "Tax Credits," and

together with the NOLs, the Built-in Losses, and the Capital Loss Carryforwards, the "Tax

Attributes").  The proposed procedures are designed to (i) impose restrictions and notification

procedures to ensure the Debtors receive the full benefits of the automatic stay, and (ii) notify

holders of the stock of BGI ("Borders Stock"), and holders of claims against the Debtors

("Claims"), of the injunction by making available to all holders of Borders Stock and/or Claims

(a) an interim procedures notice to be effective _nunc pro tunc_ to the date the NOL Motion was

filed, and (b) a final procedures notice.

86.     The Debtors believe, and I agree, that the proposed procedures are necessary to

preserve the ability of the Debtors to use the Tax Attributes, which are valuable assets of these

estates, while providing latitude for trading in interests and claims below specified levels.  The

Debtors' ability to preserve the Tax Attributes may be seriously jeopardized unless such postpetition procedures are established to ensure that trading in certain interests in and claims against the Debtors are either precluded or closely monitored and made subject to Court approval. However, the Debtors recognize that some trading in Borders Stock and Claims may not, under certain circumstances, pose a serious risk to the Tax Attributes, and thus, (i) the relief requested is narrowly tailored to permit certain trading to continue, and (ii) the Debtors preserve the ability to waive, in writing, in appropriate circumstances, any and all restrictions, stays, and notification procedures contained in the NOL Motion.

87.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the NOL Motion.

**J.     Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a) and 503(b)(1) for Authorization to Honor Certain Prepetition Customer Programs**

88.     By this motion (the "Customer Programs Motion"), the Debtors request authority to continue their Customer Programs (as defined below) in the ordinary course of business and to perform and honor their prepetition obligations thereunder without disruption. Prior to the Commencement Date, both in the ordinary course of business and as is customary in the retail industry, the Debtors engaged in certain activities to develop and sustain a positive reputation with the consumers to whom they market their products. In connection with these activities, the Debtors maintain various customer programs and policies (collectively, the "Customer Programs") designed to ensure customer satisfaction, promote sales growth, meet competitive pressures, develop and sustain customer loyalty, improve profitability, and generate goodwill for the Debtors' brand, thereby retaining current customers and attracting new ones, with the ultimate goal of enhancing net income.

89.     The Customer Programs include: (i) the "Borders Rewards" and "Borders Rewards Plus" customer loyalty programs (approximately $7,959,000 in "Borders Bucks," *i.e.*, "rewards" of merchandise credit were issued for January 2011, of which $5,253,384 was not redeemed and expired at the end of the day on January 31, 2011); (ii) gift cards (with an aggregate amount outstanding of approximately $275,045,213 as of January 29, 2011, but of which the Debtors expect only approximately $113,141,505 to be redeemed, given past redemption rates); (iii) return policies; (iv) credit card processing agreements; (v) employee shopping discounts of 33%, plus complimentary membership in Borders Rewards Plus for employees that complete such training, as well as discounts at the Debtors' airport stores to airport employees and military personnel; (vi) quantity discounts of 10-20%, depending on how many copies of a single title customers purchase; (vii) educator discounts of 25% on products for classroom use for the approximately 510,000 educators that hold discount cards; (viii) business and educator services discounts of 25% at the Debtors' Borders branded outlets for individual and organizational members of the Business and Educator Services Program with deferred billing accounts or discount cards; and (ix) coupons and promotional codes.

90.     The continuity, viability, and revitalization of the Debtors' business as well as their brand as one of the leading retail providers of media merchandise, are dependent upon the development and maintenance of the loyalty of their customers. It is essential that the Debtors be permitted to continue their Customer Programs and honor their prepetition obligations thereunder. If the Debtors are unable to do so, their operations and brand will be irreparably harmed by the loss of certain of their customers to the Debtors' competitors. Certain of the Debtors' competitors maintain customer programs that are similar, if not identical, to certain of those offered by the Debtors. Therefore, the Debtors' inability to honor their Customer

Programs would place them at a severe disadvantage relative to these competitors, and would be very detrimental to the Debtors' reorganization efforts.

91.     Considering the potential for loss of competitiveness absent the relief requested herein, and the resulting impact on the Debtors' business, authorization to continue the Customer Programs in the ordinary course of business and to perform and honor the Debtors' prepetition obligations thereunder, as deemed appropriate in the Debtors' business judgment, is essential to a seamless transition into chapter 11.

92.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Customer Programs Motion.

**K.     Motion Pursuant to 11 U.S.C. §§ 105(a) and 363 Requesting (I) Authority to Pay Certain Prepetition Claims of Distribution Network Vendors and Other Lien Claimants, and (II) Direction of Banks and Other Financial Institutions to Honor Related Checks and Electronic Payment Requests**

93.     By this motion (the "Distribution Network Vendor Motion"), pursuant to sections 105(a) and 363 of the Bankruptcy Code, the Debtors request authority to pay outstanding prepetition Distribution Network Vendor Claims (defined below). In addition, the Debtors request authority, but not direction, to pay certain miscellaneous lien claims, including, but not limited to, mechanics' liens and materialmans' liens (the "Miscellaneous Lien Claims"), on a case-by-case basis and at the Debtors' sole discretion, that either have resulted or reasonably could result in a lien being asserted against the Debtors' property. The Debtors also seek authority from the Court to pay Interstate Freight (employed by the Debtors to help aggregate and manage payments related to the Debtors' Distribution Network Vendors) all prepetition accrued but unpaid service and administrative fees and to continue such payments to Interstate Freight in the ordinary course of the Debtors' business. The Debtors further request that this

Court authorize and direct all banks and other financial institutions (each a "Bank" and collectively, the "Banks") on which checks are drawn or electronic funds are transferred with respect to Distribution Network Vendor Claims (defined below) or Miscellaneous Lien Claims to receive, process, honor, and pay, to the extent of funds on deposit, any and all such checks or electronic transfers, whether such checks or transfers were issued before or after the Commencement Date, upon the receipt by each Bank of such notice of authorization without further order of the Court.

94.     An integral component of the Debtors' retail operations is the efficient flow of inventory (the "Retail Inventory") to the Debtors' distribution centers, stores and customers. Accordingly, the Debtors rely heavily on numerous common carriers, movers, shippers, warehousemen, customs brokers and certain other third-party vendors and service providers (collectively, the "Distribution Network Vendors") to ship, transport, store, move through customs and deliver inventory through established international distribution networks. The Distribution Network Vendors maintain possession of books and other inventory vital to the Debtors' operations. As of the Commencement Date, many of the Distribution Network Vendors had claims for storage, transportation and related services previously provided to the Debtors (collectively, with any related taxes and custom duties, the "Distribution Network Vendor Claims").

95.     If the Distribution Network Vendors and Miscellaneous Lien claimants (the "Miscellaneous Lien Claimants") are not paid by the Debtors, the Debtors believe the Retail Inventory held by the Distribution Network Vendors and Miscellaneous Lien Claimants may be subject to possessory liens under applicable state law. Moreover, it is essential that the Debtors be permitted immediately to pay the Distribution Network Vendor Claims to insure that the flow

of books and inventory throughout the Debtors' distribution network (including inventory being delivered from the Debtors to their customers) remains constant, timely and efficient. Should the Debtors' flow of inventory be interrupted for even a brief time, the Debtors could suffer disruption of their business at multiple locations, with a corresponding loss of customer confidence. The Debtors cannot afford any material disruption of their business operations or present anything less than a "business as usual" appearance to the public.

96.     Payment of the Distribution Network Vendor Claims is not simply necessary for the continued operations of the Debtors, but critical to the survival of the Debtors' business. The sale of the Retail Inventory -- especially the new releases, which are the lifeblood of the Debtors' operations -- depend upon the Debtors' ability to receive the Retail Inventory in a timely fashion. Moreover, the Debtors believe in their sound business judgment that continuation of their positive relationship with the Distribution Network Vendors and Miscellaneous Lien Claimants is imperative to their continued operations and greatly increases the likelihood of a successful reorganization.

97.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Distribution Network Vendor Motion.

**L.     Debtors' Omnibus Motion Pursuant to 11 U.S.C. §§ 365(a) and 554(a) and Fed. R. Bankr. P. 6006, 6007 and 9014 For Approval of Rejection of Certain Unexpired Leases of Non-Residential Real Property and Authorization to Abandon Certain Property Effective as of the Commencement Date**

98.     By this Motion (the "Lease Motion"), the Debtors request that, pursuant to sections 365(a) and 554(a) of the Bankruptcy Code and Bankruptcy Rules 6006, 6007 and 9014, the Court (i) approve the Debtors' rejection of four (4) unexpired leases of nonresidential real

property (each, a "Lease," and collectively, the "Leases"), effective as of the Commencement Date, and (ii) authorize the Debtors to abandon certain equipment, fixtures, furniture or other personal property (the "Personal Property") located in the premises associated with the rejected Leases (the "Leased Premises").

99.     The Debtors believe, and I agree, that because the Debtors no longer maintain operational retail stores or distribution center at the Leased Premises, continued compliance with the terms of the Leases would be burdensome and would provide no corresponding benefit to the Debtors or the stakeholders in these chapter 11 cases. In addition to the Debtors' obligation to pay rent, the Debtors also are obligated to pay for certain utilities, insurance and other related charges associated with the Leases. However, the landlords are not subject to any uncertainty regarding the Debtors' intent with respect to the Leases, due to these prepetition store and distribution center closures and the Debtors' vacation of the Leased Premises. Moreover, the landlords will not be unduly prejudiced if the rejection is deemed effective as of the Commencement Date because they will receive notice of the Lease Rejection Motion and have sufficient opportunity to act accordingly, and will be relieved of their own obligations under the Leases.

100.    Furthermore, the Debtors believe, and I agree, that any Personal Property abandoned to the landlords of the Leased Premises is of inconsequential value or benefit to the Debtors' estates and/or burdensome. Because the Debtors have closed the store and distribution center locations at the Leased Premises, the Personal Property no longer is necessary for their business operations.

101. For the foregoing reasons, the Debtors have determined, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Lease Rejection Motion.

**M.** **Debtors' Emergency Motion for Entry of Order (I) Authorizing the Debtors to Sell Certain Assets Through Store Closing Sales and to Enter Into Agency Agreement with (A) Joint Venture Composed of Hilco Merchant Resources, LLC, SB Capital Group, LLC, and Tiger Capital Group, LLC or (B) Other Successful Bidder at the Auction, (II) Approving Stalking Horse Protections, (III) Authorizing Debtors to Abandon Unsold Property, (IV) Waiving Compliance With Contractual Store Closing Sale Restrictions, (V) Exempting (A) State and Local "Fast Pay" Laws and (B) Laws Restricting Store Closing Sales, and (VI) Granting Related Relief**

102. By this motion (the "Store Closing Sales Motion"), the Debtors seek an order (i) authorizing the Debtors to sell certain assets, consisting of Merchandise and Owned Furniture, Fixtures and Equipment located at approximately 200 of their stores (the "Closing Stores") and, at the Debtors' option, up to 75 other stores, through store closing sales (the "SCSs"), free and clear of all liens, claims or encumbrances and to enter into an Agency Agreement in substantially the form annexed to the Store Closing Sales Motion as Exhibit B, with a joint venture composed of Hilco Merchant Resources, LLC, SB Capital Group, LLC and Tiger Capital Group, LLC (the "Stalking Horse Bidder"), or alternatively with the successful bidder at the Auction (the "Successful Bidder"), (ii) approving stalking horse protections in connection with the Debtors' auction (the "Auction") to select a liquidator to conduct the SCSs, (iii) authorizing Debtors to abandon certain unsold Merchandise and Owned FF&E after conclusion of the SCSs, (iv) waiving compliance with provisions in the Debtors' agreements restricting store closing sales, (v) exempting the Debtors from state and local rules, statutes or ordinances restricting store closing sales and from state "fast pay" laws and regulations, and (vi) granting related relief.

103. Historically, the Debtors, in the ordinary course of their business, have continually reviewed their store portfolio to close underperforming or otherwise unprofitable

stores. The Debtors have endeavored to renegotiate leases and obtain landlord concessions wherever possible, and particularly in their least profitable stores. Where the Debtors cannot obtain necessary rent concessions at unprofitable stores, or if a lease expired on its own terms and the landlord desired to retake the premises, the Debtors have regularly closed stores and conducted closing sales for the efficient self-liquidation of inventory and FF&E.

104.    In some instances, when conducting such closing sales, the Debtors have retained liquidation firms to consult and advise the Debtors regarding the liquidation process. For example, in late 2010, the Debtors retained Hilco Merchant Resources, LLC ("Hilco") to consult with respect to several store closing sales. Currently, Hilco acts as consultant with respect to 19 closing sales the Debtors commenced pre-petition. In this regard, conducting store closing sales with the assistance of liquidators (and in particular Hilco) is part of the Debtors' ordinary course operations.

105.    Prior to the Commencement Date, the Debtors, in consultation with their advisors and their key constituents, concluded that it was in the best interests of the Debtors and their stakeholders to close and liquidate the inventory at the Closing Stores because those stores could not sustain continued operations and were not saleable as going concerns. Indeed, the Debtors incur significant losses at these stores. The Debtors, with input from financial advisors, determined that SCSs conducted by one or more experienced and reputable liquidator(s) would achieve the maximum values for the assets located in the Closing Stores and would minimize administrative expenses. Indeed, given the breadth of the SCSs, it would be impossible for the Debtors to self-administer the SCSs without outside liquidator assistance. Prior to the Commencement Date, the Debtors and their advisors engaged in a strategic process to solicit bids to select the stalking horse and conduct the SCSs.

106.    On February 3, 2011, the Debtors, through their then advisors at FTI Consulting, Inc. ("FTI"), began contacting the nations' largest liquidation firms to gauge interest in a process to solicit bids for SCSs. At that time, the Debtors' advisors informally contacted representatives of each of those liquidation firms and learned shortly thereafter -- as is customary of transactions of this size -- that the nation's largest liquidator firms would form two groups for purposes of bidding on the SCSs. One group consists of Great American Group LLC and Gordon Brothers Retail Partners LLC (collectively, the "GB Group") and the other consists of Hilco Trading LLC, Tiger Capital, and SB Capital Group (collectively, the "Hilco Group"). Based on those discussions, and the small universe of liquidation firms that could handle a liquidation of this size and breadth, the Debtors' advisors concluded that a quick solicitation process would provide optimal returns, while ensuring adequate notice to all possible participants.

107.    On February 7, 2011, the Debtors through FTI transmitted bid solicitation packages (the "Bid Solicitation Packages") containing: (a) a form non-disclosure agreement, and (b) a bid solicitation letter (the "Bid Solicitation Letter") informing the parties of the Debtors' intentions to conduct SCSs and setting forth clear procedures for parties to request more information and to submit bids. The Bid Solicitation Letter specifically instructed interested parties to complete the non-disclosure agreement, at which time the parties would be provided diligence materials and a draft form agency agreement. The Bid Solicitation Packages were transmitted to the GB Group and the Hilco Group.

108.    On February 8 and 9, 2011, the entities in the GB Group and the Hilco Group signed non-disclosure agreements. Also on February 8, 2011, the Debtors' advisors provided each of those parties copies of a draft form agency agreement and began providing them diligence materials, including (a) detailed information regarding the Closing Stores including, as

to each Closing Store: (i) the address, (ii) a schedule of Occupancy Expenses to be paid by the liquidators, (iii) 2010 P&Ls, (iv) historical weekly sales by SKU, and (v) inventory by SKU; (b) a summary of the Debtors' perpetual inventory; (c) promotional calendars for the first and second quarters of 2011; (d) a detailed listing of certain inventory contained in the Debtors' distribution center to be included in the sale; and (e) employee manuals and benefits plan summary (collectively, the "Diligence Information").

109. On February 9, 2011, the Debtors retained AP Services to provide restructuring advisory services. Upon retaining AP Services, the Debtors asked AP Services to undertake various tasks with respect to the Debtors' preparation for bankruptcy filing and to assume certain tasks previously assigned to FTI, including soliciting and negotiating bids for the SCSs.

110. On February 10, 2011, FTI began transitioning its work concerning the store closing sale process to AP Services. Both firms, along with management (the same individuals of which have been involved with the process throughout) and counsel, held a call that day to provide an information download, identify tasks and responsible parties, and discuss outstanding diligence requests from potential bidders. Thereafter, the AP Services team headed by Holly Etlin, coordinated the process to solicit and negotiate bids to conduct the SCS. *See Declaration of Holly Felder Etlin In Support of Store Closing Sale Motion*, filed with the Store Closing Sales Motion.

111. On February 13, 2011, the Debtors, in consultation with their advisors considered the two bids received from the Hilco Group and the GB Group, including the marked-up agency agreements sent by both. Compared to the GB Group's bid, the Hilco Group's bid provides a higher guaranty percentage. In addition, the Hilco Group's terms on inventory thresholds, cost-to-retail adjustments and expense reimbursement are more favorable to the Debtors, decreasing

the Debtors' potential exposure to excess expenses or inventory adjustments. As such, the Debtors selected the Hilco Group's bid as the Stalking Horse Bid (which would still be subject to further testing at the Auction). The Debtors' advisors then worked with the Hilco Group and its professionals to revise the draft form agency agreement, which resulted in the Agency Agreement executed by the Debtors on February 16, 2011 and which is subject to Court approval and an additional auction process.

112.    To ensure that the Hilco Group's bid was the highest and best offer, the Debtors scheduled the Auction to occur on the Commencement Date to select a liquidator to conduct store closing sales. The Debtors and their advisors invited the following groups to attend the auction: (a) Hilco, (b) Tiger Capital, (c) SB Capital Group, (d) Great American Group LLC, (e) Gordon Brothers Retail Partners LLC, (f) GECC, the Debtors' agent for the DIP Facility, (g) GA Capital, the Debtors' agent for the Term B DIP Facility, (h) the Kelley Drye & Warren LLP, representing a group of the Debtors' largest landlords, and (i) Lowenstein Sandler PC and Alvarez & Marsal, representing certain of the Debtors' publishers holding a substantial amount of the Debtors' prepetition trade debts.

113.    At the Auction, the Debtors and their advisors, in consultation with their key constituents, will establish the terms and conditions of the Auction consistent with the Agency Agreement, which will include that (a) the initial overbid must exceed the Stalking Horse Bid by at least the sum of (i) 0.5% of the Cost Value of Merchandise (as defined in the Agency Agreement) plus (ii) a $1,000,000 break-up fee, (b) any subsequent overbid must exceed the prior bid by at least 0.25% of the Cost Value of Merchandise, and (c) that any successful bidder must execute an agency agreement in substantially the form of the Agency Agreement, with only the terms and form of consideration changed. As evidenced by the Auction, throughout this

process the Debtors used every effort to keep their key constituents informed regarding the store closure process.

114.     For the foregoing reasons, the Debtors believe, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and other all parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Store Closing Sales Motion.

**N.     Debtors' Motion Pursuant to 11 U.S.C. § 105(a) and Fed. R. Bankr. P. 1015(c) and 9007 for Authorization to Implement Certain Notice and Case Management Procedures**

115.     By this Motion (the "Case Management Motion"), the Debtors request authorization to implement certain case management procedures (the "Procedures") in connection with the administration of these chapter 11 cases pursuant to section 105(a) of the Bankruptcy Code and Bankruptcy Rules 1015(c) and 9007.

116.     The Debtors request that the Court enter an order providing for certain notice, case management and administrative procedures in the chapter 11 cases. Given the number of parties in interest in the chapter 11 cases, requiring that service be made upon each of these parties would waste the Debtors' limited resources. Thus, the Debtors believe that requiring paper service of certain pleadings only upon the main parties in interest, as well as authorizing service on all parties by e-mail, will be efficient and save the estates significant time and expense. Additionally, due to the likely volume of motions and other pleadings that will be filed in these cases, the Debtors have proposed that such special hearing procedures be created, including the creation of regularly scheduled omnibus hearings at which the Court, the Debtors and other parties in interest can address several motions at once, thereby avoiding the substantial time and expense of scheduling separate hearings on each discrete matter.

117. For the foregoing reasons, the Debtors have determined, and I agree, that it is in the best interests of the Debtors, their estates and creditors, and all other parties in interest in these chapter 11 cases, that the Court grant the relief requested in the Case Management Motion.

## III.

## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1007-2

118. Local Bankruptcy Rule 1007-2 requires certain information related to the Debtors, which is set forth below.

119. Certain large publishers that each determined to jointly retain the same professionals (the "Publishers") was formed in January 2011 to facilitate negotiations between the Debtors and certain of their primary vendors. The Publishers are represented by Lowenstein Sandler PC, as counsel, and A&M as financial advisors. In addition, in January 2011 certain landlords for the Debtors' retail outlets each determined to jointly retain the same professionals (the "Landlords") to facilitate negotiations with the Debtors. The Landlords are represented by Kelly Drye & Warren LLP, as counsel, and A&M as financial advisors. Schedule 1 hereto contains the names and addresses for counsel of each of these stakeholders.

120. In accordance with Local Bankruptcy Rule 1007-2(a)(4), Schedule 2 hereto is a list of the names, addresses, and, where available, telephone numbers of the creditors holding the thirty largest unsecured claims (excluding insiders) against the Debtors, on a consolidated basis. Such list includes the amount of the claim, the nature of the claim and, if appropriate, an indication of whether such claim is contingent, unliquidated, disputed, or partially secured, subject, however, to the reservations of rights stated on Schedule 2 regarding, among other things, the actual validity of any such claims.

121. In accordance with Local Bankruptcy Rule 1007-2(a)(5), Schedule 3 is a list of the names and addresses of the holders of the five largest secured claims. Such list includes the

amount of the claim, an estimate of the value of the collateral, and whether the claim or lien is disputed, subject, however, to the reservations of rights stated on Schedule 3.

122.    In accordance with Local Bankruptcy Rule 1007-2(a)(6), Schedule 4 hereto provides a summary of the Debtors' assets and liabilities.

123.    In accordance with Local Bankruptcy Rule 1007-2(a)(7), Schedule 5 hereto provides a list of the number and classes of shares of stock, debentures or other securities of the debtor that are publicly held, and, where known, the number of holders thereof, listing separately those held by each of the Debtors' officers and directors and the amounts so held.

124.    In accordance with Local Bankruptcy Rule 1007-2(a)(8), Schedule 6 is a list of the Debtors' property not in the Debtors' possession, including property in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for any such entity.

125.    In accordance with Local Bankruptcy Rule 1007-2(a)(9), Schedule 7 hereto is a list of the premises owned, leased, or held under other arrangement, from which the Debtors operate their business.

126.    In accordance with Local Bankruptcy Rule 1007-2(a)(10), Schedule 8 hereto provides the location of the Debtors' substantial assets, the location of their books and records, and the value of any assets held by the Debtors outside the territorial limits of the United States.

127.    In accordance with Local Bankruptcy Rule 1007-2(a)(11), Schedule 9 hereto is a list of litigation commenced against the Debtors.

128.    In accordance with Local Bankruptcy Rule 1007-2(a)(12), Schedule 10 hereto contains the names of the individuals who comprise the Debtors' existing senior management,

their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

129. The Debtors intend to continue to operate as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

130. In accordance with Local Bankruptcy Rule 1007-2(b)(1) and (b)(2), <u>Schedule 11</u> hereto is the estimated amount of: (i) the payroll to employees of the Debtors, (ii) payments to officers, directors, and stockholders, and (iii) payments to financial and business consultants for the 30-day period following the commencement of these chapter 11 cases.

131. In accordance with Local Bankruptcy Rule 1007-2(b)(3), <u>Schedule 12</u> hereto contains the estimated cash receipts and disbursements, net cash gain or loss, obligations and receivables expected to accrue but remain unpaid, other than professional fees, for the 30-day period following the commencement of these chapter 11 cases.

[CONTINUED NEXT PAGE]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

Dated: February 16 2011
New York, New York

Name: Scott Henry
Title: Executive Vice President and
Chief Financial Officer

**EXHIBIT A**

**CORPORATE ORGANIZATION CHART**

# Borders Group, Inc. Worldwide Organizational Chart
## (Including Incorp. Dates and Locations, Employer ID and Foreign Registration Numbers)
## as of January 29, 2011



**SCHEDULE 1**

**COUNSEL FOR CERTAIN CREDITORS**

Certain similarly situated parties each utilized common counsel in early January 2011 to facilitate negotiations between the Debtors and certain of their primary vendors and landlords, respectively. The contact information for such counsel is as follows:

Lowenstein Sandler PC, counsel for the Publishers
1251 Avenue of the Americas
New York, New York 10020
Tel:   (212) 262-6700
Fax:   (212) 262-7402
Attn:  Kenneth A. Rosen, Esq.
       Bruce Nathan, Esq.
       Bruce Buechler, Esq.

Kelley Drye & Warren LLP, counsel for the Landlords
101 Park Avenue
New York, New York 10178
Tel:   (212) 808-7800
Fax:   (212) 808-7897
Attn:  James S. Carr, Esq.

# SCHEDULE 2

## <u>THIRTY LARGEST UNSECURED CLAIMS HOLDERS</u>

Pursuant to Local Rule 1007-2(a)(4), the following provides information with respect to the holders of the 30 largest unsecured claims against the Debtors on a consolidated basis.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control. The schedule estimates outstanding claim amounts as of February 10, 2011. The Debtors have excluded from this schedule any claims that will be addressed by First Day Motions filed in connection with these chapter 11 cases. Employees and former employees owed amounts under non-qualified pension plans and deferred compensation plans also are not included in this schedule.

| (1)<br><br>*Name of creditor and complete mailing address, including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | (5)<br><br>*Amount of claim (if secured also state value of security)*<br><br>*(in thousands)* |
|---|---|---|---|---|
| Penguin Putnam Inc.<br>200 Old Tappan Road<br>Bldg. 1<br>Attn: Lindsay Carter<br>Old Tappan, NJ 07675 | Jim Crofton<br>Phone: (201) 767-2918<br>Fax: (201) 767-5029<br>jim.crofton@us.penguingroup.com | Trade debt | | $41,118,914.47 |
| Hachette Book Group USA<br>PO Box 8828<br>Boston, MA 02114-8828 | Tom Maciag<br>Phone: (800) 759-0190<br>Fax: (800) 286-9471<br>Tom.Maciag@hbgusa.com | Trade debt | | $36,879,656.30 |
| Simon & Schuster Inc.<br>JP Morgan<br>Attn: Lockbox 70660<br>131 S. Dearborn 6th Fl.<br>Chicago, IL 60603 | Dennis Eulau<br>Phone: (800) 732-1685<br>Fax: (201) 767-5029<br>dennis.eulau@simonandschuster.com | Trade debt | | $33,757,444.75 |
| Random House<br>Box 223384<br>500 Ross St. 154-0455<br>Pittsburgh, PA 15262 | Anne Davis<br>Phone: (410) 386-7414<br>Fax: (410) 386-7439<br>andavis@randomhouse.com | Trade debt | | $33,461,061.80 |
| Harper Collins Publishers<br>PO Box 360846<br>Pittsburgh, PA 15251-6846 | Janet Gervasio<br>Phone: (570) 941-1495<br>Fax: (570) 941-1553<br>janet.gervasio@harpercollins.com | Trade debt | | $25,793,450.63 |
| Macmillan / MPS<br>175 Fifth Avenue<br>New York, NY 10010 | Peter Garabedian<br>Phone: (540) 672-7600 ext.7544<br>Fax: (540) 672-7540<br>Peter.Garabedian@macmillan.com | Trade debt | | $11,434,306.30 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured also state value of security)* <br><br> *(in thousands)* |
| John Wiley and Sons Inc. <br> Attn: Kevin Glennon <br> 432 Elizabeth Avenue <br> Somerset, NJ 08873 | Kevin Glennon <br> Phone: (732) 302-2210 <br> Fax: (732) 320-2300 <br> kglennon@wiley.com | Trade debt | | $11,191,435.29 |
| Perseus Distribution Svcs <br> 15636 Collections Center Drive <br> Chicago, IL 60693 | Charles Gallagher <br> Phone: (212) 223-2969 ext.134 <br> Fax: (212) 223-1504 <br> charles.gallagher@PerseusBooks.com | Trade debt | | $7,776,291.64 |
| Source Interlink Companies <br> 275000 Riverview Center Blvd <br> Ste 201 <br> Bonita Springs, FL 34134 | Alene Mangino <br> Phone: (239) 949-4450 <br> Fax: (239) 495-5158 <br> Alene.Mangino@sorc.com | Trade debt | | $6,879,905.55 |
| Twentieth Century Fox <br> Bank of America <br> Attn: Lockbox #402665 <br> 6000 Feldwood Road <br> College Park, GA 30349 | Al Leonard <br> Phone: (310) 369-5083 <br> Fax: (310) 369-8799 <br> Al.Leonard@fox.com | Trade debt | | $6,445,467.35 |
| Seattle's Best Coffee Inc. <br> PO Box 84348 <br> Seattle, WA 98124-5648 | Frank Smith <br> Phone: (206) 318-5258 <br> Fax: (206) 624-3262 <br> frank.smith@seattlesbest.com | Trade debt & Commission | | $4,991,818.25 |
| F&W Media Inc. <br> PO Box 715157 <br> Columbus, OH 43271-5157 | Amanda Enderle <br> Phone: N/A <br> Fax: (513) 531-4082 <br> Amanda.Enderle@fwmedia.com | Trade debt | | $4,546,275.13 |
| Houghton Mifflin Harcourt <br> Attn: Mary A. Durrance, Finance <br> Credit Dept. <br> 9400 South Pk Center Loop <br> Orlando, FL 32819 | Jim Diamond <br> Phone: (800) 521-3185 ext.3234 <br> Fax: (407) 363-6917 <br> James.Diamond@hmhpub.com | Trade debt | | $4,400,755.51 |
| Sony Music Entertainment Inc. <br> c/o Mellon Bank <br> Dept. Ch 10247 <br> Palatine, IL 60055-0247 | Neil Carfora <br> Phone: (800) 444-6922 <br> Fax: (201) 777-3694 <br> Neil.Carfora@sonymusic.com | Trade debt | | $4,273,824.18 |
| Workman Publishing Company <br> 225 Varick St. <br> 9th Fl. <br> New York, NY 10014-4381 | Phil Gerace <br> Phone: (212) 254-5900 <br> Fax: (212) 254-8098 <br> phil@workman.com | Trade debt | | $4,003,125.70 |

| (1) | (2) | (3) | (4) | (5) |
|-----|-----|-----|-----|-----|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured also state value of security)* *(in thousands)* |
| Diamond Comic Distributors 1966 Greenspring Dr. # 300 Timonium, MD 21093 | Larry Swanson Phone: (410) 427-9339 Fax: (410) 560-7145 slarry@diamondcomics.com | Trade debt | | $3,906,549.94 |
| U M G D c/o Bank of America PO Box 98279 Chicago, IL 60693 | Joe Flores Phone: (800) 779-6699 Fax: (317) 595-5190 jlflores@umusic.com | Trade debt | | $3,754,699.09 |
| Warner Elektra Atlantic Dept Ch 10125 Palatine, IL 60055-0125 | James Theodoulou Phone: (818) 238-6489 Fax: (818) 729-3568 James.Theodoulou@wmg.com | Trade debt | | $3,396,812.48 |
| The McGraw-Hill Companies PO Box 2258 Carol Stream, IL 60132-2258 | Phil Ruppel Phone: (800) 722-4726 Fax: (614) 755-5654 philip_ruppel@mcgraw-hill.com | Trade debt | | $3,093,871.47 |
| Sony Pictures Home Ent c/o Mellon Bank PO Box 120001 Dept. 0648 Dallas, TX 75312-0648 | Neil Carfora Phone: (310) 255-5593 Fax: (310) 861-5068 Neil.Carfora@sonymusic.com | Trade debt | | $2,930,139.39 |
| Pearson Education Inc. 200 Old Tappan Road Old Tappan, NJ 07675 | Jim Crofton Phone: (201) 964-6104 Fax: (201) 767-5029 jim.crofton@us.penguingroup.com | Trade debt | | $2,784,766.35 |
| Rosetta Stone Ltd. Dept. Ch 17714 Palatine, IL 60055-7714 | Matt Sysak Phone: (540) 236-5428 ext.5135 Fax: (540) 432-0953 msysak@rosettastone.com | Trade debt | | $2,226,552.66 |
| National Book Network Inc. PO Box 62188 Baltimore, MD 21264-2188 | Jeff Harris Phone: (717) 794-3800 Fax: (717) 794-3804 jharris@nbnbooks.com | Trade debt | | $1,956,713.13 |
| WW Norton & Company Inc. Box 2626 PO Box 8500 Philadelphia, PA 19178-2626 | Katherine Pinto Phone: (212) 354-5500 Fax: (800) 458-6515 kpinto@wwnorton.com | Trade debt | | $1,940,825.59 |
| Zondervan Corporation Department CH10303 Palatine, IL 60055-0303 | Angela Harms Phone: (800) 727-1309 Fax: (616) 698-3350 angela.harms@zondervan.com | Trade debt | | $1,886,752.27 |
| EMI Music Dept. CH 17714 Palatine, IL 60055-0380 | Gil Castaniada Phone: (323) 871-5414 Fax: (800) 288-2362 Gil.Castaniada@emicap.com | Trade debt | | $1,782,357.74 |

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| *Name of creditor and complete mailing address, including zip code* | *Name, telephone number and complete mailing address, including zip code, of employee, agent or department of creditor familiar with claim who may be contacted* | *Nature of claim (trade debt, bank loan, government contract, etc.)* | *Indicate if claim is contingent, unliquidated, disputed or subject to setoff* | *Amount of claim (if secured also state value of security)*<br><br>*(in thousands)* |
| Hay House Inc.<br>PO Box 5100<br>2776 Loker Ave W<br>Carlsbad, CA 92018 | Reid Tracy<br>Phone: (760) 431-7695<br>Fax:    (760) 929-2035<br>RTracy@HayHouse.com | Trade debt | | $1,725,588.77 |
| Elsevier Science<br>PO Box 0848<br>Carol Stream, IL 60132-0848 | Emmett Hamilton<br>Phone: (314) 523-5036<br>Fax:    (314) 453-7020<br>E.Hamilton@Elsevier.com | Trade debt | | $1,606,992.18 |
| Papyrus-Recycled Greetings<br>3613 Solutions Center<br>Chicago, IL 60677-3006 | Connie Holland<br>Phone: (800) 777-9498<br>Fax:    (773) 868-8329<br>Connie.Holland@prgreetings.com | Trade debt | | $1,490,890.68 |
| Publications Intl Ltd<br>Dept 77 3401<br>Chicago, IL 60678-3401 | Tom Broughton<br>Phone: (212) 986-1782<br>Fax:    (847) 676-3671<br>TBroughton@pubint.com | Trade debt | | $1,079,420.86 |

## SCHEDULE 3

## FIVE LARGEST SECURED CLAIMS HOLDERS

Pursuant to Local Rule 1007-2(a)(5), the following lists the creditors holding, as of February 11, 2011, the five largest secured, noncontingent claims against the Debtors, on a consolidated basis, excluding claims of insiders as defined in 11 U.S.C. § 101.

The information contained herein shall not constitute an admission of liability by, nor is it binding on, the Debtors. The Debtors reserve all rights to assert that any debt or claim listed herein is a disputed claim or debt, and to challenge the priority, nature, amount or status of any such claim or debt. The descriptions of the collateral securing the underlying obligations are intended only as brief summaries. In the event of any inconsistencies between the summaries set forth below and the respective corporate and legal documents relating to such obligations, the descriptions in the corporate and legal documents shall control.

In addition to the parties listed below, the Debtors may have unliquidated and/or contingent claims as a result of parties asserting a security interest against the Debtors' assets through UCC filings or parties that have a security interest in any collateral posted with whom the Debtors' have engaged to perform interest rate swaps on their debt.

| Creditor | Creditor Contact Mailing Address & Phone Number & Fax Number | Principal Amount of Claim | Type of Collateral | Claim Status |
|---|---|---|---|---|
| 1. Bank of America, N.A. as administrative agent | 100 Federal Street Boston, Massachusetts 02110 Attention: Kathleen Dimock Phone: (617) 434-3830 Fax: (617) 434-4312 | $196.05 million | Substantially all assets, other than real estate interests* | Undisputed |
| 2. G.A. Capital, as administrative agent | One Post Office Square, Suite 3765 Boston, Massachusetts 02109 Attention: Daniel Platt Phone: (617) 692-8308 Fax: (617) 692-8301 | $48.6 million | Substantially all assets, other than real estate interests | Undisputed |

*Estimated value of the collateral is as follows: (i) each of inventory, credit card receivables, trade names and the Borders' Rewards electronic database have been valued by outside sources, with an aggregate value in the range of $425 million to $480 million, of which amount approximately $410 million constitutes inventory valued on the basis of net orderly liquidation value, (ii) the balance of the collateral, including, but not limited to, FF&E and certain equity interests, have not been valued by outside sources and the value is currently unknown. Both debt facilities are oversecured.

# SCHEDULE 4

## <u>SUMMARY OF DEBTORS' ASSETS AND LIABILITIES</u>

Pursuant to Local Rule 1007-2(a)(6), the following financial data (unaudited and subject to change) is the latest available information and reflects the Debtors' financial condition, as consolidated as of December 25, 2010. The following financial data shall not constitute an admission of liability by the Debtors. The Debtors reserve all rights to assert that any debt or claim included herein is a contingent, unliquidated or disputed claim or debt or challenge the priority, nature, amount or status of any claim or debt.

**Total Assets (Book Value):**     $1,275,430,500

**Total Liabilities:**     $1,293,112,600

## SCHEDULE 5

## <u>DEBTORS' PUBLICLY HELD SECURITIES</u>

Pursuant to Local Rule 1007-2(a)(7), the following table sets forth, as of February 8, 2011, the number and classes of shares of stock, debentures, and other securities of the Debtors that are publicly held, and, where known, the number of holders thereof.

| Equity Security | Number of Shares Outstanding | Number of Holders |
|---|---|---|
| Common Stock | 72,042,189 | 2,413 |

# SCHEDULE 6

## <u>PROPERTY NOT IN THE DEBTORS' POSSESSION</u>

Pursuant to Local Rule 1007-2(a)(8), the following lists the Debtors' property that is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, secured creditor, or agent for any such entity.

In the ordinary course of business, property of the Debtors is likely to be in the possession of various other persons, including printers, fulfillment houses, suppliers, maintenance providers, shippers, common carriers, custodians, public officers, or agents. Through these arrangements, the Debtors' ownership interest is not affected, and the Debtors do not believe that these assets constitute a material aspect of their estates. In light of the movement of this property, providing a comprehensive list of the persons or entities in possession of the property, their addresses and telephone numbers, and the location of any court proceeding affecting such property would be impractical. However, other than inventory in transit and deposits held by utilities in the approximate aggregate amount of $1.5 million, assets owned by the Debtors but outside of the Debtors' control are worth less than $100,000 in the aggregate.

## SCHEDULE 7

## <u>DEBTORS' OPERATING PREMISES</u>

Pursuant to Local Rule 1007-2(a)(9), the following lists the property or premises owned, leased or held under other arrangement from which the Debtors operate their businesses.

# Location Information

| Store Number | Location Name | Location Address | City | State | Zip Code | County |
|---|---|---|---|---|---|---|
| 10-001 | Ann Arbor Downtown | 612 East Liberty | Ann Arbor | MI | 48104 | Washtenaw |
| 10-001G | Ann Arbor Downtown (Ground Lease) | 600-616 Liberty | Ann Arbor | MI | 48104 | Washtenaw |
| 10-002 | Kenny Road | 4545 Kenny Road | Columbus | OH | 43220 | Franklin |
| 10-003R | Village Of Shorewood Hills | 3750 University Ave | Madison | WI | 53705 | Dane |
| 10-005 | Emerybay Marketplace | 5903 Shellmound Street | Emeryville | CA | 94608 | Alameda |
| 10-009 | Crossgates Shopping Center | 1775 North Highland Road | Pittsburgh | PA | 15241 | Allegheny |
| 10-010 | White Flint Mall | 11301 Rockville Pike | Kensington | MD | 20895 | Montgomery |
| 10-012 | Water Tower Place | 1821 22Nd Street | West Des Moines | IA | 50265 | Polk |
| 10-014 | The Corners | 31150 Southfield Road | Birmingham | MI | 48025 | Oakland |
| 10-015 | Buckhead Triangle | 3655 Roswell Road | Atlanta | GA | 30342 | Fulton |
| 10-016 | Castleton Corner | 5612 Castleton Corner Lane | Indianapolis | IN | 46250 | Marion |
| 10-016R | Castleton Square | Castleton Square | Indianapolis | IN | 46250 | Marion |
| 10-016S | Castleton Corner (Simply Amish) | 5612 Castleton Corner Lane | Indianapolis | IN | 46250 | Marion |
| 10-018 | Tucson Fiesta | 4235 N. Oracle Road | Tucson | AZ | 85705 | Pima |
| 10-019 | Novi Town Center | 43075 Crescent Boulevard | Novi | MI | 48375 | Oakland |
| 10-020 | Oak Brook Court | 1500 16Th Street | Oakbrook | IL | 60521 | Du Page |
| 10-021R | Philadelphia, PA | 1 South Broad Street | Philadelphia | PA | 19107 | Philadelphia |
| 10-022 | Jay Scutti Plaza | Hyland Drive | Henrietta | NY | 14623 | Monroe |
| 10-023 | Regency Park Shopping Center | 9108 Metcalf | Overland Park | KS | 66212 | Johnson |
| 10-028 | La Place Fashion Centre | 2101 Richmond Road | Beachwood | OH | 44122 | Cuyahoga |
| 10-029R | Tyson's Corner | 8027 Leesburg Pike | Vienna | VA | 22182 | Fairfax |
| 10-030 | Rosemont Shopping Center | 1149 Lancaster Avenue | Bryn Mawr | PA | 19010 | Montgomery |
| 10-031 | Bonaventure Shopping Center | 1501 Plymouth Road | Minnetonka | MN | 55305 | Hennepin |
| 10-032 | Preston Oaks Shopping Center | 10720 Preston Road | Dallas | TX | 75230 | Dallas |
| 10-033 | Deerfield, IL | 49 Waukegan Road | Deerfield | IL | 60015 | Cook |
| 10-034R | Westfield Garden State Plaza | Garden State Plaza | Paramus | NJ | 07652 | Bergen |
| 10-038 | Grand Central Fashion Plaza | 1041 High Ridge Road | Stamford | CT | 06905 | Fairfield |
| 10-039 | Garden City Shopping Center | 81 Hillside Road | Cranston | RI | 02920 | Providence |
| 10-040 | Sunrise Highway | 5151 Sunrise Highway | Bohemia | NY | 11716 | Suffolk |
| 10-041 | Park City Center | 940 Plaza Boulevard | Lancaster | PA | 17601 | Lancaster |
| 10-043R | Lutherville Station Shopping Center | 170 W. Ridgely Road | Timonium | MD | 21093 | Summit |
| 10-044R | Airport Plaza Shopping Center | 231 Airport Plaza | Farmingdale | NY | 11735 | Suffolk |
| 10-045 | Crossroads Center | 5871 Leesburg Pike | Bailey's Crossroads | VA | 22041 | Fairfax |
| 10-046 | Springfield Square | 1011 Baltimore Pike | Springfield | PA | 19064 | Delaware |
| 10-047 | South Dixie Highway | 9205 South Dixie Highway | Miami | FL | 33156 | Miami-Dade |
| 10-049 | Waikele Center | 94-821 Lumiaina St. | Waipahu | HI | 96797 | Honolulu |
| 10-050 | K Street NW | 1801 K Street NW | Washington | DC | 20006 | District Of Columbia |
| 10-052 | Price Club Plaza | 1260 Old Country Road | Westbury | NY | 11590 | Nassau |
| 10-053 | Utica Park Place | 45290 Utica Park Boulevard | Utica | MI | 48317 | Macomb |
| 10-054 | Biltmore Fashion Park | 2402 Camelback Road | Phoenix | AZ | 85016 | Maricopa |
| 10-055 | West Farms Shopping Center | 1600 South East Road | Farmington | CT | 06032 | Hartford |

| 10-056A | Westwood Boulevard | 1360 Westwood Blvd. | Los Angeles | CA | 90024 | Los Angeles |
|---------|--------------------|---------------------|-------------|-----|--------|-------------|
| 10-057 | Union Square | 400 Post Street | San Francisco | CA | 94102 | San Francisco |
| 10-059 | Andover Street | 151 Andover Street | Peabody | MA | 01960 | Essex |
| 10-060 | The Crossroads At Buckland Hills | 59 Pavilions Drive | Manchester | CT | 06040 | Hartford |
| 10-061 | Woodfield Village Green | 1540 Golf Road | Schaumburg | IL | 60173 | Cook |
| 10-062 | Promenade Of Crocker Park | 30121 Detroit Road | Westalke | OH | 44145 | Cuyahoga |
| 10-064R | ABQ Uptown | 2240 Q Street Ne | Albuquerque | NM | 87110 | Bernalillo |
| 10-066 | Century Square Building | 1501 Fourth Avenue | Seattle | WA | 98101 | King |
| 10-067 | South 38Th Street | 2508 South 38Th Street | Tacoma | WA | 98409 | Pierce |
| 10-068 | San Rafael, CA | 588 West Francisco Blvd. | San Rafael | CA | 94903 | Marin |
| 10-069 | Mesa Fiesta Shopping Center | 1361 South Alma School Road | Mesa | AZ | 85210 | Maricopa |
| 10-071 | Fairlane Town Center | 5601 Mercury Drive | Dearborn | MI | 48126 | Wayne |
| 10-072 | Mission Viejo Freeway Center | 25222 El Paseo | Mission Viejo | CA | 92691 | Orange |
| 10-073 | Westridge Court Shopping Center | 336 South Route 59 | Naperville | IL | 60540 | Du Page |
| 10-074 | Northway Mall | 1051 Northway Mall | Pittsburgh | PA | 15237 | Allegheny |
| 10-075 | Edens Plaza | 3232 Lake Street | Wilmette | IL | 60091 | Cook |
| 10-076 | Meyerland Plaza | 570 Meyerland Plaza | Houston | TX | 77096 | Harris |
| 10-078 | Old Town Shopping Center | 5500 Greenville Ave. | Dallas | TX | 75206 | Dallas |
| 10-078S | Old Town S/C (Wheels In Motion) | 5500 Greenville Avenue | Dallas | TX | 75206 | Dallas |
| 10-079 | Nesconset Highway | 2130 Nesconset Highway | Stony Brook | NY | 11790 | Suffolk |
| 10-080 | Geoffrey Drive | 101 Geoffrey Drive | Wilmington | DE | 19713 | New Castle |
| 10-080S | Geoffrey Drive (Robbins Diamonds) | 101 Geoffrey Drive | Wilmington | DE | 19713 | New Castle |
| 10-081 | Sahara  Pavilion | 2323 S. Decatur Blvd. | Las Vegas | NV | 89102 | Clark |
| 10-085 | Pentagon City | 1201 Hayes Street | Pentagon City | VA | 22202 | Arlington |
| 10-086 | Torrance Boulevard | 3700 Torrance Blvd. | Torrance | CA | 90503 | Los Angeles |
| 10-087 | McCarthy Ranch Marketplace | 15 Ranch Drive | Milpitas | CA | 95035 | Santa Clara |
| 10-088 | Kmart Shopping Center #7569 | 1100 East Dimond Blvd. | Anchorage | AK | 99515 | Anchorage |
| 10-089 | Columbia Crossing | 6151 Columbia Crossing Circle | Columbia | MD | 21045 | Howard |
| 10-090 | Preston Shepard Place | 1601 Preston Road | Plano | TX | 75093 | Collin |
| 10-090S | Preston Shepard (Leslie's Poolmart) | 1601 Preston Road | Plano | TX | 75093 | Collin |
| 10-092 | West Broad Street | 9750 W. Broad Street | Glen Allen | VA | 23060 | Henrico |
| 10-094 | Commons Way | 290 Commons Way | Bridgewater | NJ | 08807 | Somerset |
| 10-095 | Kmart Kukui Center | 4303 Nawiliwili Road | Kauai | HI | 96766 | Kauai |
| 10-096 | Ward Center | 200 Ala Moana Blvd. | Honolulu | HI | 96814 | Honolulu |
| 10-098 | Varsity Theatre | 456 University Avenue | Palo Alto | CA | 94301 | Santa Clara |
| 10-099 | Carousel Shopping Center | 9777 Carousel Center Dr. | Syracuse | NY | 13290 | Onondaga |
| 10-100 | Cheektowaga, NY | 2015 Walden Ave. | Buffalo | NY | 14225 | Erie |
| 10-101 | North Clark Street | 2817 N. Clark St. | Chicago | IL | 60657 | Cook |
| 10-103R | The Domain | 3309 Esperanza Crossing | Austin | TX | 78758 | Travis |
| 10-105 | Perimeter Plaza | 5055 S. Plaza Lane | Montclair | CA | 91763 | San Bernardino |
| 10-105S | Perimeter Plaza (Sport Chalet) | 5055 S Plaza Lane | Montclair | CA | 91763 | San Bernardino |
| 10-106 | The Shops At River Crossing | 8675 River Crossing Blvd. | Indianapolis | IN | 46240 | Marion |
| 10-107R | Boise Towne Square | 350 N Milwaukee Street, Suite 1406 | Boise | ID | 83704 | Ada |
| 10-108 | Norman Center Court | 300 Norman Center Court | Norman | OK | 73072 | Cleveland |
| 10-110 | The Plaza At Sunset Hills | 10990 Sunset Hills Plaza | St. Louis | MO | 63127 | Saint Louis |
| 10-111 | The Courtyard-Carmel Mountain Ranch | 11160 Rancho Carmel Drive | San Diego | CA | 92128 | San Diego |
| 10-112 | Kamp Washington S/C | 11054 Lee Highway | Fairfax | VA | 22030 | Fairfax City |
| 10-113 | Olive Boulevard | 11745 Olive Blvd. | Creve Coeur | MO | 63141 | Saint Louis |
| 10-114 | Kirby Woods Shopping Center | 6685 Poplar Ave. | Germantown | TN | 38138 | Shelby |
| 10-116R | Dayton Mall | 2700 Miamisburg Centerville Rd. | Dayton | OH | 45459 | Montgomery |
| 10-117 | Metro 580 Shopping Center | 4575 Rosewood Drive | Pleasanton | CA | 94588 | Alameda |

| Number | Name | Address | City | State | Zip | County |
|---|---|---|---|---|---|---|
| 10-119 | Brea Plaza | 429 South Associated Road | Brea | CA | 92821 | Orange |
| 10-120 | School Street (Downtown Crossing) | 10-24 School Street | Boston | MA | 02108 | Suffolk |
| 10-122 | Rock Road | 1715 Rock Rd. & 13Th Street | Wichita | KS | 67206 | Sedgwick |
| 10-123 | Birch Street | 13105 Birch Street | Omaha | NE | 68164 | Douglas |
| 10-124 | Sunrise Center | 2240 E. Sunrise Blvd. | Ft. Lauderdale | FL | 33304 | Broward |
| 10-125 | Bangor Mall | 116 Bangor Mall Blvd. | Bangor | ME | 04401 | Penobscot |
| 10-126R | Westfield Southcenter | 633 Southcenter | Seattle | WA | 98188 | King |
| 10-129A | State Street | 900 State Street | Santa Barbara | CA | 93101 | Santa Barbara |
| 10-130 | Rocky Ridge Town Center | 2030 Douglas Blvd. | Roseville | CA | 95661 | Placer |
| 10-132 | Devonshire Place Shopping Center | 1751 Walnut Street | Cary | NC | 27511 | Wake |
| 10-133 | Maine Mall | 430 Gorham Rd. | South Portland | ME | 04106 | Cumberland |
| 10-134 | Oakwood Plaza | 3605 High Point Rd. | Greensboro | NC | 27407 | Guilford |
| 10-135 | East 21St Street | 2740 E. 21St St. | Tulsa | OK | 74114 | Tulsa |
| 10-135S | East 21St Street (Clean Freaks) | 2740 E. 21St St. | Tulsa | OK | 74114 | Tulsa |
| 10-136 | The Strip | 6751 Strip Ave., NW | N. Canton | OH | 44720 | Stark |
| 10-137 | Concord Square | 4221 Concord Pike | Wilmington | DE | 19803 | New Castle |
| 10-138 | Oak Point Plaza | 4030 Commonwealth Avenue | Eau Claire | WI | 54701 | Eau Claire |
| 10-139 | Los Altos Market Center | 2110 Bellflower Blvd. | Long Beach | CA | 90815 | Los Angeles |
| 10-140 | The Fountains On The Lake | 12788 Fountain Lake Circle | Stafford | TX | 77477 | Harris |
| 10-141 | El Camino Real | 2925 El Camino Real | San Mateo | CA | 94403 | San Mateo |
| 10-141G | El Camino Real | 2925 El Camino Real | San Mateo | CA | 94403 | San Mateo |
| 10-143 | Mall Boulevard | 200 Mall Boulevard | Monroeville | PA | 15146 | Allegheny |
| 10-144R | Evanston | 1700 Maple Ave. | Evanston | IL | 60201 | Cook |
| 10-145 | Huebner Oaks Center | 11745 I H-10 West | San Antonio | TX | 78230 | Bexar |
| 10-146 | Vista Ridge Center | 2403 S. Stemmons, Suite 100 | Lewisville | TX | 75067 | Denton |
| 10-147 | Crossroads At Sunset | 1445 W. Sunset Road | Henderson | NV | 89014 | Clark |
| 10-148 | Dale Mabry Highway | 909 N. Dale Mabry | Tampa | FL | 33609 | Hillsborough |
| 10-149 | Brand Boulevard | 100 South Brand Boulevard | Glendale | CA | 91204 | Los Angeles |
| 10-150 | Congress Avenue | 525 N. Congress Ave. | Boynton Beach | FL | 33426 | Palm Beach |
| 10-150S | Congress Avenue (Off Broadway Shoes) | 525 N. Congress Avenue | Boynton Beach | FL | 33426 | Palm Beach |
| 10-151 | Northwest Expressway | 3209 Northwest Expressway | Oklahoma City | OK | 73112 | Oklahoma |
| 10-152 | Beaverton Mall North | 2605 S. W. Cedar Hills Blvd. | Beaverton | OR | 97005 | Washington |
| 10-153 | Maui Marketplace | 270 Dairy Rd., Suite 190 | Kahului | HI | 96732 | Maui |
| 10-154 | Westfield Century City | 10250 Santa Monica Blvd. | Los Angeles | CA | 90067 | Los Angeles |
| 10-155 | Westfield Meriden | 470 Lewis Avenue | Meriden | CT | 06451 | New Haven |
| 10-162 | Quaker Crossing | 3480 Amelia Drive | Orchard Park | NY | 14127 | Erie |
| 10-163R | Park Meadows Mall | 8401 Park Meadows Center Drive | Littleton | CO | 80124 | Arapahoe |
| 10-164 | Two Ledgewood Square | 17200 Royalton Road | Strongsville | OH | 44136 | Cuyahoga |
| 10-165 | Westfield Shoppingtown Connecticut Post | 1201 Boston Post Road | Milford | CT | 06460 | New Haven |
| 10-166 | Dodge Street | 7201 Dodge Street | Omaha | NE | 68114 | Douglas |
| 10-167R | Bridgeport Village Shopping Center | Se Bridgeport Rd & SW 72Nd Avenue | Tualatin | OR | 97224 | Washington |
| 10-168 | Grand Traverse Crossing | 2612 Crossings Circle | Traverse City | MI | 49684 | Grand Traverse |
| 10-168G | Grand Traverse Crossing | 2612 Crossings Circle | Traverse City | MI | 49684 | Grand Traverse |
| 10-169 | Ravinia Plaza | 15260 S. La Grange Road | Orland Park | IL | 60462 | Cook |
| 10-170 | Arrowhead Shopping Center | 7320 West Bell | Glendale | AZ | 85308 | Maricopa |
| 10-171 | N. Dale Mabry | 12500 N. Dale Mabry | Tampa | FL | 33618 | Hillsborough |
| 10-172 | Northwest Square | 6670 Sawmill Rd. | Columbus | OH | 43235 | Franklin |
| 10-173 | Rice Lake Square | 101 Rice Lake Square | Wheaton | IL | 60187 | Du Page |
| 10-174 | Bowie Gateway Center | 4220 Mitchellville Rd. | Bowie | MD | 20716 | Prince Georges |

3

| 10-175 | Woodmill Commons | 1075 Woodland Road | Reading | PA | 19601 | Berks |
|---|---|---|---|---|---|---|
| 10-176 | Highland Grove Shopping Center | 10135 Indianapolis Blvd. | Highland | IN | 46322 | Lake |
| 10-177 | Meadowbrook Village | 3000 Whiteford Road | York | PA | 17402 | York |
| 10-177G | Meadowbrook Village | 3000 Whiteford Rd. | York | PA | 17402 | York |
| 10-178 | Miller Road | 4135 Miller Rd. | Flint | MI | 48532 | Genesee |
| 10-179 | King Kullen Plaza | 68 Veterans Memorial Highway | Commack | NY | 11725 | Suffolk |
| 10-180 | Woodward Avenue | 34300 Woodward | Birmingham | MI | 48009 | Oakland |
| 10-181 | Altamonte Crossing | 880 W. State Rd. 436 | Altamonte Springs | FL | 32714 | Seminole |
| 10-182 | Town Center Shopping Center | 802 West Town Center Blvd. | Champaign | IL | 61821 | Champaign |
| 10-183 | Best In The West | 2190 N. Rainbow Blvd. | Las Vegas | NV | 89108 | Clark |
| 10-184 | Fair Oaks Boulevard | | Sacramento | CA | 95825 | Sacramento |
| 10-184G | Fair Oaks Boulevard | 2339 Fair Oaks Boulevard | Sacramento | CA | 95825 | Sacramento |
| 10-185 | Edgewater Shopping  Center | 2080 California Avenue | Sand City | CA | 93955 | Monterey |
| 10-186 | Alamo Quarry Market | 255 E. Basse Rd., Suite 350 | San Antonio | TX | 78209 | Bexar |
| 10-187S | Great Northern Blvd (Petland) | 4650 Great Northern Blvd. | North Olmsted | OH | 44070 | Cuyahoga |
| 10-187S2 | Great Northern Blvd (Innovative Mattress) | 4650 Great Northern Blvd. | North Olmsted | OH | 44070 | Cuyahoga |
| 10-188 | Village East Center | 2235 Lancaster Dr. N.E. | Salem | OR | 97305 | Marion |
| 10-189 | Shops At Lyndale | 800 W. 78Th Street | Richfield | MN | 55423 | Hennepin |
| 10-190 | Laguna Crossroads | 7415 Laguna Blvd. | Elk Grove | CA | 95758 | Sacramento |
| 10-191 | Redmond Town Center | 16549 N.E. 74Th Street | Redmond | WA | 98052 | King |
| 10-192 | Old Town Center | 50 University Avenue | Los Gatos | CA | 95030 | Santa Clara |
| 10-193 | Wrangleboro Road | 2200 Wrangleboro Rd | Mays Landing | NJ | 08330 | Atlantic |
| 10-194 | Winchester Center | 1122 S. Rochester Road | Rochester Hills | MI | 48307 | Oakland |
| 10-195 | Princess City Shopping Center | 4230 Grape Road | Mishawaka | IN | 46545 | St Joseph |
| 10-195G | Princess City Shopping Center | 4230 Grape Rd. | Mishawaka | IN | 46545 | St Joseph |
| 10-196 | Marketplace At Braintree | 255 Grossman Dr. | Braintree | MA | 02184 | Norfolk |
| 10-197 | Randall Road | 1660 S. Randall Road | Geneva | IL | 60134 | Kane |
| 10-198 | Coldwater Road | 4320 Coldwater Rd. | Ft. Wayne | IN | 46805 | Allen |
| 10-199 | The Center At Deane Hill | 202 Morrell Rd., Suite 100 | Knoxville | TN | 37919 | Knox |
| 10-200 | Park Avenue | 461 Park Avenue | New York | NY | 10022 | New York |
| 10-201 | Carl D. Silver Parkway | 1220 Carl D. Silver Parkway | Fredericksburg | VA | 22401 | Fredericksburg City |
| 10-202 | South Washington Street | 1212 S. Washington Street | North Attleboro | MA | 02760 | Bristol |
| 10-203 | 7Th And New Hampshire Street | 700 New Hampshire Street | Lawrence | KS | 66044 | Douglas |
| 10-203G | New Hampshire Street | 700 New Hampshire St. | Lawrence | KS | 66044 | Douglas |
| 10-204 | Marketplace At Oxford Valley | 2343 E. Lincoln Hwy. | Langhorne | PA | 19047 | Bucks |
| 10-206 | Crossroads Center | 75-1000 Henry St. | Kailua-Kona | HI | 96740 | Hawaii |
| 10-207 | Timberlin Village | 8801 Southside Blvd., Suite 10 | Jacksonville | FL | 32256 | Duval |
| 10-208 | Presidential Market Center | 1929 Scenic Hwy. | Snellville | GA | 30078 | Gwinnett |
| 10-209 | Iyanough Road | 990 Iyanough Rd. | Hyannis | MA | 02601 | Barnstable |
| 10-210 | East Town Plaza Shopping Center | 2173 Zeier Road | Madison | WI | 53704 | Dane |
| 10-211 | Davis Commons | 500 First Street #1 | Davis | CA | 95616 | Yolo |
| 10-212 | The Shops At River Park | 110 El Camino | Fresno | CA | 93720 | Fresno |
| 10-213 | Central Plaza | 15335-A Manchester Road | Ballwin | MO | 63011 | Saint Louis |
| 10-214 | Federal Road | 110 Federal Road | Danbury | CT | 06811 | Fairfield |
| 10-214G | Federal Road | 110 Federal Road | Danbury | CT | 06811 | Fairfield |
| 10-215 | Chapel Hills Mall | 1710 Briargate Blvd. #209 | Colorado Springs | CO | 80920 | El Paso |
| 10-217 | Brentwood Square | 1519 S. Brentwood Blvd. | Brentwood | MO | 63144 | Saint Louis |
| 10-218 | Crain Highway | 3304-A Crain Highway | Waldorf | MD | 20602 | Charles |
| 10-219 | Main Street | 162 E. Main St. | Mt. Kisco | NY | 10549 | Westchester |
| 10-220 | Airport Square | 801 Bethlehem Pike | N. Wales | PA | 19454 | Bucks |
| 10-222 | Sunrise Boulevard | 12171 W. Sunrise Boulevard | Plantation | FL | 33323 | Broward |
| 10-224A | Artesia Boulevard | 12615 Artesia Blvd. | Cerritos | CA | 90703 | Los Angeles |

4

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-224R | Cerritos Towne Center | Southeast Corner Of Bloomfield & Artesia Freeway | Cerritos | CA | 90703 | Los Angeles |
| 10-225 | Mission Valley West Mall | 1072 Camino Del Rio North | San Diego | CA | 92180 | San Diego |
| 10-226 | Howe Avenue | 335 Howe Ave. | Cuyahoga Falls | OH | 44221 | Summit |
| 10-227 | Boston Turnpike | 476 Boston Turnpike | Shrewsbury | MA | 01545 | Worcester |
| 10-228 | Kips Bay Plaza | 576 Second Avenue | New York | NY | 10016 | New York |
| 10-229 | Springfield Commons | 6701 Frontier Drive | Springfield | VA | 22150 | Fairfax |
| 10-230 | Windward Mall | 45-056 Kamehameha Highway | Kaneohe | HI | 96744 | Honolulu |
| 10-231 | Village Of Merrick Park | Village Of Merrick Park | Coral Gables | FL | 33146 | Miami-Dade |
| 10-232 | Grand Central Mall | 850 Grand Central Mall | Parkersburg | WV | 26105 | Wood |
| 10-233 | Alameda Towne Center | Alameda Towne Centre | Alameda | CA | 94501 | Alameda |
| 10-234 | Uptown Gig Harbor | 4601 Point Fosdick Dr. NW | Gig Harbor | WA | 98335 | Pierce |
| 10-235 | Holyoke Mall | 50 Holyoke Street | Holyoke | MA | 01041 | Hampden |
| 10-236 | Canton Township | 43435 Ford Road | Canton | MI | 48187 | Wayne |
| 10-237 | The Shops At Valley Square | 1565 Main St. | Warrington | PA | 18976 | Bucks |
| 10-241 | Freehold Raceway | Raceway Mall | Freehold | NJ | 07728 | Monmouth |
| 10-243 | Eastvale Gateway | 12399 Limonite Avenue | Mira Loma | CA | 91742 | Riverside |
| 10-246 | Watters Creek | 300 Watters Road | Allen | TX | 75013 | Collin |
| 10-247 | Southpark Meadows Shopping Center | 9500 South Ih-35 | Austin | TX | 78748 | Travis |
| 10-249 | Arlington Highlands | 4000 Arlington Highlands Blvd. | Arlington | TX | 76018 | Tarrant |
| 10-250 | The Shops At Riverwoods | 4801 N. University Avenue | Provo | UT | 84606 | Utah |
| 10-251 | Wayside Commons Shopping Center | Wayside Commons | Burlington | MA | 01803 | Middlesex |
| 10-252 | Tamarack Bay | 8472 Tamarack Bay | Woodbury | MN | 55125 | Washington |
| 10-253 | Riverview Plaza | 5533 Urbana Pike | Frederick | MD | 21704 | Frederick |
| 10-254 | West Oaks Mall | 9441 W. Colonial Dr. | Ocoee | FL | 34761 | Orange |
| 10-254G | West Oaks Mall | State Route 50 | Ocoee | FL | 34761 | Orange |
| 10-255 | Daniel Webster Highway | 281 Daniel Webster Hwy. | Nashua | NH | 03060 | Hillsborough |
| 10-256 | Parkway Pointe Center | 3101 Cobb Parkway | Atlanta | GA | 30339 | Cobb |
| 10-257 | North Illinois | 6601 N. Illinois | Fairview Heights | IL | 62208 | Saint Clair |
| 10-258 | Stonestown Galleria | 233 Winston Drive | San Francisco | CA | 94132 | San Francisco |
| 10-259 | Oviedo, FL | 8285 Red Bug Lake Road | Oviedo | FL | 32765 | Seminole |
| 10-259G | Oviedo Crossing | 8285 Red Bug Lake Rd. | Oviedo | FL | 32765 | Seminole |
| 10-262 | Smoketown Stations | 2904 Prince William Pkwy. | Woodbridge | VA | 22192 | Prince William |
| 10-263 | South Lake Avenue | 475 South Lake Avenue | Pasadena | CA | 91101 | Los Angeles |
| 10-264 | South Yale | 8015 S. Yale | Tulsa | OK | 74136 | Tulsa |
| 10-265 | Crystal Point Shopping Center | 6000 Northwest Hwy. | Crystal Lake | IL | 60014 | Mchenry |
| 10-266 | The Block At Orange | 20 City Blvd. | Orange | CA | 92862 | Orange |
| 10-267 | Midway Marketplace | 1450 W. University Avenue | St. Paul | MN | 55104 | Ramsey |
| 10-270 | Jericho Turnpike | 425 Jericho Turnpike | Syosset | NY | 11791 | Nassau |
| 10-271 | Deane Drive | 199 Deane Drive | Rockford | IL | 61108 | Winnebago |
| 10-273 | Kercheval Avenue | 17141 Kercheval Avenue | Grosse Pointe | MI | 48230 | Wayne |
| 10-274 | West Winchester | 132 W. Winchester | Murray | UT | 84107 | Salt Lake |
| 10-276 | Church Street | 29 Church Street | Burlington | VT | 05401 | Chittenden |
| 10-277 | Eastgate Mall Crossing | 4530/432 Eastgate Blvd. | Cincinnati | OH | 45245 | Clermont |
| 10-278 | Montezuma | 500 Montezuma | Santa Fe | NM | 87501 | Santa Fe |
| 10-279 | Sand Lake | 1051 W. Sand Lake Road | Orlando | FL | 32809 | Orange |
| 10-280 | Veterans Memorial Boulevard | 3131 Veterans Memorial Blvd. | Metairie | LA | 70002 | Jefferson |
| 10-281 | Wynnewood Shopping Center | 80 E. Wynnewood Ave. | Wynnewood | PA | 19096 | Montgomery |
| 10-282 | Chandler Pavilions | 870 N. 54Th Street | Chandler | AZ | 85226 | Maricopa |
| 10-284 | West 95Th Street | 2210 W. 95Th Street | Chicago | IL | 60643 | Cook |
| 10-285 | Friendship Centre Shopping Center | 5333 Wisconsin Avenue, NW | Washington | DC | 20015 | District Of Columbia |
| 10-286 | Uptown Solon Shopping Center | 6025 Kruse Dr. Suite 159 | Solon | OH | 44139 | Cuyahoga |
| 10-287 | Oakway Center | 5 Oakway Center | Eugene | OR | 97401 | Lane |

5

| 10-289 | Parkridge Center | 11270 Bulloch Drive | Manassas | VA | 20109 | Prince William |
|---|---|---|---|---|---|---|
| 10-290 | The Avenue East Cobb | 4475 Roswell Rd | Marietta | GA | 30062 | Cobb |
| 10-291 | Tyrone Square | 6901 22Nd Avenue, North | St. Petersburg | FL | 33710 | Pinellas |
| 10-292 | Northridge Shopping Center | 4000 East 53Rd Street | Davenport | IA | 52807 | Scott |
| 10-293 | Six Forks Road | 8825 N. Six Forks Rd. | Raleigh | NC | 27615 | Wake |
| 10-294 | Northridge Fashion Center | 9301 Tampa Avenue | Northridge | CA | 91324 | Los Angeles |
| 10-295 | Tampa Avenue | 9301 Tampa Avenue | Augusta | GA | 30909 | Richmond |
| 10-296 | Redfield Promenade Shopping Center | 4995 S. Virginia Street | Reno | NV | 89502 | Washoe |
| 10-297 | Valencia Town Center | 24445 Town Center Drive | Valencia | CA | 91355 | Los Angeles |
| 10-298 | East West Commons Shopping Center | 1605 East-West Connector Road | Austell | GA | 30106 | Cobb |
| 10-299 | Warner Marketplace | 6510 Canoga Avenue | Canoga Park | CA | 91303 | Los Angeles |
| 10-300 | Winter Park Center | 600 N. Orlando Avenue | Winter Park | FL | 32789 | Orange |
| 10-301R | The Commons At Federal Way | 2000 South Commons | Federal Way | WA | 98003 | King |
| 10-302 | Watchung Square | 1515 Route 22 West | Watchung | NJ | 07069 | Somerset |
| 10-303 | Arborland Mall | 3327 Washtenaw Avenue | Ann Arbor | MI | 48108 | Washtenaw |
| 10-318 | Pinnacle Hills Promenade | 2203 South 45Th Street | Rogers | AR | 72758 | Benton |
| 10-327 | Merrymeeting Plaza | 147 Old Bath Road | Brunswick | ME | 04011 | Cumberland |
| 10-329 | Chesterfield Mall | 2040 Chesterfield Mall | Chesterfield | MO | 63017 | Saint Louis |
| 10-330 | The 501 Boylston Street Condominiums | 511 Boylston Street | Boston | MA | 02116 | Suffolk |
| 10-333 | Beaver Creek Crossings South S/C | 1541 Beaver Creek Commons Drive | Apex | NC | 27502 | Wake |
| 10-334 | Edwardsville Crossing | 6601 Edwardsville Crossing Drive | Edwardsville | IL | 62025 | Madison |
| 10-335 | Sequoia Mall | 3405 South Mooney Blvd. | Visalia | CA | 93291 | Tulare |
| 10-336 | Riverpoint Village Shopping Center | 8705 N. Port Washington | Fox Point | WI | 53217 | Milwaukee |
| 10-337 | Great Lakes Crossing | 3924 Baldwin Road | Auburn Hills | MI | 48326 | Oakland |
| 10-338 | Thruway Shopping Center | 252 S Stratford Rd. | Winston-Salem | NC | 27103 | Forsyth |
| 10-340 | Fort Eddy Plaza | 76 Fort Eddy Road | Concord | NH | 03301 | Merrimack |
| 10-342 | Paradise Village Shopping Center | 4555 East Cactus Rd. #102 | Paradise Valley | AZ | 85032 | Maricopa |
| 10-344 | Appalachee Parkway | 1302 Appalachee Parkway | Tallahassee | FL | 32301 | Leon |
| 10-344G | Apalachee Parkway Ground Lease | Magnolia Drive | Tallahassee | FL | 32301 | Leon |
| 10-345 | Whitehall Mall | 1937 Whitehall Mall | Whitehall | PA | 18052 | Lehigh |
| 10-345G | Whitehall Mall | 1937 Macarthur Road | Whitehall | PA | 18052 | Lehigh |
| 10-346 | Santa Rosa Town Center | 2825 Santa Rosa Avenue | Santa Rosa | CA | 95407 | Sonoma |
| 10-347 | Northgate Mall | 9501 Colerain Avenue | Cincinnati | OH | 45151 | Hamilton |
| 10-348 | Oakland Mall | 460 W. 14 Mile Road | Troy | MI | 48083 | Oakland |
| 10-349 | Borders Plaza | 21031 Triple Seven Road | Sterling | VA | 20165 | Loudoun |
| 10-351 | Pleasant Hill Shopping Center | 120 Crescent Drive | Pleasant Hill | CA | 94523 | Contra Costa |
| 10-354 | Hollywood Marketplace | Sunset Boulevard | Hollywood | CA | 90028 | Los Angeles |
| 10-355 | Oak Square | 6837 Newberry Road | Gainesville | FL | 32605 | Alachua |
| 10-356 | Roosevelt Ave. | 525 F.D. Roosevelt Ave. | Hato Rey | PR | 00918 | San Juan |
| 10-357 | Vintage Commons | 3900 Sisk Road | Modesto | CA | 95356 | Stanislaus |
| 10-357G | Vintage Commons | 3900 Sisk Road | Modesto | CA | 95356 | Stanislaus |
| 10-358 | Creekside Commons | 9565 Mentor Avenue | Mentor | OH | 44060 | Lake |
| 10-359 | Ventura Boulevard | 14651 Ventura Boulevard | Sherman Oaks | CA | 91403 | Los Angeles |
| 10-360 | The Market Place At Mill Creek | 1705 Mall Of Georgia Blvd | Gwinnett County | GA | 30519 | Gwinnett |
| 10-361 | Marketplace At Northglenn | 241 W. 104Th Street | Northglenn | CO | 80234 | Adams |
| 10-362 | Gaslamp District | 668 6Th Avenue | San Diego | CA | 92101 | San Diego |
| 10-362S | Gaslamp District (Pointe Of View) | 668 6Th Avenue | San Diego | CA | 92101 | San Diego |
| 10-362S2 | Gaslamp (Gogroups) | 660 Sixth Avenue | San Diego | CA | 92101 | San Diego |

| | | | | | |
|---|---|---|---|---|---|
| 10-363 | Randhurst Mall | 909 North Elmhurst Road | Mt. Prospect | IL | 60056 | Cook |
| 10-363G | Randhurst Mall | 909 North Elmhurst Road | Mt. Prospect | IL | 60056 | Cook |
| 10-364 | Square Drive | 30 Square Drive | Victor | NY | 14564 | Ontario |
| 10-365 | Creekside Crossing Shopping Center | 404-101 East Six Forks Rd | Raleigh | NC | 27609 | Wake |
| 10-367 | Westgate Marketplace | 4477 South Lamar, Suite 600 | Austin | TX | 78745 | Travis |
| 10-368 | Howland Commons | 3102 Niles-Courtland Rd. Se | Niles | OH | 44484 | Trumbull |
| 10-368G | Howland Commons | 2102 Niles-Cortland Road. SE | Niles | OH | 44484 | Trumbull |
| 10-369 | Haines Avenue | 2130 N. Haines Ave. | Rapid City | SD | 57701 | Pennington |
| 10-370 | Huntington Mall | 120 Mall Road | Barboursville | WV | 25504 | Cabell |
| 10-371 | Southport Plaza | 7565 Us 31 S, Suite A07 | Greenwood | IN | 46227 | Marion |
| 10-372 | Center At Hagerstown Shopping Center | 17636 Garland Groh Blvd. | Hagerstown | MD | 21740 | Washington |
| 10-373 | Northridge Plaza | 15350 W. 119Th Street | Olathe | KS | 66062 | Johnson |
| 10-374 | Howard Hughes Center | 6081 Center Drive | Westchester | CA | 90045 | Los Angeles |
| 10-375 | Southwest Plaza | 8501 West Bowles Avenue | Littleton | CO | 80123 | Jefferson |
| 10-376 | Arbor Place Mall | 6594 Douglas Blvd. | Douglasville | GA | 30135 | Douglas |
| 10-377 | Millcreek Pavilion | 2088A Interchange Road | Erie | PA | 16509 | Erie |
| 10-377G | Millcreek Pavilion | 2088A Interchange Rd. | Erie | PA | 16509 | Erie |
| 10-378 | Farmington Valley Mall | 500 Bushy Hill Road | Simsbury | CT | 06070 | Hartford |
| 10-379 | The Shops At Bishop Ranch | 120 Sunset Drive | San Ramon | CA | 94583 | Contra Costa |
| 10-380 | Paxton Town Centre | 5125 Jamestown Road | Harrisburg | PA | 17109 | Dauphin |
| 10-381 | The Centre At River Oaks | 3025 Kirby | Houston | TX | 77098 | Harris |
| 10-382 | Providence Place Mall | 142 Providence Place | Providence | RI | 02903 | Providence |
| 10-383 | Midtown Place | 650 Ponce De Leon | Atlanta | GA | 30308 | Fulton |
| 10-384 | Milestone Commercial Center | 20926 Frederick Road | Germantown | MD | 20874 | Montgomery |
| 10-386 | West End Avenue | 2501 West End | Nashville | TN | 37027 | Davidson |
| 10-387 | 1200 Pacific Ave | 1200 Pacific Avenue | Santa Cruz | CA | 95061 | Santa Cruz |
| 10-388 | South Coast Plaza | 3333 Bear Street | Costa Mesa | CA | 92626 | Orange |
| 10-389 | Saratoga Springs | 395 Broadway | Saratoga Springs | NY | 12866 | Saratoga |
| 10-390 | Lake Street | 1144 Lake Street | Oak Park | IL | 60301 | Cook |
| 10-391 | Brentwood Place | 330 Franklin Road | Brentwood | TN | 37027 | Williamson |
| 10-392 | Park Place | 5870 E. Broadway Blvd. | Tucson | AZ | 85711 | Pima |
| 10-394 | Valley Square Center | 396 Plainfield Road | West Lebanon | NH | 03784 | Grafton |
| 10-395 | Treasure Coast Square Mall | 3066 New Federal Hwy | Jensen Beach | FL | 34957 | Martin |
| 10-397 | Gurnee Town Center | 6971 West Grand Avenue | Gurnee | IL | 60031 | Lake |
| 10-401 | Broadstone Plaza | 2765 E. Bidwell Street | Folsom | CA | 95630 | Sacramento |
| 10-402 | Yorba Linda, Ca | 22401 Old Canal Road | Yorba Linda | CA | 92887 | Orange |
| 10-404 | The Fremont Hub | 39210 Fremont Hub | Fremont | CA | 94538 | Alameda |
| 10-405 | North State Street Block 36 | 150 North State Street | Chicago | IL | 60601 | Cook |
| 10-406 | Camino Real Marketplace | 7000 Marketplace Avenue | Goleta | CA | 93117 | Santa Barbara |
| 10-407R | Twenty Ninth Street Mall | 1750 29Th Street | Boulder | CO | 80301 | Boulder |
| 10-408 | Main Street Commons | 3539 East Main | St. Charles | IL | 60174 | Kane |
| 10-410 | Granada Shoppes | 10600 Tamiami Trail North | Naples | FL | 34108 | Collier |
| 10-411 | Ernest W. Barrett Parkway | 605 Ernest W. Barrett Parkway | Kennesaw | GA | 30144 | Cobb |
| 10-411G | Ernest W. Barrett Parkway | 605 Ernest W Barrett Parkway, Bldg 400 | Kennesaw | GA | 30144 | Cobb |
| 10-413 | The Elk Lakes | 3506 30Th Street | Greeley | CO | 80631 | Weld |
| 10-414 | Chapel Hill | 4601 West Freeway | Fort Worth | TX | 76107 | Tarrant |
| 10-415 | Flatiron Crossing Mall | 1 West Flatiron Circle Village | Broomfield | CO | 80021 | Broomfield |
| 10-416 | Kendall Mall | 8811 SW 107Th Avenue | Miami | FL | 33176 | Miami-Dade |
| 10-416S | Kendall Mall (Staples) | 8811 SW 107Th Avenue | Miami | FL | 33176 | Miami-Dade |
| 10-417 | Willows Shopping Center | 3829 South Meridian | Puyallup | WA | 98374 | Pierce |
| 10-419 | Fairfield Center | 1499 Post Road | Fairfield | CT | 06824 | Fairfield |
| 10-421 | Waters Place | Water's Place Shopping Center | Pittsfield Township | MI | 48108 | Washtenaw |

| 10-434 | Sandusky Mall | 4314 Milan Road | Sandusky | OH | 44870 | Erie |
| 10-436 | Gresham Station | 687 NW 12Th Street | Gresham | OR | 97030 | Multnomah |
| 10-439 | Cambridge Galleria | 100 Cambridgeside Place | Cambridge | MA | 02141 | Middlesex |
| 10-440 | Marketplace At Hilltop | 1744 Laskin Road | Virginia Beach | VA | 23451 | Virginia Beach City |
| 10-441 | St. Vrain Retail Centre | 1101 South Hover Street | Longmont | CO | 80501 | Boulder |
| 10-442 | Viewmont Mall | 100 Viewmont Mall | Scranton | PA | 18508 | Lackawanna |
| 10-442G | Viewmont Mall | 100 Viewmont Mall Rt 6 | Dickson City | PA | 18508 | Lackawanna |
| 10-443 | Union Landing | 32111 Union Landing Blvd | Union City | CA | 94587 | Alameda |
| 10-443G | Union Landing | 32111 Union Landing Blvd. | Union City | CA | 94587 | Alameda |
| 10-444 | Southland Mall | 23000 Eureka Road | Taylor | MI | 48180 | Wayne |
| 10-445 | Independence Mall | 101 Independence Mall Way | Kingston | MA | 02364 | Plymouth |
| 10-446 | The Shoppes At Brinton Lake | 965 Baltimore Pike | Concord Twp | PA | 19342 | Delaware |
| 10-447S | Paramus Towne Center (Golfsmith) | 240 Route 17 North | Paramus | NJ | 07652 | Paramus |
| 10-448 | The Loop | 90 Pleasant Valley Street | Methuen | MA | 01844 | Essex |
| 10-449 | Galleria Mall | 5061 Westheimer Road | Houston | TX | 77056 | Harris |
| 10-450 | The District At Tustin Legacy | 2493 Park Avenue | Tustin | CA | 92782 | Orange |
| 10-451 | Westfield Shoppingtown Annapolis | 1115 Annapolis Mall | Annapolis | MD | 21401 | Anne Arundel |
| 10-452 | Downtown Silver Spring | 8518 Fenton Street | Silver Spring | MD | 20910 | Montgomery |
| 10-453 | Cannery Mall | 777 NW 9Th | Corvallis | OR | 97330 | Benton |
| 10-454 | Colonial Promenade Beechwood | 196 Alps Rd | Athens | GA | 30606 | Clarke |
| 10-455 | Capital City Commons | 3515 Gettysburg Road | Camp Hill | PA | 17011 | Cumberland |
| 10-457 | Eastside Shopping Center | 5986 Penn Circles South | Pittsburgh | PA | 15206 | Allegheny |
| 10-461 | The Village At Cambridge Crossing | 4010 Dearborn Circle | Mount Laurel | NJ | 08054 | Burlington |
| 10-462 | Colleyville Town Center | 5615 Colleyville Blvd. | Colleyville | TX | 76034 | Tarrant |
| 10-463 | The River At Rancho Mirage | 71800 Highway 111 | Rancho Mirage | CA | 92270 | Riverside |
| 10-464 | Summit Woods Crossing | 1664 N.W. Chipman Road | Lee's Summit | MO | 64081 | Jackson |
| 10-466 | Riverdale Crossing Shopping Center | Riverdale Crossing | Riverdale | NJ | 07457 | Morris |
| 10-467 | Southridge Mall | 5250 South 76th Street | Greendale | WI | 53129 | Milwaukee |
| 10-470 | Parkway Plaza East | 159 Parkway Plaza | El Cajon | CA | 92020 | San Diego |
| 10-471 | Crossgates Mall | 1 Crossgates Mall Road | Albany | NY | 12203 | Albany |
| 10-472 | Dogwood Festival Market | 100 Dogwood Blvd. | Flowood | MS | 39232 | Rankin |
| 10-473 | El Camino Real | 316 W. El Camino Real | Sunnyvale | CA | 94087 | Santa Clara |
| 10-475 | Vernon Hills Shopping Center | 680 White Plains Road | Scarsdale | NY | 10583 | Westchester |
| 10-476 | Forum At Olympia Parkway | 8340 Agora Pkwy | San Antonio | TX | 78154 | Bexar |
| 10-479 | Interstate Shopping Center | 235 Interstate Shopping Center | Ramsey | NJ | 07446 | Bergen |
| 10-480 | Bolingbrook Retail Center | 161 N. Webber | Bolingbrook | IL | 60490 | Will |
| 10-481 | Arapahoe Crossings | 6606 South Parker Road | Aurora | CO | 80016 | Arapahoe |
| 10-482 | Plaza Escorial | 5891 Plaza Escorial | Carolina | PR | 00987 | Carolina |
| 10-483 | Norridge Commons | 7100 West Forest Preserve Drive | Norridge | IL | 60706 | Cook |
| 10-484 | Dolphin Mall | 11401 N.W. 12Th Street | Miami | FL | 33172 | Miami-Dade |
| 10-485 | Esplanade Shopping Center | 241 West Esplanade Drive | Oxnard | CA | 93030 | Ventura |
| 10-486 | New Market Square | 2441 North Maize Road, Suite 401 | West Wichita | KS | 67205 | Sedgwick |
| 10-487 | The Pavilion At King Of Prussia | 650 Mall Blvd. | King Of Prussia | PA | 19406 | Montgomery |
| 10-488 | South Meridian | 11 S. Meridian Street | Indianapolis | IN | 46204 | Marion |
| 10-489 | Monmouth Plaza | 135 Highway 35 | Eatontown | NJ | 07724 | Monmouth |
| 10-490 | Us Highway & Sage Rd. | 1807 Fordham Blvd. | Chapel Hill | NC | 27514 | Orange |
| 10-491 | Santana Row | 356 Santana Row | San Jose | CA | 95128 | Santa Clara |
| 10-492 | Mid Rivers Mall | 1320 Mid Rivers Mall | St Peters, Mo | MO | 63376 | Saint Charles |
| 10-493 | Brandon Crossroads | 2020 Town Center Blvd. | Brandon | FL | 33511 | Hillsborough |
| 10-495 | Lagrange Crossing | 1 North La Grange Road | Lagrange | IL | 60525 | Cook |
| 10-496 | The Mall At Stonecrest | | Lithonia | GA | 30038 | Dekalb |

| | | | | | |
|---|---|---|---|---|---|
| 10-497 | Chino Spectrum Town Center | 3833 Grand Avenue | Chino | CA | 91710 | San Bernardino |
| 10-498 | Northland Plaza | 2520 Sycamore Road | Dekalb | IL | 60115 | De Kalb |
| 10-499 | Fort Lee Town Centre | 1642 Schlosser Street | Fort Lee | NJ | 07024 | Bergen |
| 10-500 | Broadmoor Towne Center | 2120 Southgate Road | Colorado Springs | CO | 80906 | El Paso |
| 10-503 | Village Of McHenry | 2221 Richmond Road | McHenry | IL | 60050 | Mchenry |
| 10-504 | Carmel | 2381 Pointe Parkway | Carmel | IN | 46032 | Hamilton |
| 10-507 | Pyramid Mall | 40 Catherwood Road | Ithaca | NY | 14850 | Tompkins |
| 10-508 | Evansville Pavilion | 6401 East Lloyd Exp Way | Evansville | IN | 47715 | Vanderburgh |
| 10-512 | Bakersfield, Ca | 4980 Stockdale Highway | Bakersfield | CA | 93309 | Kern |
| 10-513 | Valley Mall Plaza | 1700 East Washington Avenue | Union Gap | WA | 98903 | Yakima |
| 10-514 | Champlain Centre North | 60 Smithfield Blvd. | Plattsburgh | NY | 12901 | Clinton |
| 10-515 | Salmon Run | 21182 Salmon Run Loop West | Watertown | NY | 13601 | Jefferson |
| 10-516 | Normal | 200 A North Greenbriar Drive | Normal | IL | 61761 | Mclean |
| 10-517 | Lincoln Village | 6103 North Lincoln Avenue | Chicago | IL | 60659 | Cook |
| 10-518 | Wabash Landing | 348 East State Street | West Lafayette | IN | 47906 | Tippecanoe |
| 10-521 | Plaza El Paseo | 22372 El Paseo | Rancho Santa Margari | CA | 92688 | Orange |
| 10-522 | Colorado Mills | 14500  West Colfax Avenue | Lakewood | CO | 80401 | Jefferson |
| 10-523 | The Promenade On The Peninsula | 550 Deep Valley Drive | Rolling Hills | CA | 90274 | Los Angeles |
| 10-524 | Waterford Commons | 915 Hartforoad Turnpike | Waterford | CT | 06385 | New London |
| 10-526 | Eastwood Towne Center | 3003 Preyde Boulevard | Lansing | MI | 48912 | Ingham |
| 10-526S | Eastwood Towne Center (Schuler Books) | 3003 Preyde Boulevard | Lansing | MI | 48912 | Ingham |
| 10-527 | Lahabra Westridge Plaza | 1310 S. Beach Blvd. | Lahabra | CA | 90631 | Orange |
| 10-529 | Primrose Marketplace | 3300 South Glenstone Avenue | Springfield | MO | 65804 | Greene |
| 10-530 | Gateway Plaza | 14 Danbury Road (Gateway Center) | Wilton | CT | 06897 | Fairfield |
| 10-531 | Riverdale Village | 3577 River Rapids Drive NW | Coon Rapids | MN | 55448 | Anoka |
| 10-532 | Northpointe Plaza | 9980 Newport Road | Spokane | WA | 99218 | Spokane |
| 10-533 | Brookwood Peach On Peachtree | 1745 Peach Tree Street NE | Atlanta | GA | 30309 | Fulton |
| 10-534 | Canyon Pointe At Summerlin Centre | 10950 W. Charleston Blvd. | Las Vegas | NV | 89135 | Clark |
| 10-536 | Thoroughbred Village At Cool Springs | 545 Cool Springs Blvd | Franklin | TN | 37067 | Williamson |
| 10-537 | Madonna Plaza | 243 Madonna Road | San Luis Obispo | CA | 93405 | San Luis Obispo |
| 10-538 | Scottsdale/101 | 7000 Ast. Mayo Blvd. | Phoenix | AZ | 85054 | Maricopa |
| 10-539 | Governor's Square Mall | 2801 Wilma Rudolph Blvd | Clarksville | TN | 37040 | Montgomery |
| 10-541 | Town Centre Plaza | 2709 North Mesquite Drive | Mesquite | TX | 75150 | Dallas |
| 10-542 | Capital Centre | 931 Capital Centre Blvd. | Landover | MD | 20774 | Prince Georges |
| 10-543 | ASQ Center | 101 West Wisconsin Avenue | Milwaukee | WI | 53203 | Milwaukee |
| 10-544 | Plaza Santa Fe | 3513 Zafarano Drive | Santa Fe | NM | 87507 | Santa Fe |
| 10-545 | Dillon Ridge Marketplace | 264 Dillion Ridge Way | Dillon | CO | 80435 | Summit |
| 10-547 | Shoppes At Grand Prairie | 5201 West War Memorial Drive, Suite 100 | Peoria | IL | 61615 | Peoria |
| 10-548 | Gallatin Center | 2855 N. 19Th Avenue | Bozeman | MT | 59718 | Gallatin |
| 10-549 | Hyde Park | 1539 East 53Rd Street | Chicago | IL | 60615 | Cook |
| 10-551 | Monte Vista Crossings | 2831 Countryside Drive | Turlock | CA | 95380 | Stanislaus |
| 10-553 | Cache Valley Plaza | 1050 North Main Street | Logan | UT | 84321 | Cache |
| 10-554 | Uptown Chicago | 4700-4722 North Broadway | Chicago | IL | 60640 | Cook |
| 10-555 | Coeur D'Alene | 450 West Wilbur Avenue | Coeur D'Alene | ID | 83815 | Kootenai |
| 10-556 | Fourth Street Live | 400 South 4Th Street | Louisville | KY | 40202 | Jefferson |
| 10-557 | Brighton Towne Square | 8101 Movie Drive | Brighton | MI | 48116 | Livingston |
| 10-558 | Stonecrest At Piper Glen | 7836 Rea Road | Charlotte | NC | 28277 | Mecklenburg |
| 10-560 | Market Place West | 2833 King Avenue West | Billings | MT | 59102 | Yellowstone |
| 10-562 | Grand Mesa Center | 2464 U.S. Highway 6 & 50 | Grand Junction | CO | 81505 | Mesa |
| 10-564 | Lincoln Park Centre | 755 W. North Ave | Chicago | IL | 60610 | Cook |
| 10-565 | Shops At Boardwalk | 8628 North Boardwalk Avenue | Kansas City | MO | 64154 | Platte |

| 10-566 | 100 Broadway | 100 Broadway | New York | NY | 10005 | New York |
| 10-567 | Bayshore Mall | 3300 Broadway | Eureka | CA | 95501 | Humboldt |
| 10-568 | Rockaway Townsquare Outparcel | Block 11001, Lot 7 | Rockaway Township | NJ | 07866 | Morris |
| 10-569 | The Shoppes At Arbor Lakes Phase Ii | 12059 Elm Creek Blvd. | Maple Grove | MN | 55369 | Hennepin |
| 10-570 | Mountain View Plaza | 2395 North Highway 93 | Kalispell | MT | 59901 | Flathead |
| 10-571 | Taylorsville Rd & Hurstbourne Pkwy | 2520 South Hurstborne Gem Lane | Louisville | KY | 40220 | Jefferson |
| 10-572 | Cedarwood | 1200 South Duff Avenue | Ames | IA | 50010 | Story |
| 10-573 | Flemington Mall | 325 Highway 202 | Flemington | NJ | 08822 | Hunterdon |
| 10-575 | Matteson Plaza | 4824 West 211Th Street | Matteson | IL | 60443 | Cook |
| 10-576 | Pico Rivera Town Center | 8852 Washington Blvd. | Pico Rivera | CA | 90660 | Los Angeles |
| 10-580 | Market Street | 9595 Six Pines Drive | The Woodlands | TX | 77380 | Montgomery |
| 10-581 | Carson Valley Plaza | 911 Topsy Lane | Carson City | NV | 89705 | Douglas |
| 10-582 | Two Penn Plaza (Penn Station) | Two Penn Plaza | New York | NY | 10019 | New York |
| 10-583 | Southside Plaza | 3 Southside Drive | Clifton Park | NY | 12065 | Saratoga |
| 10-584 | Gateway Station | 1131 North Burleson Blvd. | Burleson | TX | 76028 | Tarrant |
| 10-585 | North Towne Plaza | 5901 Wyoming Blvd. NE | Albuquerque | NM | 87109 | Bernalillo |
| 10-586 | Westfield Shoppingtown Santa Anita | 400 S. Baldwin Avenue | Arcadia | CA | 91007 | Los Angeles |
| 10-587 | Westfield Shoppingtown Oakridge | 925 Blossom Hill Road | San Jose | CA | 95123 | Santa Clara |
| 10-588 | Deerfield Towne Center | 5105 Deerfield Blvd | Cincinnati | OH | 45040 | Hamilton |
| 10-589 | El Paseo Simi | 2910 Tapo Canyon Road | Simi Valley | CA | 93063 | Ventura |
| 10-590 | Shops At The Pond | 739 Donald J. Lynch Blvd. | Marlborough | MA | 01752 | Middlesex |
| 10-591 | Monadnock Marketplace | 30 Ash Brook Road | Keene | NH | 03431 | Cheshire |
| 10-592 | Columbus Circle | 10 Columbus Circle | New York | NY | 10019 | New York |
| 10-593 | Clearwater Mall | 2683 Gulf To Bay Blvd. | Clearwater | FL | 33759 | Pinellas |
| 10-594 | Riverhead Centre | 1500 Old Country Road | Riverhead | NY | 11901 | Suffolk |
| 10-595 | Nine Mall Plaza | 1820 South Road | Poughkeepsie | NY | 12590 | Dutchess |
| 10-596 | Gateway Pavilions | 10100 W. Mcdowell Road | Avondale | AZ | 85323 | Maricopa |
| 10-597 | The Shoppes At Atlas Park | 80-16 Cooper Avenue, Suite 3-101 | Glendale | NY | 11385 | Queens |
| 10-598 | The Pinnacle At Turkey Creek | 11235 Parkside Drive | Knoxville | TN | 37934 | Knox |
| 10-599 | Plaza El Segundo | 710 South Sepulveda Blvd | El Segundo | CA | 90245 | Los Angeles |
| 10-600 | Westfield Southlake | 2074 Southlake Mall | Merrillville | IN | 46410 | Lake |
| 10-601 | Medina Grande Shops | 4927 Grande Shops Avenue | Medina Township | OH | 44256 | Medina |
| 10-603 | Town Square | 6521 Las Vegas Blvd South | Las Vegas | NV | 89119 | Clark |
| 10-604 | Gulf Coast Town Center | Gulf Coast Town Center | Ft. Myers | FL | 33913 | Lee |
| 10-605 | San Francisco Centre | 845 Market Street | San Francisco | CA | 94103 | San Francisco |
| 10-606 | Rosedale Center | 866 Rosedale Center | Roseville | MN | 55113 | Ramsey |
| 10-612 | 3600 Mckinney Avenue | 3600 Mckinney Avenue | Dallas | TX | 75204 | Dallas |
| 10-615 | Louisville | 3050 Bardstown Road | Louisville | KY | 40205 | Jefferson |
| 10-616 | Shelbyville Road Plaza | 4600 Shelbyville Road | St. Matthews | KY | 40207 | Jefferson |
| 10-619 | Alderwood Mall | Alderwood Mall Blvd & 184Th Street S.W. | Lynwood | WA | 98037 | Snohomish |
| 10-620 | South County - St. Louis | 25 S. County Centerway | St. Louis | MO | 63129 | Saint Louis |
| 10-621 | Park West Place | 10776 Trinity Parkway | Stockton | CA | 95219 | San Joaquin |
| 10-625 | Kennedy Mall | 555 John F. Kennedy Road | Dubuque | IA | 52002 | Dubuque |
| 10-626 | Paradise Plaza | 3800 S. Tamiami Trail | Sarasota | FL | 34239 | Sarasota |
| 10-629 | Mill Plain Plaza | 811 S.E. 160th Avenue | Vancouver | WA | 98683 | Clark |
| 10-631 | Algonquin Commons | Randall Road & North County Line Road | Algonquin | IL | 60102 | McHenry |
| 10-632 | Mayaguez Mall Shopping Center | Avenida Hostos 975 | Mayaguez | PR | 00680 | Augadilla |
| 10-636 | Stafford Market Place Shopping Center | 1240 Stafford Market Place | Stafford | VA | 22556 | Stafford |
| 10-641 | Scottsdale Waterfront | 7135 East Camelback Road | Scottsdale | AZ | 85251 | Maricopa |

| 10-645 | Victoria Gardens | 12370 South Mainstreet | Rancho Cucamonga | CA | 91739 | San Bernardino |
| 10-647 | Galleria At Crystal Run | 1 North Galleria Drive | Middletown | NY | 10941 | Orange |
| 10-653 | Shoppingtown At Franklin Park | 5001 Monroe Street | Toledo | OH | 43623 | Lucas |
| 10-654 | Galleria At Pittsburgh Mills | 133 Pittsburgh Mills Circle | Frazier Township | PA | 15084 | Allegheny |
| 10-656 | Riverside Plaza | 3615 Riverside Plaza | Riverside | CA | 92506 | Riverside |
| 10-657 | Crestview Hills Town Center | Dixie Hwy & I-275 | Crestview Hills | KY | 41017 | Kenton |
| 10-658 | The Shoppes At North Village | 5201 North Belt Highway, Suite 127 | St. Joseph | MO | 64506 | Buchanan County |
| 10-661 | Pearlridge Center | 98-1025 Moanalua Road | Oahu | HI | 96701 | Honolulu |
| 10-662 | Warrenton Center | 251 West Lee Highway | Warrenton | VA | 20186 | Fauquier |
| 10-667 | Northlake Mall | 6801 Northlake Mall Drive | Charlotte | NC | 28216 | Mecklenburg |
| 10-676 | Superstition Springs Center | 6555 East Southern Avenue | Mesa | AZ | 85206 | Maricopa |
| 10-682 | Patrick Henry Mall | 12300 Jefferson Avenue | Newport News | VA | 23602 | Newport News City |
| 10-683 | Everett Mall | Everett Mall Way | Everett | WA | 98208 | Snohomish |
| 10-684 | Cottonwood Corners Phase III | 10420 Coors Bypass NW | Albuquerque | NM | 87114 | Bernalillo |
| 10-685 | Winchester Station | 2420 South Pleasant Valley Road | Winchester | VA | 22601 | Frederick |
| 10-686 | Baybrook Passage | 19419 Gulf Freeway | Webster | TX | 77598 | Harris |
| 10-690 | The Pike At Rainbow Harbor | 101 South Pine Avenue | Long Beach | CA | 90802 | Los Angeles |
| 10-691 | Johns Creek Towne Center | 3630 Peachtree Parkway | Suwanee | GA | 30024 | Gwinnett |
| 10-692 | Nut Tree Village | 1641 East Monte Vista Avenue | Vacaville | CA | 95688 | Solano |
| 10-694 | Lycoming Mall | 300 Lycoming Mall Circle | Pennsdale | PA | 17756 | Lycoming |
| 10-695 | The Promenade At Westfield Capital | 2415 4th Ave. West | Olympia | WA | 98502 | Thurston |
| 10-801 | Shoppes At Stroud | Stroud Mall | Stroud Township | PA | 18360 | Monroe |
| 10-802 | Mansfield Crossing | 280 School Street | Mansfield | MA | 02048 | Bristol |
| 10-803 | Wareham Crossing | 2421 Cranberry Highway | Wareham | MA | 02517 | Plymouth |
| 10-804 | Shadow Lake Towne Center | 7775 Olson Drive | Papillion | NE | 68046 | Sarpy |
| 10-825 | The Americana @ Brand | 732 Americana Way | Glendale | CA | 91210 | Los Angeles |
| 10-829 | St. Charles Avenue | 3338 St. Charles Avenue | New Orleans | LA | 70115 | Orleans |
| 10-830 | The Mall Of Louisiana | 6401 Bluebonnet Boulevard | Baton Rouge | LA | 70836 | East Baton Rouge |
| 10-831 | Westfield Plaza Bonita | 303 Plaza West Bonita Road | National City | CA | 91950 | San Diego |
| 10-832 | Pier Park | Us 98 & Powell Adams Road | Panama City Beach | FL | 32413 | Bay |
| 10-833 | Southbury Plaza | 100 Main Street North | Southbury | CT | 06488 | New Haven |
| 10-834 | Legacy Place | 430 Legacy Place | Dedham | MA | 02026 | Norfolk |
| 10-835 | Hamilton Town Center | 13901 Town Center Road | Noblesville | IN | 46060 | Hamilton |
| 10-248 | Prime Outlets At Birch Run B. Outlet | I75 And Junction Road | Birch Run | MI | 48485 | Saginaw |
| 10-420 | Prime Outlets At Grove City | 1911 Leesburg | Grove City | PA | 16127 | Mercer |
| 10-608 | Ocean County Mall | 1205 Hooper Avenue | Tom's River | NJ | 08753 | Ocean |
| 10-622 | Plymouth Meeting Mall | 1256 Plymouth Meeting Mall | Plymouth Meeting | PA | 19462 | Montgomery |
| 10-623 | Del Monte Shopping Center | 222 Del Monte Center | Monterey | CA | 93940 | Monterey |
| 10-640 | Montgomery Mall | 7107 Democracy Blvd | Bethesda | MD | 20817 | Montgomery |
| 10-649 | Beaver Valley Mall | 233 Beaver Valley Mall | Monaca | PA | 15061 | Beaver |
| 10-652 | Valley River Center | 415 Valley River Center | Eugene | OR | 97401 | Lane |
| 10-688 | Stonewood Mall | 354 Stonewood Street | Downey | CA | 90241 | Los Angeles |
| 10-689 | Chautauqua Mall S/C | 360 Chautauqua Mall S/C | Lakewood | NY | 14750 | Chautauqua |
| 10-698 | Woodbridge Center | 298 Woodbridge Center | Woodbridge | NJ | 07095 | Middlesex |
| 10-699 | Memorial Mall | 3347 Kohler Memorial Dr. | Sheboygan | WI | 53081 | Sheboygan |
| 10-719 | The Empire | 4001 W 41St Street | Sioux Falls | SD | 57106 | Minnehaha |
| 10-720 | Swansea Mall | 262 Swansea Mall Drive | Swansea | MA | 02777 | Bristol |
| 10-721 | Lima Mall | 2400 Elida Rd | Lima | OH | 45805 | Allen |
| 10-723 | Northlake Mall | 1000 Northlake Mall | Atlanta | GA | 30345 | Dekalb |
| 10-724 | Cross County Mall | 700 East Broadway | Mattoon | IL | 61938 | Coles |
| 10-725 | Trumbull Shopping Park | Main Street | Trumbull | CT | 06611 | Fairfield |
| 10-726 | Westwood Mall | 1796 W. Michigan Ave | Jackson | MI | 49202 | Jackson |
| 10-727 | Carolina Mall | 1480 Us Highway 29 North | Concord | NC | 28025 | Cabarrus |

11

| 10-728 | Forest Mall | 835 W. Johnson Street | Fond Du Lac | WI | 54935 | Fond Du Lac |
|--------|-------------|------------------------|-------------|-----|--------|-------------|
| 10-729 | Oxford Valley Mall | 253 Oxford Valley Mall | Langhorne | PA | 19047 | Bucks |
| 10-730 | Staten Island Mall | 130 Staten Island Mall | Staten Island | NY | 10314 | Richmond |
| 10-731 | Janesville S/C | 2500 Milton Avenue | Janesville | WI | 53545 | Rock |
| 10-732 | South Park Mall | John Deere Expressway & 16Th St | Moline | IL | 61265 | Rock Island |
| 10-733 | Lakewood Center Mall | 5221 Hazelbrook Avenue | Lakewood | CA | 90712 | Los Angeles |
| 10-734 | Shenango Valley Mall | North Hermitage Rd | Hermitage | PA | 16148 | Mercer |
| 10-735 | Peru Mall | 3940 Route 251 | Peru | IL | 61354 | La Salle |
| 10-737 | Lebanon Valley Mall | 22Nd & Cumberland Street | Lebanon | PA | 17042 | Lebanon |
| 10-738 | Westmoreland Mall | 5256 Route 30 | Greensburg | PA | 15601 | Westmoreland |
| 10-739 | Royal Hawaiian Shopping Center | Royal Hawaiian Shopping Center | Honolulu | HI | 96815 | Honolulu |
| 10-740 | Lakeside Mall | 14600 Lakekside Mall | Sterling Heights | MI | 48078 | Macomb |
| 10-741 | Jefferson Mall | 4801 Outerloop Road | Louisville | KY | 40219 | Jefferson |
| 10-742 | Ohio Valley Mall | Unit #310 | St. Clairsville | OH | 43950 | Belmont |
| 10-743 | Temple Mall | 3129 South 31St St. | Temple | TX | 76502 | Bell |
| 10-750 | Washington National Airport | Terminal B, Room 50A | Washington | DC | 20001 | Arlington |
| 10-751 | Dulles Airport (Concourse B) | Midfield Terminal | Chantilly | VA | 20151 | Loudoun |
| 10-752 | Dulles Airport (Concourse C/D) | Commissary Building | Chantilly | VA | 20151 | Loudoun |
| 10-753 | Orlando International Airport | 9331-D Airport Boulevard | Orlando | FL | 32827 | Orange |
| 10-754 | McCarran Int'l Airport | 5757 Wayne Newton Blvd Ct/2234 | Las Vegas | NV | 89119 | Clark |
| 10-755 | Houston International Airport - Term E | 3950 South Terminal Road | Houston | TX | 77032 | Harris |
| 10-756 | Sea-Tac International Airport | SeaTac Airport, Main Terminal | Seattle | WA | 98158 | King |
| 10-757 | Indianapolis International Airport | 7800 Col. H. Weir Cook Memorial Drive | Indianapolis | IN | 46241 | Marion |
| 10-758 | Logan Int'l Airport - Term E | Logan International Airport | Boston | MA | 02128 | Suffolk |
| 10-759 | Philadelphia Int'l Airport B/C Connect | B/C Connector | Philadelphia | PA | 19153 | Philadelphia |
| 10-760 | Cincinnati International Airport | Concourse B Lod #B-014 | Covington | KY | 41048 | Boone |
| 10-761 | Dulles Airport (Concourse C) | Commissary Building | Chantilly | VA | 20151 | Loudoun |
| 10-762 | Boston-Logan International Airport | Boston Logan Int'l Airport | East Boston | MA | 02128 | Suffolk |
| 10-763 | Baltimore/Washington Int'l Airport AB Core | 808 Barkwood Ct. Suites Q-W | Baltimore | MD | 21090 | Anne Arundel |
| 10-764 | Baltimore/Washington Int'l Airport AB Core | 808 Barkwood Ct. Suites Q-W | Baltimore | MD | 21090 | Anne Arundel |
| 10-765 | Miami International Airport | Central Terminal | Miami | FL | 33166 | Miami |
| 10-766 | Phoenix Sky Harbor International Airport | 3800 Sky Harbor Blvd. | Phoenix | AZ | 85034 | Maricopa |
| 10-767 | Philadelphia Int'l Airport D/E Connect | D/E Connector | Philadelphia | PA | 19153 | Philadelphia |
| 10-768 | LaGuardia Airport | Central Terminal Building | New York | NY | 11371 | Queens |
| 10-770 | Detroit International Airport | Detroit Metropolitan Airport | Romulus | MI | 48242 | Wayne |
| 10-771 | Detroit International Airport | Detroit Metropolitan Airport | Romulus | MI | 48242 | Wayne |
| 10-772 | T.F. Green State Airport | 2000 Post Rd | Providence | RI | 02886 | Kent |
| 10-773 | Dallas Fort Worth Int'l A/P | Terminal A | Dallas | TX | 75261 | Tarrant |
| 10-774 | Detroit Metro Airport | North Terminal | Romulus | MI | 48197 | Wayne |
| 10-775 | Detroit Metro Airport | North Terminal | Romulus | MI | 48197 | Wayne |
| 10-776 | JFK International A/P | Terminal 5 | New York | NY | 11430 | Queens |
| 10-777 | Raleigh - Durham A/P | Terminal 2 | Morrisville | NC | 27623 | Wake |
| 10-790 | Hickory Point Mall | U.S. Route 51 North | Decatur | IL | 62526 | Macon |
| 10-791 | Quincy Mall | 3382 Quincy Mall | Quincy | IL | 62301 | Adams |
| 10-792 | Central Mall | 3Rd Street & C Avenue | Lawton | OK | 73501 | Comanche |
| 10-793 | The Shops At Mission Viejo | 680 The Shops At Mission Viejo | Mission Viejo | CA | 92691 | Orange |
| 10-794 | Roseburg Valley Mall | 1414 New Garden Valley Blvd. | Roseburg | OR | 97470 | Douglas |
| 10-795 | Sumter Mall | 1057 Broad Street | Sumter | SC | 29150 | Sumter |

| 10-796 | Coventry Mall | Rt. 724 & Rt. 100 Bypass | Pottstown | PA | 19464 | Montgomery |
|---|---|---|---|---|---|---|
| 10-797 | Country Club Mall | 1262 Vocke Road | La Valle | MD | 21502 | Allegany |
| 10-798 | Settler's Crossing | 1500 White Mountain Highway | North Conway | NH | 03860 | Carroll |
| 10-806 | North Hanover Mall | 1155 Carlisle Street | Hanover | PA | 17331 | York |
| 10-807 | Boone Mall | 1180 Blowing Rock Road | Boone | NC | 28607 | Watauga |
| 10-826 | Dulles Town Center | 21100 Dulles Town Ctr. Circle | Dulles | VA | 20166 | Loudoun |
| 10-828 | Pine Ridge Mall | 4155 Yellowstone Hwy | Chubbuck | ID | 83202 | Bannock |
| 10-841 | White Marsh Mall | 8200 Perry Hall Blvd | Baltimore | MD | 21236 | Baltimore |
| 10-842 | Susquehanna Valley Mall | A-12 Susquehana Valley Mall | Selinsgrove | PA | 17870 | Snyder |
| 10-843 | Colony Square Mall | 3575 North Maple | Zanesville | OH | 43701 | Muskingum |
| 10-844 | Clearview Mall | 101 Clearview Circle | Butler | PA | 16001 | Butler |
| 10-845 | Du Bois Mall | Rt 255 & Shaffer Rd | Du Bois | PA | 15801 | Clearfield |
| 10-846 | Durango Mall | 800 South Camino Del Rio | Durango | CO | 81301 | La Plata |
| 10-847 | The Mall At Columbia | 10300 Little Patuxent Pkwy | Columbia | MD | 21044 | Howard |
| 10-849 | Eastridge Mall | 601 Wyoming Blvd. | Casper | WY | 82609 | Natrona |
| 10-858 | Dover Mall | 1365 North Dupont Highway | Dover | DE | 19901 | Kent |
| 10-865 | Crossroads Mall | 88 Crossroads Mall-Route 16/19 | Mount Hope | WV | 25880 | Fayette |
| 10-869 | Meadowbrook Mall | 2150 Meadowbrook Road | Bridgeport | WV | 26330 | Harrison |
| 10-870 | Rio West | 1300 West I-40 Frontage | Gallup | NM | 87301 | Mckinley |
| 10-888 | Valle Vista Mall | 2000 South Expressway 83 | Harlingen | TX | 78550 | Cameron |
| 10-889 | Southside Mall | Rd #2/Rt 23 Nys | Oneonta | NY | 13820 | Otsego |
| 10-891 | Blue Ridge Mall | 1800 Four Seasons Blvd. | Hendersonville | NC | 28739 | Henderson |
| 10-892 | Green Acres Mall | 1117 Green Acres Mall | Valley Stream | NY | 11580 | Nassau |
| 10-894 | Green Tree Mall | 717 East State Road | Clarksville | IN | 47129 | Clark |
| 10-897 | Charleston Town Center | 2107 Charleston Town Center | Charleston | WV | 25389 | Kanawha |
| 10-904 | Oxmoor Center | 7900 Shelbyville Road | Louisville | KY | 40222 | Jefferson |
| 10-904 | Washington Park Mall | 3900 Price Road | Bartlesville | OK | 74003 | Washington |
| 10-906 | Crystal Mall | 850 Hartford Turnpike | Waterford | CT | 06385 | New London |
| 10-907 | Westland Shopping Center | 3500 West Warren | Westland | MI | 48185 | Wayne |
| 10-908 | Wasilla Shopping Center | 595 E Parks Hwy | Wasilla | AK | 99654 | Matanuska Susitna |
| 10-911 | Coddingtown Center | 538 Coddingtown Reg. Ctr. | Santa Rosa | CA | 95401 | Sonoma |
| 10-912 | Auburn Mall | 550 Center Street | Auburn | ME | 04210 | Androscoggin |
| 10-913 | Gratiot Avenue | 31946 Gratiot Avenue | Roseville | MI | 48066 | Macomb |
| 10-914 | Town Center At Cobb | 400 Ernest Barrett Pkwy-Ste263 | Kennesaw | GA | 30144 | Cobb |
| 10-915 | Western Village Shopping Center | 6139 Glenway Avenue | Cincinnati | OH | 45211 | Hamilton |
| 10-917 | Ka'ahumanu Center | 275 Ka'ahumanu Center | Kahului, Maui | HI | 96732 | Maui |
| 10-918 | Jefferson Square | 3870 S. 6Th Street | Klamath Falls | OR | 97603 | Klamath |
| 10-919 | Town Mall Of Westminster | 400 North Center Street | Westminster | MD | 21157 | Carroll |
| 10-921 | Central Mall | 2259 South 9Th Street | Salina | KS | 67402 | Saline |
| 10-922 | Three Rivers Mall | 1205 Three Rivers Drive | Kelso | WA | 98626 | Cowlitz |
| 10-923 | 1316 Washington St.- Hanover Commons | 1316 Washington Street | Hanover | MA | 02339 | Plymouth |
| 10-924 | Sunrise Mall | 2370 N. Expressway | Brownsville | TX | 78526 | Cameron |
| 10-925 | River Valley Mall | 1635 River Valley Circle South | Lancaster | OH | 43130 | Fairfield |
| 10-926 | Manhattan Town Center | 100 Manhattan Town Center | Manhattan | KS | 66502 | Riley |
| 10-927 | Pinecrest Plaza | Us 15-501 Hwy Dr & Morganton Rd | Southern Pines | NC | 28387 | Moore |
| 10-928 | Southgate Center | 13667 Eureka Road | Southgate | MI | 48192 | Wayne |
| 10-931 | The Mall of Monroe fka Frenchtown Square | 2121 N. Monroe Street | Monroe | MI | 48161 | Monroe |
| 10-932 | Town Center Of Mililani | 1249 Meheula Parkway | Milalani | HI | 96789 | Honolulu |
| 10-933 | Chicago Ridge Mall | Ridgeland & 95Th Street | Chicago | IL | 60415 | Cook |
| 10-934 | University Mall | 155 Dorset Street | South Burlington | VT | 05403 | Chittenden |
| 10-935 | Westbrooke Village (Wb & More) | 7311 Quivera Road | Shawnee | KS | 66216 | Johnson |
| 10-937 | Fountain Square S/C (Wb& More) | 302 E. Bell Rd, 7Th & Bell | Phoenix | AZ | 85022 | Maricopa |
| 10-938 | Shawnee Mall | 4901 N. Kickapoo St. | Shawnee | OK | 74801 | Pottawatomie |

| 10-939 | Exton Square | 208 Exton Square | Exton | PA | 19341 | Chester |
|---|---|---|---|---|---|---|
| 10-944 | Cascade Mall | 345 Cascade Mall Drive | Burlington | WA | 98233 | Skagit |
| 10-945 | Roosevelt Boulevard | 2212 N. Roosevelt Blvd. | Key West | FL | 33040 | Monroe |
| 10-947 | Fair Oaks Mall | 2306 25Th Street | Columbus | IN | 47201 | Bartholomew |
| 10-949 | Tuttle Crossing Mall | 5043 Tuttle Crossing Blvd #270 | Columbus | OH | 43017 | Franklin |
| 10-954 | Charleston Place | 120 Market Street | Charleston | SC | 29401 | Charleston |
| 10-955 | Twelve Oaks Mall | 27500 Novi Road | Novi | MI | 48377 | Oakland |
| 10-956 | Citrus Park Town Center | 8021 Citrus Park Town Center | Tampa | FL | 33625 | Hillsborough |
| 10-957 | Great Lakes Crossing | 4230 Baldwin Road | Auburn Hills | MI | 48326 | Oakland |
| 10-958 | Westfarms Mall | 433 Westfarms Mall | West Hartford | CT | 06032 | Hartford |
| 10-959 | Citicorp Center | 500 West Madison | Chicago | IL | 60661 | Cook |
| 10-960 | Capitola Mall | 1855 41St Avenue | Capitola | CA | 95010 | Santa Cruz |
| 10-961 | Honey Creek Square | 3401 So. Us Hwy 41 | Terre Haute | IN | 47802 | Vigo |
| 10-962 | Silver City Galleria | 2 Galleria Mall Drive | Taunton | MA | 02780 | Bristol |
| 10-963 | Eastbrook Mall | Route 195 | Willimantic | CT | 06226 | Windham |
| 10-964 | The Mall At Rockingham Park | 99 Rockingham Park | Salem | NH | 03079 | Rockingham |
| 10-966 | St. Lawrence Center | St. Lawrence Centre | Massena | NY | 13662 | Saint Lawrence |
| 10-967 | International Plaza | 2223 N. West Shore Blvd S-107B | Tampa | FL | 33607 | Hillsborough |
| 10-968 | Tower City Center | 230 W. Huron Road | Cleveland | OH | 44113 | Cuyahoga |
| 10-970 | Swampscott Mall | 970 Paradise Road | Swampscott | MA | 01907 | Essex |
| 10-971 | The Mall At Wellington Green | Mall At Wellington Green | Wellington | FL | 33414 | Palm Beach |
| 10-972 | Hanford Mall | 1675 West Lacey Boulevard | Hanford | CA | 93230 | Kings |
| 10-973 | Laurel Park Place/Coopersmiths | 37560 West Six Mile Road | Livonia | MI | 48152 | Wayne |
| 10-974 | Fair Oaks Mall | 11713 Fair Oaks Mall | Fairfax | VA | 22030 | Fairfax |
| 10-975 | Salem Centre | 480 Center St. | Salem | OR | 97301 | Marion |
| 10-977 | Springfield Mall | 1200 Baltimore Pike @Sproul Rd | Springfield | PA | 19064 | Delaware |
| 10-978 | Millcreek Mall | 5800 Peach St. | Erie | PA | 16565 | Erie |
| 10-981 | Meadowood Mall | 5178 Meadowood Mall Circle | Reno | NV | 89502 | Washoe |
| 10-983 | Gulfview Square Mall | 9409 Us Highway 19 | Port Richey | FL | 33568 | Pasco |
| 10-984 | New Towne Mall | 400 Mill Ave., Se / Sp 723 | New Philadelphia | OH | 44663 | Tuscarawas |
| 10-986 | Ashland Town Center | 500 Winchester Ave. | Ashland | KY | 41101 | Boyd |
| 10-987 | Rye Ridge S/C | 106 South Ridge Street | Portchester | NY | 10573 | Westchester |
| 20-1484 | Maryland Parkway | 3873 South Maryland Parkway | Las Vegas | NV | 89109 | Clark |
| 20-1484S | Maryland Parkway (Chatham Beauty) | 3874 South Maryland Parkway | Las Vegas | NV | 89109 | Clark |

**Dark Stores**

| 10-107 | Milwaukee Marketplace | 1123 N. Milwaukee | Boise | ID | 83704 | Ada |
|---|---|---|---|---|---|---|
| 10-407 | 1600 Pearl Street Mall | 1600 Pearl Street | Boulder | CO | 80302 | Boulder |
| 10-494 | Minneapolis, MN | Block E-6Th & Hennepin | Minneapolis | MN | 55401 | Hennepin |

**Borders, Inc. (Offices)**

| Store Number | Location Name | Location Address | City | State | Zip Code | County |
|---|---|---|---|---|---|---|
| 10-9559 | Phoenix Drive | 100 Phoenix Drive | Ann Arbor | MI | 48108 | Washtenaw |
| 10-9559S | ReCellular Sublease | 100 Phoenix Drive | Ann Arbor | MI | 48108 | Washtenaw |

**Borders, Inc. (Distribution Centers)**

| Store Number | Location Name | Location Address | City | State | Zip Code | County |
|---|---|---|---|---|---|---|
| 10-709 | Tennessee Distribution Center | One Waldenbooks Drive | Lavergne | TN | 37086 | Rutherford |
| 10-702R | Logisticenter | 1501 Distribution Drive | Carlisle | PA | 17013 | Cumberland |
| 10-711 | Country Club Industrial Park | Calle 272 Lote 12 Urb. | Carolina | PR | 00983 | Carolina |
| 10-717 | Mira Loma Warehouse | 11625 Venture Drive | Mira Loma | CA | 91752 | Riverside |

**Dark Distribution Centers**

| | | | | | | |
|---|---|---|---|---|---|---|
| 10-702 | Harrisburg Distribution Facility | 1981 Fulling Mill Rd., Suite #113 | Middletown | PA | 17057 | Dauphin |
| 10-705 | Columbus Warehouse | 3900 Gantz Rd. | Grove City | OH | 43123 | Franklin |

# SCHEDULE 8

## DEBTORS' SUBSTANTIAL ASSETS

Pursuant to Local Rule 1007-2(a)(10), the following lists the locations of the Debtors' substantial assets, the location of their books and records, and the nature, location, and value of any assets held by the Debtors outside the territorial limits of the United States.

### Location of Debtors' Substantial Assets

The Debtors have assets within the United States of more than $1.2 billion, as provided in Schedule 4 (unaudited and subject to change), with substantial assets in forty-eight states (all U.S. States other than Alabama and North Dakota), Washington, D.C. and Puerto Rico, where the Debtors maintain operations. The Debtors most substantial physical asset is inventory, with large amounts located primarily in New York, California, Illinois and Pennsylvania due to the presence of a large number of stores and/or a distribution center.

### Books and Records

The Debtors' books and records are located at 100 Phoenix Drive, Ann Arbor, Michigan 48108.

### Debtors' Assets Outside the United States

The Debtors do not have significant assets located outside the territorial limits of the United States and Puerto Rico.

# SCHEDULE 9

# LITIGATION COMMENCED AGAINST DEBTORS

Pursuant to Local Rule 1007-2(a)(11), the following is a list of the nature and present status of each action or proceeding, pending or threatened, against the Debtors or their properties where a judgment against the Debtors or a seizure of their property may be imminent.[9]

| Debtor Entity(ies) | Name of Case | Case Number | Type of Proceeding | Court and Location | Status |
|---|---|---|---|---|---|
| Borders Group, Inc. | Andrew Bodrogligeti v. Borders Group, Inc. | 1:C8-cv-01840-JDB | Discrimination | US District Court - Washington DC | Active – pending MSJ decision |
| Borders, Inc. | Allison F. Bryant v. Borders, Inc. | YC062946 | Personal Injury | Superior court of the State of California, County of Los Angeles | Active |
| Borders, Inc. | Camelot LLC v. Borders, Inc. | Pending (served, but not filed with court, pursuant to local litigation rules & procedures) | Declaratory Relief – Real Estate | District Court, Fourth Judicial District, Hennepin County, Minnesota | Active |
| Borders, Inc. | The City of Syracuse Industrial Development Agency v. Destiny USA (Borders, Inc.) | 33-05-4952 | Claim for further outstanding under condemnation award – Real Estate | State of New York Supreme Court, County of Onondaga | Active |

---

[9]     In the ordinary course of business, the Debtors receive various employee related charges or claims. These include employment related charges filed with the EEOC or similar state agencies. Those charges go through a formal investigation process, at which time the applicable agency will either issue a finding of no probable cause, or attempt to assist the parties towards a resolution. If a resolution is not forthcoming on a matter the EEOC believes has merit, it will issue a right to sue letter. The claimant can then utilize that letter and commence litigation.

In addition, the Debtors have employees who file claims under its workers' compensation insurance program. In connection with such claims, the Debtors receive documents relating to legal activity and/or litigation within the various states' workers' compensation courts. These claims and the resulting legal activity are administratively processed by Debtors' workers compensation insurers. As of February 11, 2011, approximately 172 open workers' compensation claims were pending against the Debtors under its workers' compensation program. The Debtors anticipate that a material amount of claims under the workers' compensation program have been incurred as of the Commencement Date but not yet submitted. The Debtors' workers' compensation programs and more information on such claims are described in the **Debtors' Motion Pursuant to 11 U.S.C. §§ 105(a), 363(b), and 503(b) and Fed. R. Bankr. P. 4001, 6003, and 6004 for (I) Authority to (A) Continue the Debtors' Insurance Programs and (B) Pay All Obligations in Respect Thereof, and (II) To Direct Financial Institutions to Honor and Process Checks and Transfers Related to Such Insurance Obligations**, filed concurrently herewith.

| Debtor Entity(ies) | Name of Case | Case Number | Type of Proceeding | Court and Location | Status |
|---|---|---|---|---|---|
| Borders Group, Inc. | Ronald Davis v. Borders Group, Inc. | 201000917B | Personal Injury | Superior Court of Massachusetts | Active |
| Borders, Inc. | Jessica Edwards v. Borders, Inc. | 30-2010 00398216 | Discrimination | Superior Court of California, Orange County | Active – pending settlement |
| Borders, Inc. | Awilda Rossello Febres v. Borders, Inc.. | KDP2008 – 1157 (801) | Personal Injury | Commonwealth of Puerto Rico, Court of First Instance, Judicial Center of San Juan | Active |
| Borders, Inc. | Michael Finnegan v. Borders Books & Music, Inc. a/d/a Borders, Inc. | 10011448 | Personal Injury | Circuit Court of the 13th Judicial Circuit, Hillsborough County, Florida | Active |
| Borders, Inc., Borders Group, Inc. | Juan Carolos Figueroa Velez v. Borders, Inc.; Borders Group, Inc.; John Doe; X,Y,Z Insurance Company | DPE 09-663 (404) | Unjustified Dismissal – Workers Compensation Tort Claim | Superior Court of Bayamon, Commonwealth of Puerto Rico | Active |
| Borders Group, Inc. | Ruth Galasso and Joseph Galasso v. Commack Arena Marketing, Inc., Borders Books & Music and Borders Group, Inc. d/b/a Borders, Inc. | 14424DSMTN | Personal Injury | Supreme Court of the New York, County of Suffolk | Active |
| Borders, Inc. | Florence Garibaldi v. Staten Island Mall, General Growth Properties, Inc., and Borders, Inc. | 558/11 | Personal Injury | Supreme Court of New York, County of Kings | Active |
| Borders, Inc. | Jo Gibbs v. Borders, Inc. d/b/a Borders Bookstore | Pending | Discrimination | US District Court – Western District of Tennessee | Pending service to Borders |
| Borders, Inc. | Diane Gawronski & Medicare v. Borders, Inc. & Liberty Mutual Fire Insurance | 09 CV 3024 | Personal Injury | Circuit Court of Wisconsin, Milwaukee County | Active |
| Borders Group, Inc. | Sandra Gross & Thomas Gross v. Borders Group, Inc. d/b/a Borders Books | 2009-13714 | Personal Injury | US District Court for the Eastern District of Pennsylvania | Active |

| Debtor Entity(ies) | Name of Case | Case Number | Type of Proceeding | Court and Location | Status |
|---|---|---|---|---|---|
| Borders, Inc. | Carl R. Hogan, Appellant/Cross-Respondent v. Borders, Inc., Respondent/Cross-Appellant | 41017-6-II | Appeal – Condemnation Award | Division II, Court of Appeals of the State of Washington | Active |
| Borders Group, Inc. | Astrid Nazario Camacho & Angel Nazario Blelen v. Tiendas Borders, Borders Stores, Borders Group, Inc. | KPP10-0721 | Personal Injury | Commonwealth of Puerto Rico, Court of First Instance, Judicial Center of San Juan | Active |
| Borders, Inc. | Joanne Newsom v. Borders, Inc. | 30-2010-00375601 | Personal Injury | Superior Court of California, Orange County | Active |
| Borders Group, Inc. | Aldona Sheridan v. Borders Group, Inc. | 08 L 466 | Personal Injury | Circuit Court of the Twelfth Judicial Circuit, Will County, Illinois | Active |
| Borders Group, Inc. | Barbara Sherra v. Borders Group, Inc. dba Borders | L-4172-10 | Personal Injury | New Jersey Superior Court, Law Division Atlantic County | Active |
| Borders, Inc. | Gretchen Skillman v. Borders, Inc. | HG09452818 | Workplace Harassment | Superior Court of California, Alameda County | Active |
| Borders, Inc. and Borders Group, Inc. | Jack Stowe v. Borders Books & Music, Inc. d/b/a Borders, Inc. and Borders Group, Inc. | 10-05743-09 | Personal Injury | Circuit Court of the 17th Judicial Circuit, Broward County, Florida | Active |
| Borders Group, Inc. | Jesse Valladares & Leticia Valladares v. Borders Group, Inc. | RIC 10023171 | Personal Injury | Superior Court of the State of California, County of Riverside | Active |
| Borders Group, Inc. | Anthony Zavala, Laura Love, Shawn Kendrick on behalf of themselves, and on behalf of all persons similarly situated v. Borders Group, Inc. | 30-2009 00245976 | Class Action - Wage and Hour | Superior Court of California, Orange County | Active |
| Borders Group, Inc., and Borders Online, Inc. | State of Illinois, ex rel. Beeler, Schad & Diamond, P.C. v. Amazon.com, Inc., Borders Group, Inc. and Borders Online, Inc. | 07 L 012280 | Qui tam action | Circuit Court of Cook County, Illinois | Active |

| Debtor Entity(ies) | Name of Case | Case Number | Type of Proceeding | Court and Location | Status |
|---|---|---|---|---|---|
| Borders, Inc., and Borders Group, Inc. | John Moore vs. Borders Group, Inc., Borders, Inc. and Does 1-600, inclusive | CGC-10-503036 | Citizen enforcement suit | Superior Court of the California, San Francisco County | Active |
| Borders Group, Inc. | Parallel Networks, LLC v. Aeo, Inc., et al. | 6:10-cv-00275 | Patent Infringement | US District Court, Eastern District of Texas | Active |
| Borders Group, Inc., and Borders Direct, LLC | 21 SRL v. Borders Group, Inc., et al. | 1:11-cv-00724 | Patent Infringement | US District Court, Northern District of Illinois | Active |
| Borders Direct, LLC, and Borders Direct, Inc. | Sharing Sound, LLC v. Amazon.com, Inc., et al. | 2:10-cv-00155-DF | Patent Infringement | US District Court, Eastern District of Texas, Marshall Division | Active |
| Borders, Inc. | H/S Victoria, LP v. Borders, Inc. | 2011 RCSC 00129 | Breach of Contract | State Court of Richmond County, State of Georgia | Active |
| Borders, Inc. | HSCC, LLC v. Borders, Inc. | 2011 RCSC 00126 | Breach of Contract | State Court of Richmond County, State of Georgia | Active |
| Borders, Inc. | H/S New Bern, LLC v. Borders, Inc. | 2011 RCSC 00125 | Breach of Contract | State Court of Richmond County, State of Georgia | Active |
| Borders, Inc. | Shelby Mall, LLC v. Borders, Inc. | 2011 RCSC 00128 | Breach of Contract | State Court of Richmond County, State of Georgia | Active |
| Borders, Inc. | Hatcher Square, LLC v. Borders, Inc. | 2011 RCSC 00127 | Breach of Contract | State Court of Richmond County, State of Georgia | Active |

Threatened litigation: In October 2009, U.S. Ethernet Innovations, LLC ("Ethernet") offered the Debtors an unsolicited license to 35 U.S. and foreign patents relating to Ethernet technology for a one-time fee of $3.0, and implied that it would commence litigation against the Debtors and certain of their affiliates if the offer was not accepted. The Debtors have been evaluating the offer, as well as the amount of potential exposure, which could be greater or less than $3.0 million if the offer is not accepted.

In addition, the Debtors occasionally receive letters alleging patent infringement and requesting significant compensation in exchange for licenses of those patents. Past experience has shown that these are extremely complex issues, and resolution often occurs through litigation. The Debtors have recently received two such letters from Kelora Systems, LLC and LSI Corporation. Their claims are currently being investigated.

# SCHEDULE 10

## DEBTORS' SENIOR MANAGEMENT

Pursuant to Local Rule 1007-2(a)(12), the following provides the names of the individuals who comprise the Debtors' existing senior management, a description of their tenure with the Debtors, and a brief summary of their relevant responsibilities and experience.

| Name / Position | Experience / Responsibilities |
| --- | --- |
| Bennett S. LeBow<br>Chairman & Chief Executive Officer,<br>Borders Group | Mr. LeBow was announced as the new Chairman of the Board and Chief Executive Officer of Borders Group in June 2010. Mr. LeBow is also Chairman of the Board of Vector Group, a holding company primarily involved in the manufacturing of cigarette products, which is listed on the New York Stock Exchange. Mr. LeBow has been a director of Vector since October 1986. Mr. LeBow served as Executive Chairman of Vector from January 2006 until his retirement on December 30, 2008. He served as the Chairman and Chief Executive Officer of Vector from June 1990 to December 2005. Mr. LeBow was Chairman of the Board of New Valley Corporation from January 1988 to December 2005 and served as its Chief Executive Officer from November 1994 to December 2005. |
| Michael J. Edwards<br>President and Chief Executive Officer,<br>Borders, Inc.<br>President, Borders Group, Inc. | Borders appointed Mr. Edwards as President of Borders Group and President and Chief Executive Officer of Borders, Inc., the principal subsidiary of Borders Group, in June 2010. Prior to this appointment Mr. Edwards had been interim Chief Executive Officer of Borders since January 2010. Edwards joined Borders in September 2009 as Executive Vice President and Chief Merchandising Officer. Before joining Borders, Mr. Edwards served as President and Chief Executive Officer of Ellington Leather. Prior to Ellington, Mr. Edwards was the CEO of lucy, a venture backed women's apparel company that he sold to VF Corporation. Before lucy, Mr. Edwards was the Executive Vice President, Operations at Jo-Ann Stores and Chief Merchandising and Marketing Officer positions at West Marine, Golfsmith and CompUSA. |

| Name / Position | Experience / Responsibilities |
|---|---|
| Scott Henry<br>Chief Financial Officer &<br>Executive Vice President | Mr. Henry joined Borders in October 2010 as Chief Financial Officer. He previously served as President of S.D. Henry Strategic Services, LLC, a provider of business and financial consulting services. Prior to joining S.D. Henry Strategic Services, LLC, Mr. Henry held several senior executive roles, including Chief Financial Officer and Senior Vice President-Finance at Sands Corp. Mr. Henry is responsible for all financial functions of Borders, as well as the company's business development efforts. |
| Michele Delahunty-Cloutier<br>Executive Vice President & Chief Merchandising Officer | Prior to joining Borders in August 2010, Ms. Delahunty-Cloutier served as Brand President for Chico's FAS, Inc. where she was responsible for creating a cohesive brand while supervising merchandising, sales, and marketing and store operations teams. Before being promoted to Brand President for Chico's, she served as the organization's Executive Vice President, Chief Merchandising Officer and Executive Vice President, General Merchandising Manager from 2006 through 2007. As Chief Merchandising Officer of Borders, Ms. Delahunty-Cloutier oversees merchandising, marketing and Borders.com. |
| James M. Frering<br>Senior Vice President, Store Operations | Mr. Frering joined Borders in August 2009 as Vice President, Paperchase U.S. Operations. He was promoted to Senior Vice President, Store Operations in February, 2010 and to Executive Vice President of Operations in February 2011. Mr. Frering is responsible for Supply Chain, IT, Real Estate, Loss Prevention and Internal Operations. Prior to joining Borders, Mr. Frering was with Linens 'N Things for 13 years, where he progressed through a series of leadership positions, most recently serving as Corporate Vice President, Financial and Merchandise Planning and Control. Prior to Linens 'N Things, Mr. Frering worked for East Coast retailer Lechmere, Inc. As SVP of Store Operations, Mr. Frering was responsible for the revenue and profitability of the stores through appropriate staffing, operations, store appearance and customer service. |

| Name / Position | Experience / Responsibilities |
|---|---|
| Rosalind Thompson<br>Senior Vice President, Human Resources | Ms Thompson joined Borders in July 2010. Prior to joining Borders, she was most recently a principal at Orange Hill Associates, a Human Resources (HR) consultancy she established in 2007. Prior to starting her own business, Thompson served as Chief Human Resources Officer for apparel retailer Dots LLC, where she led a fully integrated P&L and managed the strategic planning of the company's key initiatives. Before joining Dots, Thompson was with Jo-Ann Stores from 1992 through 2005, starting first as Senior Vice President, HR and progressing into the role of Executive Vice President, HR. While at Jo-Ann, Thompson was recognized for her ability to successfully develop the talents and abilities needed within the organization to ensure the company's growth. Earlier in her career, Thompson also held HR positions at Lane Bryant, Lucky Supermarkets and Wallpapers To Go. Ms. Thompson has held the endowed teaching position of Goodyear Executive Professor at Kent State University. |

**POST-COMMENCEMENT DATE PAYMENTS**

Pursuant to Local Rules 1007-2(b)(1) and 1007-2(b)(2), the following provides the estimated amount of weekly payroll to the Debtors' employees (not including officers, directors, and stockholders) and the estimated amount to be paid to officers, stockholders, directors, and financial and business consultants retained by the Debtors, for the 30-day period following the filing of the chapter 11 petitions.

| | |
|---|---|
| **Payments to Employees (Not Including Officers, Directors and Stockholders)** | $20,514,995 |
| **Payments to Officers**[1] | $850,662 |
| **Payments to Financial and Business Consultants** | $0 |

---

[1] This includes the amount proposed to be paid to officers for services for the 30-day period following the Commencement Date. The Debtors will provide supplemental information regarding the amount proposed to be paid to directors to the U.S. Trustee and to any other party upon reasonable request to the Debtors' counsel.

## SCHEDULE 12

## POST-COMMENCEMENT DATE ESTIMATED OBLIGATIONS AND RECEIVABLES

Pursuant to Local Rule 1007-2(b)(3), the following provides, for the 30-day period following the filing of the chapter 11 petition, the estimated cash receipts and disbursements, net cash gain or loss, and obligations and receivables expected to accrue that remain unpaid, other than professional fees.

| | |
|---|---|
| Cash Receipts | $230,000,000 |
| Cash Disbursements | $138,000,000 |
| Net Cash Gain | $92,400,000 |
| Unpaid Obligations | $135,500,000 |
| Unpaid Receivables | $173,000,000 |