**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------x
In re:                                                : Chapter 11
                                                      :
Borders Group, Inc., et al.,                          : Case No. 11 B 10614 (MG)
                                                      :
                                            Debtors.  : Jointly Administered
------------------------------------------------------x

APPOINTMENT OF
OFFICIAL COMMITTEE OF UNSECURED CREDITORS

     As of February 24, 2011, Tracy Hope Davis, the United States Trustee for Region 2, under 11 U.S.C. §§ 1102(a) and (b), hereby appoints the following unsecured creditors who are willing to serve on the Official Committee of Unsecured Creditors of Borders Group, Inc.

1. Penguin Group (USA) Inc.
   375 Hudson Street
   New York, New York 10014
   Attention: Alexander Gigante - Sr. VP Legal Affairs/Corporate Counsel
   Telephone: (212) 366-2959
   Fax: (212) 366-2867

2. HarperCollins Publishers, LLC
   100 Keystone Industrial Park
   Scranton, Pennsylvania 18512
   Attention: John Shearer - Vice-President, Credit
   Telephone: (570) 941-1244
   Fax: (570) 941-1590

3. Randon House, Inc.
   400 Hahn Road
   Westminster, Maryland 21157
   Attention: William C. Sinnott - Vice-President, Credit & Disbursements
   Telephone: (410) 386-7480
   Fax: (410) 386-7439

4. The Perseus Books Group
   387 Park Avenue - 12th Floor
   New York, New York 10016
   Attention: Charles Gallagher, Chief Financial Officer
   Telephone: (212) 340-8133
   Fax: (212) 340-8105

5. Sony Music Entertainment
   210 Clay Avenue
   Lyndhurst, New Jersey 07071
   Attention: Susan S. Danz - Vice President of Credit & Collections
   Telephone: (201) 777-3643
   Fax: (201) 777-3694

6. GGP Limited Partnership
   110 North Wacker Drive
   Chicago, Illinois 60606
   Attention: Julie Minnick Bowden, National Bankruptcy Manager
   Telephone: (312) 960-2707
   Fax: (312) 442-6374

7. Simon Property Group
   225 W. Washington Street
   Indianapolis, Indiana 46204
   Attention: Ronald M. Tucker - Vice President/Bankruptcy Counsel
   Telephone: (317) 263-2346
   Fax: (317) 263-7901


Dated: New York, New York
       February 24, 2011

                                TRACY HOPE DAVIS
                                UNITED STATES TRUSTEE


                        By:     /s/ Brian S. Masumoto
                                Brian S. Masumoto
                                Trial Attorney
                                33 Whitehall Street, 21st Floor
                                New York, New York 10004
                                Tel. No. (212) 510-0500