# EXHIBIT D

## TOMASZEWSKI AGREEMENT

October 26, 2010

Glen Tomaszewski
VP, Controller
Borders Group, Inc.
100 Phoenix Dr
Ann Arbor, MI 48105


Dear Glen:

This will confirm our agreement regarding your employment with the arrival of Scott Henry, EVP, Chief Financial Officer.

**Reporting Relationships**
- Your new title will be Vice President, Chief Accounting Officer
- You will report to Scott Henry, EVP, CFO
- Reporting to you will be the accounting and control, accounts payable and treasury Directors

**Compensation:**
- Your bi- weekly salary will remain as $9615.38 which annualized is $250,000.
- Additionally, you will receive a special bonus of $100,000 as long as you remain in your position until at least February 18, 2011
- You will also be given an additional option grant of 10,000 shares.

**Other**
- We agree to forgive the educational loan of $30,000 due in 2010


Glen, thank you for accepting this important interim role. You made the transition seamless.

Sincerely

Mike Edwards
CEO

Cc: Scott Henry