# EXHIBIT E

# CLINE AGREEMENT

October 26, 2010

Jason Cline
VP, Planning and Analysis
Borders Group, Inc.
100 Phoenix Dr
Ann Arbor, MI 148105

Dear Jason:

This will confirm our agreement regarding your employment with the arrival of Scott Henry, EVP, Chief Financial Officer.

**Reporting Relationships**
- You will report to Scott and maintain your current direct reports.

**Compensation:**
- Your bi-weekly salary will be increased to $8653.85 which annualized is $225,000, in recognition of the responsibilities you will be asked to assume.
- You will receive a special bonus of $75,000 as long as you remain in your position until at least February 18, 2011
- You will receive an additional stock option grant of 10,000 shares

Jason, thank you for your support. You made the transition seamless.

Sincerely,

Mike Edwards
CEO

cc: Scott Henry