William J. Hanlon (whanlon@seyfarth.com)
Michael F. Dowley (mdowley@seyfarth.com)
SEYFARTH SHAW LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: (617) 946-4800
Facsimile: (617) 946-4801

*Attorneys for Here Comes There Goes LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br><br>**BORDERS GROUP, INC.,** *et al.*,[1]<br><br>Debtors. | Chapter 11<br><br>Case No. 11-10614 (MG)<br><br>(Jointly Administered) |

## TRANSFER OF CLAIM NOTICE

Notice is hereby given pursuant to Federal Rules of Bankruptcy Procedure 3001(e)(1) and 3001(e)(2) that all of the claims held by BRAINTREE RETAIL LIMITED PARTNERSHIP against Borders Group, Inc. relating to: (i) that certain lease dated February 2, 2001 between Braintree Retail Limited Partnership and Borders, Inc. for store #196 on property located in Braintree, MA, and (ii) that certain Lease Guaranty Agreement dated February 2, 2001 in favor of Braintree Retail Limited Partnership from Borders Group, Inc., including, without limitation, the proof of claim against Borders Group, Inc. filed on June 1, 2011 (a copy of which is attached hereto), have been transferred to HERE COMES THERE GOES LLC, a Massachusetts limited liability company, for valuable consideration, other than for security.

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Borders Group, Inc. (4588); Borders International Services, Inc. (5075); Borders, Inc. (4285); Borders Direct, LLC (0084); Borders Properties, Inc. (7978); Borders Online, Inc. (8425); Borders Online, LLC (8996); and BGP (UK) Limited.

13440939v.1

This **1st** day of **June**, 2011.

| | |
|---|---|
| **Transferee:**<br>HERE COMES THERE GOES LLC<br><br>*/s/ David B. Grossman*<br>―――――――――――――――――<br>By: DAVID B GROSSMAN<br>Its: MANAGER | **Transferor:**<br>BRAINTREE RETAIL LIMITED<br>PARTNERSHIP<br><br>―――――――――――――――――<br>By:<br>Its: |
| **Name and Address where notices to transferee should be sent:**<br><br>Michael F. Dowley<br>Seyfarth Shaw LLP<br>Two Seaport Lane, Suite 300<br>Boston, MA 02210<br>Phone: (617) 946-4859<br>Fax: (617) 946-4801<br>mdowley@seyfarth.com<br>www.seyfarth.com<br><br>Last Four Digits of Acct #: _____<br><br>Name and Address where transferee payments should be sent (if different than above)<br><br>N/A<br><br>Phone:<br>Last Four Digits of Acct #: _____ | **Name and Address where notices to transferor should be sent:**<br><br>Aaron R. Cahn<br>Carter Ledyard & Milburn LLP<br>2 Wall Street<br>New York, New York 10005<br>Tel: (212) 238-8629<br>Fax: (212) 732-3232<br>cahn@clm.com<br>www.clm.com<br><br>**Court Claim # (if known):** _____<br>**Amount of Claim:** $unliquidated<br>**Date Claim Filed:** 6/1/2011<br><br><br>Phone: (212) 238-8629<br>Last Four Digits of Acct #: 196 |

HERE COMES THERE GOES LLC,

By its attorneys,


/s/ William J. Hanlon
―――――――――――――――――
William J. Hanlon (WH 8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: 617-946-4800
Telecopier: 617-946-4801
whanlon@seyfarth.com

2

This _____ day of _____, 2011.

| | |
|---|---|
| **Transferee:**<br>HERE COMES THERE GOES LLC | **Transferor:**<br>BRAINTREE RETAIL LIMITED PARTNERSHIP |

By: _____  By: /s/ Robert F. Hendley
Its: _____  Its: V.P.

**Name and Address where notices to transferee should be sent:**

Michael F. Dowley
Seyfarth Shaw LLP
Two Seaport Lane, Suite 300
Boston, MA 02210
Phone: (617) 946-4859
Fax: (617) 946-4801
mdowley@seyfarth.com
www.seyfarth.com

Last Four Digits of Acct #: ____

Name and Address where transferee payments should be sent (if different than above)

N/A

Phone:
Last Four Digits of Acct #: ____

**Name and Address where notices to transferor should be sent:**

Aaron R. Cahn
Carter Ledyard & Milburn LLP
2 Wall Street
New York, New York 10005
Tel: (212) 238-8629
Fax: (212) 732-3232
cahn@clm.com
www.clm.com

**Court Claim # (if known):** ____
**Amount of Claim:** $unliquidated
**Date Claim Filed:** 6/1/2011

Phone: (212) 238-8629
Last Four Digits of Acct #: 196

HERE COMES THERE GOES LLC,

By its attorneys,

/s/ William J. Hanlon
William J. Hanlon (WH 8128)
SEYFARTH SHAW LLP
World Trade Center East
Two Seaport Lane, Suite 300
Boston, MA 02210
Telephone: 617-946-4800
Telecopier: 617-946-4801
whanlon@seyfarth.com

2

13440939v.1