## EVIDENCE OF TRANSFER OF CLAIM

TO:  Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: Sony Music Entertainment

     Sony Music Entertainment, a general partnership organized under the laws of the State of Delaware, having offices located at 550 Madison Avenue, New York, New York 10022 ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against the Debtor in the amount of $4,318,376.63, docketed as Claim No. 3110 which amended Claim No. 2821 (the "Claim") in the United States Bankruptcy Court, Southern District of New York, In re: Borders Group Inc. et al. ("Debtor"), Case No. 11-10614 (MG) (jointly administered).

     Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim.  You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

     IN WITNESS WHEREOF, dated as of the _8th_ day of July, 2011.

**Sony Music Entertainment**

WITNESS:

_____
(Signature)

Name: _Kim Rappaport_
Title: _Sr. Director_
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: _Susan A. Meisel_
Title: _SVP, Corporate Counsel and Assistant Secretary_
Tel.: _212. 833. 4597_

**JPMorgan Chase Bank, N.A.**

WITNESS:

_____
(Signature)

Name: _Alexander Wilk_
Title: _Associate_
(Print name and title of witness)

By: _____
(Signature of authorized corporate officer)

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

## EXHIBIT B

## EVIDENCE OF TRANSFER OF CLAIM

TO: Clerk, United States Bankruptcy Court, Southern District of New York

AND TO: WORKMAN PUBLISHING COMPANY INC.

Workman Publishing Company Inc., a corporation organized under the laws of New York, having offices located at 225 Varick Street – 9th Floor, New York, NY 10014, ATTN: Phil Gerace ("Seller"), for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged and pursuant to the terms of an Assignment of Claim agreement dated as of the date hereof, does hereby certify that it has unconditionally and irrevocably sold, transferred and assigned to **JPMORGAN CHASE BANK, N.A.**, with offices located at Mail Code: NY1-A436, One Chase Manhattan Plaza, Floor 26, New York, New York 10005, ATTN: Susan McNamara ("Buyer"), all right, title and interest in and to the claims of Seller against Borders Inc. docketed as Claim No. **1522** to the extent of **$2,811,998.64** (the "Claim") in the United States Bankruptcy Court, Southern District of New York, Case No. 11-10615 jointly administered under In re: Borders Group Inc. et al Case No. 11-10614 (MG).

Seller hereby waives any notice or hearing requirements imposed by Rule 3001 of the Federal Rules of Bankruptcy Procedure, and stipulates that an order may be entered recognizing this transfer and sale of the Claim as an unconditional assignment and sale and Buyer herein as the valid owner of the Claim. You are hereby requested to make all future payments and distributions, and to give all notices and other communications, in respect to the Claim to Buyer.

IN WITNESS WHEREOF, dated as of the _28_ day of June, 2011.

**Workman Publishing Company Inc.**

By: _____

Name: Philip C. Gerace
Title: Corporate Director of Credit
Tel.: (212) 614-7565

WITNESS:

_Peggy Serah_
(Signature)

Name: _Peggy Gerak_
Title: _Credit Manager_
(Print name and title of witness)

**JPMorgan Chase Bank, N.A.**

By: _____

Name: Peter Schoepe
Title: Authorized Signatory
Tel.: _____

WITNESS:

_____
(Signature)

Name: _Alexander Wilk_
Title: _Associate_
(Print name and title of witness)