David M. Friedman (DFriedman@kasowitz.com)
Andrew K. Glenn (AGlenn@kasowitz.com)
Jeffrey R. Gleit (JGleit@kasowitz.com)
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, New York 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

*Attorneys for Debtors
and Debtors in Possession*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** | **Chapter 11** |
| **BORDERS GROUP, INC.,** *et al.*,[1] | Case No. 11-10614 (MG) |
| Debtors. | (Jointly Administered) |

**NOTICE OF ASSUMPTION AND ASSIGNMENT OF CERTAIN
UNEXPIRED NON-RESIDENTIAL REAL PROPERTY
LEASES TO BOOKS-A-MILLION, INC.**

**PLEASE TAKE NOTICE** that on August 24, 2011, the Debtors filed the *Motion for Order Pursuant to Sections 363(b) and 365(a) of the Bankruptcy Code and Fed. R. Bankr. P. 6004, 6006 and 9014 Authorizing Debtors (I) to Assume and Assign Certain Unexpired Non-Residential Real Property Leases to Books-A-Million, Inc.* ("BAM") *and (II) Granting Related Relief* (Docket No. 1625) (the "BAM Assignment Motion").

**PLEASE TAKE FURTHER NOTICE** that on August 30, 2011, the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") entered the *Order Authorizing Debtors to Enter Into Sale Transaction and to Assume and Assign Unexpired Leases of Non-Residential Real Property to Books-A-Million, Inc.* (the "BAM Assignment

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Borders Group, Inc. (4588); Borders International Services, Inc. (5075); Borders, Inc. (4285); Borders Direct, LLC (0084); Borders Properties, Inc. (7978); Borders Online, Inc. (8425); Borders Online, LLC (8996); and BGP (UK) Limited.

Order").

**PLEASE TAKE FURTHER NOTE** that, pursuant to the BAM Assignment Order, the Debtors hereby give notice that each of the Assigned Leases identified on Exhibit 1 to the BAM Assignment Order will be assumed and assigned to BAM in accordance with the BAM Assignment Order.

Dated: September 1, 2011
       New York, New York

                      KASOWITZ, BENSON, TORRES
                         & FRIEDMAN LLP

                      By: /s/ Andrew K. Glenn
                      David M. Friedman (DFriedman@kasowitz.com)
                      Andrew K. Glenn (AGlenn@kasowitz.com)
                      Jeffrey R. Gleit (JGleit@kasowitz.com)
                      1633 Broadway
                      New York, New York 10019
                      Telephone: (212) 506-1700
                      Facsimile: (212) 506-1800

                      *Attorneys for Debtors*
                      *and Debtors in Possession*