# United States Bankruptcy Court
## Southern District of New York

In re:  | Chapter 11
BORDERS GROUP, INC. et. al.,  | Case No. 11-10614

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. §1111 (a). Transferee hereby gives notice pursuant to Rule 3001(e) (2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this notice.

| **Contrarian Funds, LLC** | **Perseus Distribution Inc.** |
| --- | --- |
| Name of Transferee | Name of Transferor |
| Name and address where notices to transferee should be sent: | Name and Current Address of Transferor |
| Contrarian Funds, LLC<br>411 West Putnam Ave., Ste. 425<br>Greenwich, CT 06830<br>Attention: Alisa Mumola<br>Telephone: 203-862-8211<br>Email: amumola@contrariancapital.com | Perseus Distribution Inc.<br>Attn: Charles Gallagher, Chief Financial Officer<br>387 Park Ave. South<br>New York, NY 10016 |

**Claim No. 2202 for the allowed amount of $8,391,032.07**

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:_____*/s/ Alisa Mumola*_____    Date: _____**September 26, 2011**_____

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 & 3571.

## EVIDENCE OF TRANSFER OF CLAIM

**PERSEUS DISTRIBUTION, INC.**, a _____ corporation, its successors and assigns (collectively, "Assignor"), pursuant to that certain Transfer of Claim Agreement dated September 1, 2011, has hereby absolutely and unconditionally sold, transferred and assigned to Contrarian Funds, LLC its successors and assigns (collectively, "Assignee") the general unsecured claim (Claim No. 2202) (the "Claim"), in the allowed principal amount of $8,391,032.07, against Borders, Inc., (the "Debtor") in the bankruptcy proceedings (the "Proceedings") in the United States Bankruptcy Court for the Southern District of New York, Case No. 11-10615 or any other court with jurisdiction over such proceedings.

Assignor hereby waives any notice or hearing requirements imposed by Rule 3001 of the Bankruptcy Rules, and stipulates that an order may be entered recognizing the assignment of this Claim as an unconditional assignment and Assignee as the valid owner of the Claim.

IN WITNESS WHEREOF, Assignor has duly executed this Evidence of Transfer of Claim by its duly authorized representative this 1st day of September 2011.

(Assignor)
PERSEUS DISTRIBUTION, INC.

By: _[signature]_
Name: C GALLAGHER
Title: CFO.

(Assignee)
CONTRARIAN FUNDS, LLC
By: Contrarian Capital Management, L.L.C.,
as manager

By: _[signature]_
Name: JANICE M. STANTON
Title: MEMBER

(Assignor)
WITNESS:

By: _[signature]_
Name: DAVID F. DiROMA
Title: V.P. -Treasury