In re BORDERS GROUP INC. et al USBC-SDNY CH. 11 CASE 11-10614 (MG) Dear Clerk or Judge Glenn 30 SEPT. 2011 I OBJECT TO THE REFUSAL OF THE BORDERS GROUP & BOOK STORES TO HONOR 2 GIFT CARDS MY SON GAVE ME TOTALLING $110, DESPITE CAL. CIVIL CODE §1749.6(b) WHICH MANDATES THAT THE ISSUER OF THE CARDS (BORDERS) MUST HONOR THE CARDS EVEN IN BANKRUPTCY BECAUSE THEY ARE NOT ISSUER'S ASSETS BUT MONEY HELD IN TRUST FOR THE GIFTEE (ME). PLEASE HELP ME GET MY MONEY OR ITS EQUIVALENT VALUE IN BOOKS, E.G. FROM BARNES & NOBLE. BORDERS REFUSES TO HAVE ITS LEGAL DEPT. CONTACT ME OR TO GIVE ME ITS LEGAL DEPT'S TEL/FAX NOS. OR EMAIL ADDRESS OR OTHERWISE TO ASSIST ME. PLEASE HAVE SOMEONE CONTACT ME AT 1224 JOURNEYS END, LA CAÑADA, CA 91011 TEL 818-790-2379 OR LCFSEWERS@HOTMAIL.COM ABOUT WHAT TO FILE WITH COURT, HOW & WHEN AND WHOM ELSE I MIGHT CONTACT FOR ASSISTANCE. NYAG, MICH. AG, CAL AG, creditors attorneys? J. Short BEFORE OCT. 4, 2011 HEARING. THANKS.

---

JAMES J. SHORT
1224 JOURNEYS END
LA CAÑADA, CA 91011



US BANKRUPTCY COURT
1 BOWLING GREEN
NY, NY 10004

DEAR JUDGE GLENN: AFTER I REALIZED THE SIZE OF MY PRINTING ON THIS POSTCARD (WHICH I ALSO MAILED) I MADE THIS ENLARGEMENT FOR YOU. THANKS FOR ANY HELP THIS COURT CAN PROVIDE.
Jim Short 9.30.11